**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

EASTERN DISTRICT OF KENTUCKY

Case number *(if known)* _____

Chapter you are filing under:

☐ Chapter 7

■ Chapter 11

☐ Chapter 12

☐ Chapter 13

☐ Check if this is an amended filing

Official Form 101

# Voluntary Petition for Individuals Filing for Bankruptcy

04/20

The bankruptcy forms use *you* and *Debtor 1* to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint case*—and in joint cases, these forms use *you* to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be *yes* if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

| Part 1: | Identify Yourself |
| --- | --- |

|  | **About Debtor 1:** | **About Debtor 2 (Spouse Only in a Joint Case):** |
| --- | --- | --- |
| **1.  Your full name**<br><br>Write the name that is on your government-issued picture identification (for example, your driver's license or passport).<br><br>Bring your picture identification to your meeting with the trustee. | **Bernard**<br>First name<br><br>**V.**<br>Middle name<br><br>**Tew**<br>Last name and Suffix (Sr., Jr., II, III) | **Andrea**<br>First name<br><br>**B.**<br>Middle name<br><br>**Tew**<br>Last name and Suffix (Sr., Jr., II, III) |
| **2.  All other names you have used in the last 8 years**<br><br>Include your married or maiden names. | | |
| **3.  Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | **xxx-xx-1473** | **xxx-xx-3669** |

| Debtor 1 | **Bernard V. Tew** | | Case number *(if known)* | |
| Debtor 2 | **Andrea B. Tew** | | | |

| | | **About Debtor 1:** | **About Debtor 2 (Spouse Only in a Joint Case):** |
|---|---|---|---|
| **4.** | **Any business names and Employer Identification Numbers (EIN) you have used in the last 8 years**<br><br>Include trade names and *doing business as* names | ■ I have not used any business name or EINs.<br><br>———————————<br>Business name(s)<br><br>———————————<br>EIN | ■ I have not used any business name or EINs.<br><br>———————————<br>Business name(s)<br><br>———————————<br>EIN |
| **5.** | **Where you live** | **910 Aiken Road**<br>**Versailles, KY 40383**<br>Number, Street, City, State & ZIP Code<br><br>**Woodford**<br>County<br><br>**If your mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address.<br><br>———————————<br>Number, P.O. Box, Street, City, State & ZIP Code | **If Debtor 2 lives at a different address:**<br><br>———————————<br>Number, Street, City, State & ZIP Code<br><br>———————————<br>County<br><br>**If Debtor 2's mailing address is different from yours, fill it in here.** Note that the court will send any notices to this mailing address.<br><br>———————————<br>Number, P.O. Box, Street, City, State & ZIP Code |
| **6.** | **Why you are choosing *this district* to file for bankruptcy** | *Check one:*<br><br>■ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.<br><br>☐ I have another reason.<br>Explain. (See 28 U.S.C. § 1408.) | *Check one:*<br><br>■ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.<br><br>☐ I have another reason.<br>Explain. (See 28 U.S.C. § 1408.) |

| Debtor 1 | **Bernard V. Tew** | |
|---|---|---|
| Debtor 2 | **Andrea B. Tew** | Case number *(if known)* |

| Part 2: | **Tell the Court About Your Bankruptcy Case** |
|---|---|

**7.** **The chapter of the Bankruptcy Code you are choosing to file under**

*Check one.* (For a brief description of each, see *Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010))*. Also, go to the top of page 1 and check the appropriate box.

☐ Chapter 7

■ Chapter 11

☐ Chapter 12

☐ Chapter 13

**8.** **How you will pay the fee**

■ **I will pay the entire fee when I file my petition.** Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.

☐ **I need to pay the fee in installments.** If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A).

☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

**9.** **Have you filed for bankruptcy within the last 8 years?**

■ No.

☐ Yes.

| District | | When | | Case number | |
|---|---|---|---|---|---|
| District | | When | | Case number | |
| District | | When | | Case number | |

**10.** **Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

☐ No.

■ Yes.

| | | | | **Debtors are limited partners** |
|---|---|---|---|---|
| Debtor | **Tew Limited Partnership** | Relationship to you | | |
| District | **Eastern District of Kentucky** | When | Case number, if known | |
| Debtor | | Relationship to you | | |
| District | | When | Case number, if known | |

**11.** **Do you rent your residence?**

■ No.  Go to line 12.

