Bernard Andrea Tew
C, U, D Claims
Exhibit A

| Creditor | Schedule Amt | Claim Amt | POC # | Treatment |
|---|---|---|---|---|
| Craig Cohen | Unknown | $290,000.00 | 15 | Object, no liability |
| Craig Cohen IRA | N/A | $305,000.00 | 16 | Object, no liability |
| Michael B. Cohen | N/A | $400,000.00 | 17 | Object, no liability |
| Dave Nichols | $95,000.00 | | | Object, bar date |
| Robert Simpson | $4,200,000.00 | $4,200,000.00 | 14 | Object, no liability |
| SKAT - 9434 | $372,000.00 | $372,000.00 | 18 | Object, no liability |
| SKAT - 9439 | $364,000.00 | $364,000.00 | 18 | Object, no liability |
| SKAT - 9489 | $366,000.00 | $2,342,582.00 | 18 | Object, no liability |
| SKAT - 9490 | $366,000.00 | $366,000.00 | 18 | Object, no liability |
| SKAT - 9491 | $354,000.00 | $354,000.00 | 18 | Object, no liability |
| SKAT - 9497 | $6,700,000.00 | $6,727,000.00 | 18 | Object, no liability |
| SKAT - 9498 | $6,800,000.00 | $6,792,000.00 | 18 | Object, no liability |
| SKAT - 9507 | $6,300,000.00 | $6,268,000.00 | 18 | Object, no liability |
| SKAT - 9511 | $2,500,000.00 | $2,554,000.00 | 18 | Object, no liability |
| SKAT - 9515 | $2,500,000.00 | $2,514,000.00 | 18 | Object, no liability |
| SKAT - 9549 | $6,900,000.00 | $6,969,000.00 | 18 | Object, no liability |
| SKAT - 9552 | $350,000.00 | $350,000.00 | 18 | Object, no liability |
| SKAT - 9494 (Andrea) | N/A | $2,389,000.00 | 19 | Object, no liability |