## Bernard Andrea Tew Liquidation Analysis Exhibit C

| Description | Petition Value | Liquidation Value | Secured Claims/ Exemptions | Net Available after Liquidation |
|---|---|---|---|---|
| 910 Aiken Rd., Versailles KY* | $3,601,800.00 | $3,241,620.00 | $3,082,209.00 | **$159,411** |
| 2015 Mercedes ML 250** | $11,853.00 | $10,667.70 | $12,193.00 | *0* |
| 2012 Chevy Equinox | $5,212.00 | $4,690.80 | $1,718.00 | **$2,973** |
| 2015 Chevy Suburban | $20,378.00 | $18,340.20 | $15,000.00 | **$3,340** |
| Household goods and furnishings | $61,650.00 | $49,320.00 | $35,111.00 | **$14,209** |
| Electronics | $5,510.00 | $4,408.00 | $0.00 | **$4,408** |
| Collectibles | $6,000.00 | $4,800.00 | $0.00 | **$4,800** |
| Sports/Hobbies | $2,500.00 | $2,000.00 | $0.00 | **$2,000** |
| Firearms | $2,700.00 | $2,160.00 | $0.00 | **$2,160** |
| Clothing | $10,000.00 | $8,000.00 | $0.00 | **$8,000** |
| Jewelry | $26,175.00 | $20,940.00 | $0.00 | **$20,940** |
| Family dog | $100.00 | $0.00 | $100.00 | *0* |
| Checking account - 1897 | $337.36 | $337.36 | $337.36 | $0 |
| Checking account - 3985 | $488.11 | $488.11 | $488.11 | $0 |
| Health Savings Acct - 1323 | $65.13 | $65.13 | $65.13 | $0 |
| Tew, LP | $0.00 | $0.00 | $0.00 | $0 |
| Roth IRA - Dr. Tew | Unknown | Unknown | $0.00 | **Unknown** |
| Roth IRA - Mrs. Tew | $17,652.78 | $17,652.78 | $17,652.78 | $0 |
| Health Insurance + supplement | $2.00 | $2.00 | $2.00 | $0 |
| Auto Insurance | $1.00 | $1.00 | $1.00 | $0 |
| Force-placed homeowners insurance | $1.00 | $1.00 | $1.00 | $0 |
| Potential claims against ED&F Mann | Unknown | Unknown | $0.00 | **Unknown** |
| Insurance defense coverage claims | Unknown | Unknown | $0.00 | **Unknown** |
| Office equipment/furnishings | $18,000.00 | $14,400.00 | $5,050.00 | **$9,350** |
| Totals | $3,790,425.38 | $3,399,894.08 | $3,169,928.38 | **$231,591.00** |
| Estimated administrative costs of 10% | | | | $23,159.10 |
| | | | Net Liquidation Value of Assets | **$208,431.90** |

\* Debtors believe real estate could be liquidated at petition value less 10% sale costs if sold within three months.

\*\* Liquidation value of vehicles and household items assumes 20% reduction.

Note: Personal property liquidation values based on Debtors' opinion.