| **UNSPONSORED** | | | **CREATION CREDIT** | | |
|---|---|---|---|---|---|
| TradeDate | 01.15.2021 | | | 0.05 | |
| Currency | (All) | | | | |
| ArbSpread | (Multiple Items) | | | | |

| **Row Labels** | **Sum of Pairs** | **Sum of Creations** | **Sum of Total Imbalance** | **Sum of Cap Usage** | **Sum of Net P&L** |
|---|---|---|---|---|---|
| AMKBY / MAERSKB DC -0.02 | 1 | 20918 | 1 | $504,892 | $2,480 |
| ATDRY / AUTO LN -0.02 | 1 | 18912 | - | $72,831 | $1,112 |
| CAIXY / CABK SM -0.02 | 1 | 13100 | 1 | $23,694 | $604 |
| TUIB GR/TUI1 GR | 1 | 10000 | - | $79,761 | $9,411 |
| CODYY / SGO FP -0.02 | 1 | 8600 | - | $180,367 | $367 |
| TUIFY / TUI1 GR -0.02 | 1 | 6600 | - | $43,697 | $8,377 |
| BDRFY / BEI GR -0.02 | 1 | 5200 | - | $231,087 | $306 |
| LVMUY / MC FP -0.02 | 1 | 2068 | 1 | $496,140 | $605 |
| ARGGD / AML LN -0.02 | 1 | 1713 | - | $74,593 | $137 |
| DSDVY / DSV DC -0.02 | 1 | 118 | - | $18,874 | $12 |
| AIQUY / AI FP -0.02 | 1 | 100 | - | $6,393 | $4 |
| LRLCY / OR FP -0.02 | 1 | 100 | - | $14,331 | $8 |
| **Grand Total** | **12** | **87429** | **3** | **$1,746,662** | **$23,423** |

**SPONSORED BUYS**

**CANCEL FEE**

| | |
|---|---|
| TradeDate | 01.15.2021 |
| Currency | (All) |
| ArbSpread | 0.05 |

0.02

| Row Labels | Sum of Pairs | Sum of Imbalance | Sum of Cancels | Sum of Cap Usage | Sum of Net P&L |
|---|---|---|---|---|---|
| AZN / AZN LN Buy 0.05 | 1 | 1 | 300,293 | $30,867,737 | $21,339 |
| CS / CSGN SW Buy 0.05 | 1 | 0 | 18,200 | $508,548 | $712 |
| TOT / FP Buy 0.05 | 1 | 0 | 8,900 | $797,866 | $542 |
| SAP / SAP GR Buy 0.05 | 1 | 0 | 1,613 | $404,386 | $52 |
| FMX / FEMSAUBD MM Buy 0.05 | 1 | 0 | 600 | $90,938 | -$16 |
| ERIC / ERICB SS Buy 0.05 | 1 | 0 | 501 | $11,745 | $12 |
| BBVA / BBVA SM Buy 0.05 | 1 | 0 | 500 | $4,993 | $33 |
| SNY / SAN FP Buy 0.05 | 1 | 0 | 200 | $19,782 | $22 |
| **Grand Total** | **8** | **1** | **330,807** | **$32,705,995** | **$22,696** |

| **SPONSORED SELLS** | | | **CREATION FEE** | | |
|---|---|---|---|---|---|
| TradeDate | 01.15.2021 | | | 0.02 | |
| Currency | (All) | | | | |
| ArbSpread | 0.05 | | | | |

| Row Labels | Sum of Pairs | Sum of Imbalance | Sum of Creations | Sum of Cap Usage | Sum of Net P&L |
|---|---|---|---|---|---|
| RYCEY / RR LN Sell 0.05 | 1 | - | 535,500 | $1,574,482 | $23,208 |
| RDS/A / RDSA LN Sell 0.05 | 1 | 200 | 403,400 | $32,421,818 | $127,781 |
| GSK / GSK LN Sell 0.05 | 1 | 140 | 278,100 | $21,312,351 | $42,189 |
| VOD / VOD LN Sell 0.05 | 1 | 700 | 234,858 | $8,104,588 | $12,666 |
| SAP / SAP GR Sell 0.05 | 1 | - | 95,142 | $23,829,194 | $11,169 |
| TEF / TEF SM Sell 0.05 | 1 | - | 55,834 | $508,030 | $1,894 |
| SNY / SAN FP Sell 0.05 | 1 | - | 24,744 | $2,428,664 | $1,393 |
| ORAN / ORA FP Sell 0.05 | 1 | - | 10,414 | $245,626 | $407 |
| WMMVY / WALMEX* MM Sell 0.05 | 1 | 1 | 9,239 | $605,627 | $583 |
| FMX / FEMSAUBD MM Sell 0.05 | 1 | 1,375 | 7,934 | $1,191,011 | $10,823 |
| SAN / SAN SM Sell 0.05 | 1 | - | 800 | $5,161 | $87 |
| BSMX / BSMXB MM Sell 0.05 | 1 | - | 600 | $6,488 | $16 |
| BNPQY / BNP FP Sell 0.05 | 1 | - | 526 | $28,477 | $32 |
| **Grand Total** | **13** | **2,416** | **1,657,091** | **$92,261,514** | **$232,249** |