☐ Yes.  Has your landlord obtained an eviction judgment against you?

☐ No. Go to line 12.

☐ Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it as part of this bankruptcy petition.

| Debtor 1 | **Bernard V. Tew** | | Case number *(if known)* | |
| Debtor 2 | **Andrea B. Tew** | | | |

---

| **Part 3:** | **Report About Any Businesses You Own as a Sole Proprietor** |

**12. Are you a sole proprietor of any full- or part-time business?**

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

■ No.   Go to Part 4.

☐ Yes.   Name and location of business

_____
Name of business, if any

_____
Number, Street, City, State & ZIP Code

*Check the appropriate box to describe your business:*

☐   Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐   Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐   Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐   Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐   None of the above

---

**13. Are you filing under Chapter 11 of the Bankruptcy Code, and are you a *small business debtor* or a debtor as defined by 11 U.S.C. § 1182(1)?**

For a definition of *small business debtor*, see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor or a debtor choosing to proceed under Subchapter V so that it can set appropriate deadlines.* If you indicate that you are a small business debtor or you are choosing to proceed under Subchapter V, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ No.   I am not filing under Chapter 11.

☐ No.   I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes.   I am filing under Chapter 11, I am a small business debtor according to the definition in the Bankruptcy Code, and I do not choose to proceed under Subchapter V of Chapter 11.

■ Yes.   I am filing under Chapter 11, I am a debtor according to the definition in § 1182(1) of the Bankruptcy Code, and I choose to proceed under Subchapter V of Chapter 11.

---

| **Part 4:** | **Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention** |

**14. Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

■ No.

☐ Yes.

What is the hazard?   _____

If immediate attention is needed, why is it needed?   _____

Where is the property?   _____
Number, Street, City, State & Zip Code

---

| Debtor 1 | **Bernard V. Tew** | |
|---|---|---|
| Debtor 2 | **Andrea B. Tew** | Case number *(if known)* |

| **Part 5:** | **Explain Your Efforts to Receive a Briefing About Credit Counseling** |
|---|---|

|  | **About Debtor 1:** | **About Debtor 2 (Spouse Only in a Joint Case):** |
|---|---|---|
| **15. Tell the court whether you have received a briefing about credit counseling.**<br><br>The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.<br><br>If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again. | *You must check one:*<br><br>■ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**<br><br>Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.<br><br>☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**<br><br>Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.<br><br>☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**<br><br>To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.<br><br>Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.<br>If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.<br><br>Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.<br><br>☐ **I am not required to receive a briefing about credit counseling because of:**<br><br>    ☐ **Incapacity.**<br>    I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.<br><br>    ☐ **Disability.**<br>    My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.<br><br>    ☐ **Active duty.**<br>    I am currently on active military duty in a military combat zone.<br><br>If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver credit counseling with the court. | *You must check one:*<br><br>■ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**<br><br>Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.<br><br>☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**<br><br>Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.<br><br>☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**<br><br>To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.<br><br>Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.<br><br>If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.<br><br>Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.<br><br>☐ **I am not required to receive a briefing about credit counseling because of**:<br><br>    ☐ **Incapacity.**<br>    I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.<br><br>    ☐ **Disability.**<br>    My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.<br><br>    ☐ **Active duty.**<br>    I am currently on active military duty in a military combat zone.<br><br>If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court. |

| Debtor 1 | **Bernard V. Tew** | Case number *(if known)* | |
|---|---|---|---|
| Debtor 2 | **Andrea B. Tew** | | |

| Part 6: | Answer These Questions for Reporting Purposes |
|---|---|

**16.** **What kind of debts do you have?**

**16a.** **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

■ No. Go to line 16b.

☐ Yes. Go to line 17.

**16b.** **Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

☐ No. Go to line 16c.

■ Yes. Go to line 17.

**16c.** State the type of debts you owe that are not consumer debts or business debts

_____

**17.** **Are you filing under Chapter 7?**

■ No.   I am not filing under Chapter 7. Go to line 18.

**Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?**

☐ Yes.   I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?