| **UNSPONSORED** | | | **CREATION CREDIT** | | |
|---|---|---|---|---|---|
| TradeDate | 01.19.2021 | | | 0.05 | |
| Currency | (All) | | | | |
| ArbSpread | (Multiple Items) | | | | |

| **Row Labels** | **Sum of Pairs** | **Sum of Creations** | **Sum of Imbalance** | **Sum of Cap Usage** | **Sum of Net P&L** |
|---|---|---|---|---|---|
| BDRFY / BEI GR -0.02 | 1 | 43,216 | - | $1,937,135 | $2,133 |
| ATDRY / AUTO LN -0.02 | 1 | 17,600 | - | $67,510 | $1,306 |
| CAIXY / CABK SM -0.02 | 1 | 12,600 | - | $22,301 | $550 |
| AMKBY / MAERSKB DC -0.02 | 1 | 11,545 | 1 | $282,220 | $2,274 |
| CODYY / SGO FP -0.02 | 1 | 10,600 | - | $219,871 | $394 |
| TUIFY / TUI1 GR -0.02 | 1 | 3,400 | - | $22,444 | $4,110 |
| LVMUY / MC FP -0.02 | 1 | 2,156 | - | $513,098 | $349 |
| ARGGD / AML LN -0.02 | 1 | 915 | - | $42,981 | $65 |
| AMADY / AMS SM -0.02 | 1 | 227 | - | $30,585 | $22 |
| GVDNY / GIVN SW -0.02 | 1 | 223 | - | $33,913 | $1,863 |
| AIQUY / AI FP -0.02 | 1 | 200 | - | $12,895 | $11 |
| LRLCY / OR FP -0.02 | 1 | 100 | - | $14,426 | $9 |
| **Grand Total** | **12** | **102,782** | **1** | **$3,199,378** | **$13,086** |

| **SPONSORED BUYS** | | | **CANCEL FEE** | | |
|---|---|---|---|---|---|
| TradeDate | 01.19.2021 | | | 0.02 | |
| Currency | (All) | | | | |
| ArbSpread | 0.05 | | | | |

| Row Labels | Sum of Pairs | Sum of Imbalance | Sum of Cancels | Sum of Cap Usage | Sum of Net P&L |
|---|---|---|---|---|---|
| TOT / FP Buy 0.05 | 1 | 0 | 12,900 | $1,160,499 | $823 |
| CS / CSGN SW Buy 0.05 | 1 | 0 | 3,631 | $99,470 | $131 |
| FMX / FEMSAUBD MM Buy 0.05 | 1 | 8 | 2,172 | $328,350 | $413 |
| TV / TLEVICPO MM Buy 0.05 | 1 | 0 | 500 | $8,611 | $1 |
| SAP / SAP GR Buy 0.05 | 1 | 0 | 51 | $12,824 | $6 |
| **Grand Total** | **5** | **8** | **19,254** | **$1,609,753** | **$1,374** |

| **SPONSORED SELLS** | | | **CREATION FEE** | | |
|---|---|---|---|---|---|
| TradeDate | 01.19.2021 | | 0.02 | | |
| Currency | (All) | | | | |
| ArbSpread | 0.05 | | | | |

| **Row Labels** | **Sum of Pairs** | **Sum of Imbalance** | **Sum of Creations** | **Sum of Cap Usage** | **Sum of Net P&L** |
|---|---|---|---|---|---|
| RYCEY / RR LN Sell 0.05 | 1 | - | 1,520,000 | $4,460,494 | $79,315 |
| VOD / VOD LN Sell 0.05 | 1 | - | 271,400 | $9,359,286 | $17,252 |
| FMX / FEMSAUBD MM Sell 0.05 | 1 | - | 17,000 | $2,543,356 | $1,180 |
| SAP / SAP GR Sell 0.05 | 1 | - | 14,656 | $3,695,879 | $1,852 |
| BBVA / BBVA SM Sell 0.05 | 1 | - | 8,700 | $84,336 | $576 |
| WMMVY / WALMEX* MM Sell 0.05 | 1 | - | 5,200 | $344,660 | $280 |
| SNY / SAN FP Sell 0.05 | 1 | - | 1,510 | $152,546 | $84 |
| TEF / TEF SM Sell 0.05 | 1 | - | 500 | $4,567 | $17 |
| **Grand Total** | **8** | **-** | **1,838,966** | **$20,645,123** | **$100,557** |