☐ No

☐ Yes

**18.** **How many Creditors do you estimate that you owe?**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**19.** **How much do you estimate your assets to be worth?**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**20.** **How much do you estimate your liabilities to be?**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ■ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| Part 7: | Sign Below |
|---|---|

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11,12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

| /s/ Bernard V. Tew | /s/ Andrea B. Tew |
|---|---|
| **Bernard V. Tew** | **Andrea B. Tew** |
| Signature of Debtor 1 | Signature of Debtor 2 |
| Executed on **July 22, 2020** | Executed on **July 22, 2020** |
| MM / DD / YYYY | MM / DD / YYYY |

Debtor 1  **Bernard V. Tew**

Debtor 2  **Andrea B. Tew** _____          Case number *(if known)* _____

---

**For your attorney, if you are represented by one**

**If you are not represented by an attorney, you do not need to file this page.**

I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible.  I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect.

| **/s/ Dean A. Langdon** | Date | **July 22, 2020** |
|---|---|---|
| Signature of Attorney for Debtor | | MM / DD / YYYY |

**Dean A. Langdon**
Printed name

**DelCotto Law Group PLLC**
Firm name

**200 North Upper St.**
**Lexington, KY 40507**
Number, Street, City, State & ZIP Code

Contact phone   **(859) 231-5800**              Email address _____

**40104 KY**
Bar number & State

---

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Bernard V. Tew** |
| | First Name          Middle Name          Last Name |
| Debtor 2 | **Andrea B. Tew** |
| (Spouse if, filing) | First Name          Middle Name          Last Name |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF KENTUCKY |
| Case number (if known) | |

☐ Check if this is an
  amended filing

## B 104

# For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims Against You and Are Not Insiders                      12/15

If you are an individual filing for bankruptcy under Chapter 11, you must fill out this form. If you are filing under Chapter 7, Chapter 12, or Chapter 13, do not fill out this form. Do not include claims by anyone who is an insider. Insiders include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20 percent or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor.  11 U.S.C. § 101.  Also, do not include claims by secured creditors unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.

| Part 1: | List the 20 Unsecured Claims in Order from Largest to Smallest.  Do Not Include Claims by Insiders. |
|---|---|

**Unsecured claim**

**1**

**SKAT**
**c/o Marc A. Weinstein, Esq.**
**Hughes Hubbard & Reed**
**One Battery Park Plaza**
**New York, NY 10004-1482**

**What is the nature of the claim?**  **Contingent claim for dividend tax refund**     $ **$6,900,000.00**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**

■ No
☐ Yes. Total claim (secured and unsecured)     $ _____
      Value of security:                  - $ _____
      Unsecured claim                       $ _____

Contact

Contact phone

**2**

**SKAT**
**c/o Marc A. Weinstein, Esq.**
**Hughes Hubbard & Reed**
**One Battery Park Plaza**
**New York, NY 10004-1482**

**What is the nature of the claim?**  **Contingent claim for dividend tax refund**     $ **$6,800,000.00**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**

■ No

B104 (Official Form 104)          **For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims**          **Page 1**

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor 1 | **Bernard V. Tew** |
|---|---|
| Debtor 2 | **Andrea B. Tew** |

Case number *(if known)* _____

|  |  |  |  |
|---|---|---|---|
| Contact | ☐ Yes. Total claim (secured and unsecured) | $ | _____ |
| _____ | Value of security: | - $ | _____ |
| Contact phone | Unsecured claim | $ | _____ |

---

**3**

**SKAT**
**c/o Marc A. Weinstein, Esq.**
**Hughes Hubbard & Reed**
**One Battery Park Plaza**
**New York, NY 10004-1482**

**What is the nature of the claim?**   **Contingent claim for dividend tax refund**   $ **$6,700,000.00**

**As of the date you file, the claim is:** Check all that apply
- ■ Contingent
- ☐ Unliquidated
- ■ Disputed
- ☐ None of the above apply

**Does the creditor have a lien on your property?**
- ■ No
- ☐ Yes. Total claim (secured and unsecured)   $ _____
  - Value of security:   - $ _____
  - Unsecured claim   $ _____

Contact _____

Contact phone _____

---

**4**

**SKAT**
**c/o Marc A. Weinstein, Esq.**
**Hughes Hubbard & Reed**
**One Battery Park Plaza**
**New York, NY 10004-1482**

**What is the nature of the claim?**   **Contingent claim for dividend tax refund**   $ **$6,300,000.00**

**As of the date you file, the claim is:** Check all that apply
- ■ Contingent
- ☐ Unliquidated
- ■ Disputed
- ☐ None of the above apply