| **UNSPONSORED** | | | **CREATION CREDIT** | | |
|---|---|---|---|---|---|
| TradeDate | 01.20.2021 | | | 0.05 | |
| Currency | (All) | | | | |
| ArbSpread | -0.02 | | | | |

| Row Labels | Sum of Pairs | Sum of Creations | Sum of Imbalance | Sum of Cap Usage | Sum of Net P&L |
|---|---|---|---|---|---|
| CAIXY / CABK SM -0.02 | 1 | 48,200 | 1 | $82,564 | $2,015 |
| ATDRY / AUTO LN -0.02 | 1 | 9,700 | - | $37,374 | $553 |
| CODYY / SGO FP -0.02 | 1 | 9,600 | - | $200,955 | $357 |
| BDRFY / BEI GR -0.02 | 1 | 5,100 | - | $225,932 | $253 |
| TUIFY / TUI1 GR -0.02 | 1 | 4,800 | - | $31,974 | $5,068 |
| AMKBY / MAERSKB DC -0.02 | 1 | 3,326 | 1 | $80,288 | $1,680 |
| AIQUY / AI FP -0.02 | 1 | 1,344 | 1 | $85,146 | $251 |
| LVMUY / MC FP -0.02 | 1 | 1,134 | 1 | $276,467 | $617 |
| AMADY / AMS SM -0.02 | 1 | 790 | - | $108,166 | $94 |
| GVDNY / GIVN SW -0.02 | 1 | 483 | 1 | $74,355 | $2,604 |
| LZAGY / LONN SW -0.02 | 1 | 309 | 1 | $40,576 | $619 |
| SBGSY / SU FP -0.02 | 1 | 267 | - | $15,814 | $102 |
| PDRDY / RI FP -0.02 | 1 | 200 | - | $14,912 | $12 |
| DSDVY / DSV DC -0.02 | 1 | 22 | - | $3,537 | $1 |
| **Grand Total** | **14** | **85,275** | **6** | **$1,278,060** | **$14,224** |

**SPONSORED BUYS**

| | | **CANCEL FEE** |
|---|---|---|
| TradeDate | 01.20.2021 | 0.02 |
| Currency | (All) | |
| ArbSpread | 0.05 | |

| Row Labels | Sum of Pairs | Sum of Imbalance | Sum of Cancels | Sum of Cap Usage | Sum of Net P&L |
|---|---|---|---|---|---|
| TOT / FP Buy 0.05 | 1 | 0 | 14,600 | $1,319,730 | $871 |
| CS / CSGN SW Buy 0.05 | 1 | 0 | 12,800 | $354,791 | $528 |
| SAP / SAP GR Buy 0.05 | 1 | 0 | 9,800 | $2,488,551 | $1,376 |
| FMX / FEMSAUBD MM Buy 0.05 | 1 | 9 | 1,101 | $164,800 | $742 |
| CX / CEMEXCPO MM Buy 0.05 | 1 | 20 | 312 | $4,220 | $43 |
| **Grand Total** | **5** | **29** | **38,613** | **$4,332,092** | **$3,560** |

**SPONSORED SELLS**

**CREATION FEE**

| TradeDate | 01.20.2021 |
|---|---|
| Currency | (All) |
| ArbSpread | 0.05 |

0.02

| Row Labels | Sum of Pairs | Sum of Imbalance | Sum of Creations | Sum of Cap Usage | Sum of Net P&L |
|---|---|---|---|---|---|
| RYCEY / RR LN Sell 0.05 | 1 | - | 760,300 | $2,278,614 | $32,589 |
| VOD / VOD LN Sell 0.05 | 1 | 1,148 | 265,295 | $9,198,601 | $18,600 |
| SAP / SAP GR Sell 0.05 | 1 | 500 | 77,424 | $19,605,087 | $73,139 |
| WMMVY / WALMEX* MM Sell 0.05 | 1 | - | 18,800 | $1,199,387 | $998 |
| SNY / SAN FP Sell 0.05 | 1 | 1 | 15,957 | $1,590,532 | $970 |
| SAN / SAN SM Sell 0.05 | 1 | - | 10,475 | $67,241 | $428 |
| FMX / FEMSAUBD MM Sell 0.05 | 1 | - | 10,400 | $1,546,741 | $476 |
| **Grand Total** | **7** | **1,649** | **1,158,651** | **$35,486,203** | **$127,200** |