**Does the creditor have a lien on your property?**
- ■ No
- ☐ Yes. Total claim (secured and unsecured)   $ _____
  - Value of security:   - $ _____
  - Unsecured claim   $ _____

Contact _____

Contact phone _____

---

**5**

**Robert Simpson**
**30 East 33rd St., 6th Floor**
**New York, NY 10016**

**What is the nature of the claim?**   **Contingent claim against retirement fund**   $ **$4,200,000.00**

**As of the date you file, the claim is:** Check all that apply
- ■ Contingent
- ☐ Unliquidated
- ■ Disputed
- ☐ None of the above apply

**Does the creditor have a lien on your property?**
- ■ No
- ☐ Yes. Total claim (secured and unsecured)   $ _____
  - Value of security:   - $ _____
  - Unsecured claim   $ _____

Contact _____

Contact phone _____

---

**6**

**What is the nature of the claim?**   **Contingent claim for**   $ **$2,500,000.00**

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor 1 | **Bernard V. Tew** | |
|---|---|---|
| Debtor 2 | **Andrea B. Tew** | Case number *(if known)* |

**dividend tax refund**

**SKAT**
**c/o Marc A. Weinstein, Esq.**
**Hughes Hubbard & Reed**
**One Battery Park Plaza**
**New York, NY 10004-1482**

**As of the date you file, the claim is:** Check all that apply

- ■ Contingent
- ☐ Unliquidated
- ■ Disputed
- ☐ None of the above apply

**Does the creditor have a lien on your property?**

- ■ No
- ☐ Yes. Total claim (secured and unsecured)   $ _____
  Value of security:   - $ _____
  Unsecured claim   $ _____

Contact

Contact phone

---

**7**

**SKAT**
**c/o Marc A. Weinstein, Esq.**
**Hughes Hubbard & Reed**
**One Battery Park Plaza**
**New York, NY 10004-1482**

**What is the nature of the claim?**   **Contingent claim for dividend tax refund**   $ **$2,500,000.00**

**As of the date you file, the claim is:** Check all that apply

- ■ Contingent
- ☐ Unliquidated
- ■ Disputed
- ☐ None of the above apply

**Does the creditor have a lien on your property?**

- ■ No
- ☐ Yes. Total claim (secured and unsecured)   $ _____
  Value of security:   - $ _____
  Unsecured claim   $ _____

Contact

Contact phone

---

**8**

**Seward & Kissel**
**Mark J. Hyland, Esq.**
**One Battery Park Plaza**
**New York, NY 10004**

**What is the nature of the claim?**   **legal fees**   $ **$980,000.00**

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ■ None of the above apply

**Does the creditor have a lien on your property?**

- ■ No
- ☐ Yes. Total claim (secured and unsecured)   $ _____
  Value of security:   - $ _____
  Unsecured claim   $ _____

Contact

Contact phone

---

**9**

**Wilmington Savings Fund**
**Society, Trustee**
**c/o Carrington Mortgage**
**P O Box 5001**
**Westfield, IN 46074**

**What is the nature of the claim?**   **30 acres and residence, MB 544, P 37**   $ **$890,309.29**

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ■ None of the above apply

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Debtor 1   **Bernard V. Tew**

Debtor 2   **Andrea B. Tew** _____   Case number *(if known)* _____

_____

_____

**Does the creditor have a lien on your property?**

☐   No

■   Yes. Total claim (secured and unsecured)   $ **$2,390,309.29**

Contact     Value of security:   - $ **$1,500,000.00**

_____

Contact phone     Unsecured claim   $ **$890,309.29**

---

**10**

**SKAT**
**c/o Marc A. Weinstein, Esq.**
**Hughes Hubbard & Reed LLP**
**One Battery Park Plaza**
**New York, NY 10004-1482**

**What is the nature of the claim?**   **Contingent claim for dividend tax refund**   $ **$372,000.00**

**As of the date you file, the claim is:** Check all that apply

■   Contingent

☐   Unliquidated

■   Disputed

☐   None of the above apply

**Does the creditor have a lien on your property?**

■   No

☐   Yes. Total claim (secured and unsecured)   $ _____

Contact     Value of security:   - $ _____

Contact phone     Unsecured claim   $ _____

---

**11**

**SKAT**
**c/o Marc A. Weinstein, Esq.**
**Hughes Hubbard & Reed**
**One Battery Park Plaza**
**New York, NY 10004-1482**

**What is the nature of the claim?**   **Contingent claim for dividend tax refund**   $ **$366,000.00**

**As of the date you file, the claim is:** Check all that apply

■   Contingent

☐   Unliquidated

■   Disputed

☐   None of the above apply

**Does the creditor have a lien on your property?**

■   No

☐   Yes. Total claim (secured and unsecured)   $ _____

Contact     Value of security:   - $ _____

Contact phone     Unsecured claim   $ _____

---

**12**

**SKAT**
**c/o Marc A. Weinstein, Esq.**
**Hughes Hubbard & Reed**
**One Battery Park Plaza**
**New York, NY 10004-1482**

**What is the nature of the claim?**   **Contingent claim for dividend tax refund**   $ **$366,000.00**

**As of the date you file, the claim is:** Check all that apply

■   Contingent

☐   Unliquidated

■   Disputed

☐   None of the above apply

**Does the creditor have a lien on your property?**

■   No

☐   Yes. Total claim (secured and unsecured)   $ _____

Contact     Value of security:   - $ _____

Contact phone     Unsecured claim   $ _____

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Debtor 1 | **Bernard V. Tew** | |
|---|---|---|
| Debtor 2 | **Andrea B. Tew** | Case number *(if known)* |

---

**13**

**SKAT**
**c/o Mark A. Weinstein, Esq.**
**Hughes Hubbard & Reed**
**One Battery Park Plaza**
**New York, NY 10004-1482**

_____

_____
Contact

_____
Contact phone

**What is the nature of the claim?**       **Contingent claim for**       $ **$364,000.00**
**dividend tax refund**

**As of the date you file, the claim is:** Check all that apply
■    Contingent
☐    Unliquidated
■    Disputed
☐    None of the above apply

**Does the creditor have a lien on your property?**

■    No
☐    Yes. Total claim (secured and unsecured)      $ _____
                Value of security:                 - $ _____
                Unsecured claim                      $ _____

---

**14**

**SKAT**
**c/o Marc A. Weinstein, Esq.**
**Hughes Hubbard & Reed**
**One Battery Park Plaza**
**New York, NY 10004-1482**

_____

_____
Contact

_____
Contact phone

**What is the nature of the claim?**       **Contingent claim for**       $ **$354,000.00**
**dividend tax refund**

**As of the date you file, the claim is:** Check all that apply
■    Contingent
☐    Unliquidated
■    Disputed
☐    None of the above apply

**Does the creditor have a lien on your property?**

■    No
☐    Yes. Total claim (secured and unsecured)      $ _____
                Value of security:                 - $ _____
                Unsecured claim                      $ _____

---

**15**

**SKAT**
**c/o Marc A. Weinstein, Esq.**
**Hughes Hubbard & Reed**
**One Battery Park Plaza**
**New York, NY 10004-1482**

_____

_____
Contact

_____
Contact phone

**What is the nature of the claim?**       **Contingent claim for**       $ **$350,000.00**
**dividend tax refund**

**As of the date you file, the claim is:** Check all that apply
■    Contingent
☐    Unliquidated
■    Disputed
☐    None of the above apply

**Does the creditor have a lien on your property?**

■    No
☐    Yes. Total claim (secured and unsecured)      $ _____
                Value of security:                 - $ _____
                Unsecured claim                      $ _____

---

**16**

**Central Bank**
**300 W Vine Street**

**What is the nature of the claim?**       **60 acre farm; 30 acres**       $ **$270,446.12**
**and house MB 755, P**
**540**

---

B 104 (Official Form 104)        **For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims**        **Page 5**

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

| Debtor 1 | **Bernard V. Tew** | |
|---|---|---|
| Debtor 2 | **Andrea B. Tew** | Case number *(if known)* |

**Lexington, KY 40507**

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ■ None of the above apply

**Does the creditor have a lien on your property?**
- ☐ No
- ■ Yes. Total claim (secured and unsecured)    $ **$270,446.12**
  - Value of security:    - $ **$2,300,000.00**
  - Unsecured claim    $ **$270,446.12**

Contact

Contact phone

---

**17**

**Branch Banking & Trust, n/k/a Truist**
**c/o Wm. Robert Meyer, Esq.**
**2303 River Rd., Ste 301**
**Louisville, KY 40206**

What is the nature of the claim?   **30 acres and residence, MB694, P 55**   $ **$146,985.89**

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ■ None of the above apply

**Does the creditor have a lien on your property?**
- ☐ No
- ■ Yes. Total claim (secured and unsecured)    $ **$146,985.89**
  - Value of security:    - $ **$1,500,000.00**
  - Unsecured claim    $ **$146,985.89**

Contact

Contact phone

---

**18**

**Dave Nichols**
**33 Lee's Hill Rd**
**New Vernon, NJ 07976**

What is the nature of the claim?   **Contingent liability for claim against retirement fund**   $ **$95,000.00**

**As of the date you file, the claim is:** Check all that apply
- ■ Contingent
- ☐ Unliquidated
- ■ Disputed
- ☐ None of the above apply

**Does the creditor have a lien on your property?**
- ■ No
- ☐ Yes. Total claim (secured and unsecured)    $
  - Value of security:    - $
  - Unsecured claim    $

Contact

Contact phone

---

**19**

**Schulte Roth & Zabel LLP**
**Attn: Daniel Shustock**
**919 Third Avenue**
**New York, NY 10022**

What is the nature of the claim?   **legal fees**   $ **$63,090.86**

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ■ None of the above apply

---

B 104 (Official Form 104)          For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims          **Page 6**

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor 1    **Bernard V. Tew**
Debtor 2    **Andrea B. Tew**                                              Case number *(if known)*

---

**Does the creditor have a lien on your property?**

■      No

☐      Yes. Total claim (secured and unsecured)          $ _____

Contact                    Value of security:          - $ _____

Contact phone              Unsecured claim             $ _____

---

**20**

**Citi MasterCard**
**P O Box 9001037**
**Louisville, KY 40290-1037**

**What is the nature of the claim?**      credit card      $ **$38,000.00**

**As of the date you file, the claim is:** Check all that apply
☐      Contingent
☐      Unliquidated
☐      Disputed
■      None of the above apply

**Does the creditor have a lien on your property?**

■      No

☐      Yes. Total claim (secured and unsecured)          $ _____

Contact                    Value of security:          - $ _____

Contact phone              Unsecured claim             $ _____

---

| Part 2: | **Sign Below** |
|---|---|

Under penalty of perjury, I declare that the information provided in this form is true and correct.

X    **/s/ Bernard V. Tew**                                 X    **/s/ Andrea B. Tew**
     **Bernard V. Tew**                                          **Andrea B. Tew**
     Signature of Debtor 1                                       Signature of Debtor 2


     Date    **July 22, 2020**                                  Date    **July 22, 2020**

B 104 (Official Form 104)          For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims          **Page 7**

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Eastern District of Kentucky

In re **Bernard V. Tew**
   **Andrea B. Tew**              Case No.
                 Debtor(s)    Chapter  **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

  For legal services, I have agreed to accept           $ **Hourly rate for services rendered**

  Prior to the filing of this statement I have received       $ **1750.00**

  Balance Due                  $ **TBD**

2. $ **1717.00** of the filing fee has been paid.

3. The source of the compensation paid to me was:

  ☑ Debtor  ☐ Other (specify):

4. The source of compensation to be paid to me is:

  ☑ Debtor  ☐ Other (specify):

5. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

  ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

  a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
  b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
  c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
  d. [Other provisions as needed]
    **All Chapter 11 general counsel services.**

7. By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

### CERTIFICATION

  I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

7/22/20              /s/ Dean A. Langdon
*Date*                **Dean A. Langdon**
                  *Signature of Attorney*
                  **DelCotto Law Group PLLC**
                  **200 North Upper St.**
                  **Lexington, KY 40507**
                  **(859) 231-5800  Fax: (859) 281-1179**
                  *Name of law firm*

# United States Bankruptcy Court
### Eastern District of Kentucky

In re    **Bernard V. Tew**
     **Andrea B. Tew** _____    Case No. _____
                                                 Debtor(s)    Chapter    **11** _____

# VERIFICATION OF MAILING LIST MATRIX

I, __**Bernard V. Tew and Andrea B. Tew**__ , the petitioner(s) in the above-styled bankruptcy action, declare under penalty of perjury that the attached mailing list matrix of creditors and other parties in interest consisting of __**3**__ page(s) is true and correct and complete, to the best of my (our) knowledge.

Date: __**July 22, 2020**__               **/s/ Bernard V. Tew** _____
                                               **Bernard V. Tew**
                                               Signature of Debtor

Date: __**July 22, 2020**__               **/s/ Andrea B. Tew** _____
                                               **Andrea B. Tew**
                                               Signature of Debtor

I, ____**Dean A. Langdon**____ , counsel for the petitioner(s) in the above-styled bankruptcy action, declare that the attached Master Address List consisting of __**3**__ page(s) has been verified by comparison to Schedules D through H to be complete, to the best of my knowledge. I further declare that the attached Master Address List can be relied upon by the Clerk of Court to provide notice to all creditors and parties in interest as related to me by the debtor(s) in the above-styled bankruptcy action until such time as any amendments may be made.

Date: __**July 22, 2020**__               **/s/ Dean A. Langdon** _____
                                               Signature of Attorney
                                               **Dean A. Langdon**
                                               **DelCotto Law Group PLLC**
                                               **200 North Upper St.**
                                               **Lexington, KY 40507**
                                               **(859) 231-5800   Fax: (859) 281-1179**

.

AmEx
P O Box 650448
Dallas TX 75265-0448


BB&T - Auto
P O Box 580048
Charlotte NC 28258-0048


Branch Banking & Trust, n/k/a Truist
c/o Wm. Robert Meyer, Esq.
2303 River Rd., Ste 301
Louisville KY 40206


Brian J. Levy
Burr & Forman LLP
171 17th Street NW, Ste. 1100
Atlanta GA 30363


Central Bank
300 W Vine Street
Lexington KY 40507


Citi MasterCard
P O Box 9001037
Louisville KY 40290-1037


Craig Cohen
60 W. Erie, $601
Chicago IL 60654


Dave Nichols
33 Lee's Hill Rd
New Vernon NJ 07976


Dean Dorton
250 W Main St #1400
Lexington KY 40507


Dinsmore & Shohl
255 E Fifth St Suite 1900
Cincinnati OH 45202


Internal Revenue Service
P.O. Box 7346
Philadelphia PA 19101-7346

J Crew/Comenity
PO Box 182782
Columbus OH 43218-2782


Kentucky Farm Bureau
PO Box 856096
Louisville KY 40285-6096


KY Dept. of Revenue
Legal Branch - Bankruptcy Section
P. O. Box 5222
Frankfort KY 40602


Lexington Country Club
2550 Paris Pike
Lexington KY 40511


Macy's Amex
P O Box 9001094
Louisville KY 40290-1094


Madison Street LLC
Attn: Neil Ramsey
1515 Ormsby Station Ct
Louisville KY 40223


Martin Sklar, Esq.
Kleinberg Kaplan Wolff & Cohen PC
500 Fifth Ave
New York NY 10110


Robert M. Aldrich
AldrichEgg LLC
1220 Route 31 North, Ste. 23
Lebanon NJ 08833


Robert Simpson
30 East 33rd St., 6th Floor
New York NY 10016


Sam's Club/Synchrony
PO Box 530942
Atlanta GA 30353-0942

Schulte Roth & Zabel LLP
Attn: Daniel Shustock
919 Third Avenue
New York NY 10022


Seward & Kissel
Mark J. Hyland, Esq.
One Battery Park Plaza
New York NY 10004


SKAT
c/o Marc A. Weinstein, Esq.
Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York NY 10004-1482


Talbot's/Comenity
PO Box 182782
Columbus OH 43218-2782


Target Visa
P O Box 660170
Dallas TX 75266-0170


Tyler Powell, Esq.
Frost Brown Todd LLC
250 W Main St., Ste. 2800
Lexington KY 40507


Wilmington Savings Fund
c/o Lucas J. Markushewski Esq.
Millsap & Singer LLC
10200 Forest Green Blvd, Ste 405
Louisville KY 40223


Wilmington Savings Fund Society, Trustee
c/o Carrington Mortgage
P O Box 5001
Westfield IN 46074