EASTERN DISTRICT OF KENTUCKY

# FILED

UNITED STATES BANKRUPTCY COURT
FOR EASTERN DISTRICT OF KENTUCKY
AT LEXINGTON

February 19, 2021

*ELECTRONICALLY FILED*

AT LEXINGTON
NATHAN W. LEE, CLERK
U.S. BANKRUPTCY COURT

In re:                                                        Case No. 20-51078

Bernard V. Tew                                                Chapter 11

Andrew B. Tew

Debtors.

---

## DECLARATION OF DUSTIN P. SMITH IN SUPPORT OF SKATTEFORVALTNINGEN'S OBJECTION TO THE DISCLOSURE STATEMENT FOR DEBTORS' PLAN OF REORGANIZATION UNDER CHAPTER 11 OF THE BANKRUPTCY CODE

Pursuant to 28 U.S.C. § 1746, I, Dustin P. Smith, declares as follows:

1.      I am a partner with the law firm Hughes Hubbard & Reed LLP, attorneys for creditor Skatteforvaltningen ("SKAT").  I am admitted to practice law in the State of New York and admitted *pro hac vice* before this Court.  I submit this declaration in support of SKAT's Objection to the Disclosure Statement for the Debtors' Plan of Reorganization. I base this declaration on my personal knowledge and a review of the documents referenced herein.

2.      Attached hereto as Exhibit 1 is a true and correct copy of the transcript of the 341 Meeting of the Creditors held on August 26, 2020 in *In re Bernard and Andrea Tew*, case number 20-51078-tnw in the Bankruptcy Court for the Eastern District of Kentucky.

3.      Attached hereto as Exhibit 2 is a true and correct copy of the Consent Judgment and Order Re: Bernard V. Tew, Tew Enterprises, LLC, and Bluegrass Investment Management, LLC entered on July 8, 2015 in *Solis v. Hofmeister et al.*, case number 5:12-cv-00250, in the Eastern District of Kentucky.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 19, 2021
New York, New York

HUGHES HUBBARD & REED LLP

/s/ Dustin P. Smith
Dustin P. Smith (admitted *pro hac vice*)
One Battery Park Plaza
New York, New York 10004-1482
(212) 837-6000 (t)
(212) 422-4726 (f)
Dustin.Smith@hugheshubbard.com

Counsel for Creditor Skatteforvaltningen
(Customs and Tax Administration of the
Kingdom of Denmark)

## <u>CERTIFICATE OF SERVICE</u>

In addition to the parties who will be served electronically by the Court's ECF System, the undersigned certifies that a true and accurate copy of the foregoing was served by electronic mail or first-class U.S. mail, postage prepaid, on February 19, 2021, on all non-ECF creditors.

/s/ Dustin P. Smith
COUNSEL FOR CREDITOR, SKAT

99985753_1

# EXHIBIT 1

```
 1                  UNITED STATES BANKRUPTCY COURT
            EASTERN DISTRICT OF KENTUCKY (LEXINGTON)
 2             BANKRUPTCY PETITION NO. 20-51078-tnw
                         CHAPTER 11
 3
       IN RE:
 4

 5     BERNARD V. TEW and        )341 MEETING OF CREDITORS
       ANDREA B. TEW,            )
 6                               )WITNESSES:
                                 )BERNARD TEW and
 7            DEBTORS            )ANDREA TEW

 8              *   *   *   *   *        *   *   *   *   *

 9

10         The examination of BERNARD TEW AND ANDREA TEW

11     was taken via conference call on August 26, 2020,

12     and transcribed via digital audio file by

13     DANIEL F. LENNON, Registered Professional Reporter

14     and Notary Public in and for the State of Kentucky

15     at Large.

16              *   *   *   *   *        *   *   *   *   *

17

18

19

20

21

22

23

24

25
```

```
 1                    APPEARANCES

 2
                ON BEHALF OF THE DEBTOR:
 3
                  Mr. Dean A. Langdon
 4              DelCotto Law Group, PLLC
                 200 North Upper Street
 5            Lexington, Kentucky  40507

 6


 7          ON BEHALF OF MADISON STREET, LLC:

 8                Mr. Scott T. Rickman
               Morgan Pottinger McGarvey
 9           175 East Main Street, Suite 200
               Lexington, Kentucky  40507
10


11          ON BEHALF OF CENTRAL BANK & TRUST:
12
                   Mr. Tyler Powell
13               Frost Brown Todd, LLC
               Lexington Financial Center
14           250 West Main Street, Suite 2800
               Lexington, Kentucky  40507
15


16               SUBCHAPTER 5 TRUSTEE:
17
                 Ms. Charity S. Bird
18                710 West Main Street
                      Fourth Floor
19            Louisville, Kentucky  40202

20


21              ON BEHALF OF THE OFFICE
             OF THE UNITED STATES TRUSTEE:
22
                 Mr. John L. Daugherty
23          Office of the United States Trustee
              100 East Vine Street, Suite 500
24             Lexington, Kentucky  40507

25
```

1                          <u>INDEX</u>

2

3    Caption Page...............................     1

4    Appearance and Index......................  2 - 3

5    Introduction..............................  4 - 5

6    Examination by Mr. Daugherty.............. 5 - 15

7    Examination by Ms. Bird...................15 - 18

8    Continuing Examination by Mr. Daugherty....19 - 34

9    Re-Examination by Ms. Bird................34 - 44

10   Examination by Mr. Powell.................45 - 46

11   Reporter's Certificate....................    47

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1                MR. DAUGHERTY:  Bernard and Andrea Tew,

2     Case No. 20-51078.  Again, my name is John

3     Daugherty, Assistant U.S. Trustee, and I'll be

4     presiding at the meeting today.

5                Can I have appearances, please?

6                MR. RICKMAN:  Mr. Daugherty, it's Scott

7     Rickman, again, for Madison Street, LLC; however, I

8     don't have any interest in the individual case, so

9     like George Smith, I'm going to be getting off now.

10                MR. DAUGHERTY:  Okay.  Thank you.

11                MS. BIRD:  Charity Bird, Subchapter 5

12     Trustee.

13                MR. POWELL:  And Tyler Powell, appearing

14     for Central Bank & Trust.  Thanks.

15                MR. LANGDON:  And Dean Langdon, counsel

16     for the debtors.

17                MR. TEW:  And Bernie Tew and Andrea Tew

18     are still here.

19                MR. DAUGHERTY:  All right.  Thank you.

20     I just want to make the record here.

21                I have before the meeting reviewed the

22     Social Security cards of the Tews and the driver's

23     licenses, of limited use with a telephonic hearing,

24     but I verify that the Social Security numbers are

25     correct.

1               And could -- Mrs. Tew, I don't think I

2       heard -- I've heard her voice.  Could she identify

3       herself?

4               MRS. TEW:  I'm here, hi.  This is Andrea

5       Tew.

6               MR. DAUGHERTY:  Thank you.  Mr. Langdon,

7       do you recognize the voices of the Tews?

8               MR. LANGDON:  I recognize both of their

9       voices, yes.

10              MR. DAUGHERTY:  Thank you.  Mr. and

11      Mrs. Tew, I'd like you both to raise your right

12      hands and, do you swear or affirm that the testimony

13      you give today will be true and correct to the best

14      of your knowledge, under penalty of perjury?

15              MRS. TEW:  I do.

16              MR. TEW:  I do.

17              MR. DAUGHERTY:  Thank you.

18              ----------------------

19              <u>BERNARD TEW AND ANDREA TEW</u>,

20      having been first duly placed under oath, was

21      examined and testified as follows:

22                     <u>EXAMINATION</u>

23      <u>BY MR. DAUGHERTY:</u>

24      Q.      I would like to start off by just asking

25      a few questions about -- well, let me go back.  You

1    have -- you have currently in your possession,

2    Mr. and Mrs. Tew, copies of the petition and

3    schedules that you filed -- that were filed with the

4    court in your case?

5              MR. TEW:  We do.

6    Q.        And are those petition and schedules

7    true and correct to the best of your knowledge?

8              MRS. TEW:  They are.

9              MR. TEW:  They are.

10   Q.        All right.  Is there any need today to

11   file an amendment or anything regarding the

12   schedules or petition?

13             MRS. TEW:  Not to my knowledge.

14             MR. TEW:  Not to my knowledge.

15   Q.        All right.  I'm going to ask you some

16   questions regarding your schedules, so if you could

17   make sure that is in front of you and I'll try to

18   point you to the right page.

19             I am looking...all right.  I'm sorry.

20   I'm still having trouble with the new forms, finding

21   -- here it is.  I'm looking at Schedule A/B,

22   question 21, and that's page 7 of 58, if you look at

23   the page numbering on the top, if you have the

24   court's header on it.

25             MR. TEW:  We are here.

1    Q.          Okay.  I see here you list a Roth IRA

2    and it says it's valued at 14 million, but depends

3    on the litigation.  Can you explain your thoughts on

4    the valuation of this IRA?

5                MR. TEW:  This is the last

6    valuation that we received from EDF Man.  They are

7    an American company, but the valuation was done by a

8    British subsidiary.  They are front and center in

9    the SKAT litigation.  They are totally unresponsive

10   to our lawyers.  We do not know if the money is

11   there.  It's been --

12               THE WITNESS:  Dean, I showed you

13                 those statements.

14               MR. TEW:  It's been two or three

15   years since we've had statements from these guys, as

16   the SKAT litigation has wound itself through both

17   Denmark and New York.  So, that's the best I know

18   right now, the best of my knowledge right now.

19   Q.          And what exactly was EDF Man's role

20   regarding your IRA?

21               MR. TEW:  EDF Man was a broker

22   slash bank that managed -- that served as the broker

23   and the custodian of the strategies that were done

24   back in '11, '12, '13, '14, '15, in Denmark for my

25   IRA, my family's IRAs, and for the Hofmeister

1    corporate plans.

2    Q.          Okay.  So the IRA you've listed here, is

3    that your personal IRA, Mr. ...

4                MR. TEW:  That is my -- that's my

5    IRA, that's correct.

6    Q.          Okay.  Does Mrs. Tew have an IRA, Roth

7    IRA also?

8                MRS. TEW:  Yes.  Mine is listed on

9    the line beneath --

10   Q.          Okay.

11               MRS. TEW:  I apologize, now that

12   I'm looking at those.  We should have put, you know,

13   our names with those as well.

14   Q.          Okay.  That's fine.  Just...now,

15   Mrs. Tew, is your IRA with EDF Man?

16               MRS. TEW:  No, it is not.

17   Q.          And you stated you provided Mr. Langdon

18   with statements regarding this IRA, Mr. Tew?

19               MR. TEW:  The most recent ones we

20   had, yes.

21   Q.          All right.

22               MR. DAUGHERTY:  Is that something I

23               could look at, Dean?

24               MR. LANGDON:  I will be happy to

25               send it to you.

```
 1                    MR. DAUGHERTY:  Yeah.  I don't need
 2              it right now.  I just...
 3                    MR. LANGDON:  Yeah.  Yeah.
 4                    MR. DAUGHERTY:  -- want to look at
 5              that so I can kind of pin down...
 6    Q.        So let me just restate what I think was
 7    your testimony, Mr. Tew.  The last statement
 8    indicates that you have 14.4 million in that
 9    account?
10                    MR. TEW:  Correct.
11    Q.        Okay.  Now I see.  I want to go to
12    Schedule E and F, which starts on page 21, and I'm
13    on page 24 and item 4.5 and 4.6, creditor Craig
14    Cohen and creditor Dave Nichols.  Do you see that,
15    Mr. Tew?
16                    MR. TEW:  Uh-huh.  Yes, I do.
17    Q.        All right.  Under -- you state under
18    Other that it's contingent liability for claim
19    against retirement fund.  Can you explain to the
20    best of your ability what the claim is?
21                    MR. TEW:  The claim is both of
22    these gentlemen invested with my retirement fund and
23    their --
24                    MRS. TEW:  Not your I- --
25                    MR. TEW:  Not my IRA -- they were
```

1    other funds that we managed, and it is -- their

2    money is held up in EDF Man as well, EDF Man and

3    Denmark and Holland.

4    Q.          So these were retirement plans that you

5    managed?

6              MR. TEW:  Yes.

7    Q.          Okay.  How many plans...well, let me

8    rephrase it.  How many plans do you think have

9    contingent liabilities against you?

10              MR. TEW:  I don't know.  Possibly

11   as -- possibly four, I think.  And it's...I think

12   it's a matter of strong contention that the

13   liability is against me.  It is against the funds,

14   which have no money and we're closed.

15   Q.          Do you currently manage retirement funds

16   for others?

17              MR. TEW:  I do not.

18   Q.          What time frame are you talking about on

19   these contingent liabilities?  When would they have

20   been incurred?  I'll say on the schedules it's 2018.

21              MR. TEW:  Well, that's when the

22   SKAT lawsuits stopped everything in the world for

23   me.  Some of them were incurred -- Craig Cohen's was

24   incurred much before that, and I can't remember

25   exactly, but...

1                    MRS. TEW:  Check our records.

2                    MR. TEW:  We could check our

3      records.  I think it's in the '13 or '14 range.

4      Q.         Okay.

5                    MR. TEW:  I don't know exactly.

6      I'd have to check the records.

7      Q.         Sure.  Since we've mentioned SKAT, could

8      you explain the nature of the SKAT allegations and

9      claims against you?

10                   MR. TEW:  Oh, Lord.  Yes.  SKAT is

11     the tax authority of Denmark.  The trades that I did

12     for Hofmeister's accounts and for my accounts were

13     totally legal and they were approved by Seward &

14     Kissel in the -- examined and approved by Seward &

15     Kissel in New York.

16                   When Hofmeister was examined by the DOL

17     and ultimately found to be embezzling money from the

18     pension plans, the DOL examined all of the SKAT

19     trades and Holland trades and passed on them, that

20     they were fine and there was no problem.

21                   In 2018, SKAT decided to file all these

22     lawsuits.  This is part of a large fraud in Europe

23     of the amount of $60 billion.  That's with a B.  The

24     subadvisor that I used and -- was the mastermind of

25     that fraud and he was sentenced to ten years in

1    Germany.  It was suspended, pending him giving up

2    people in the banks.  So he is, in fact, doing that

3    now and I think he's in Costa Rica or somewhere.

4         So, most of these pension plans, the

5    ones that I am involved with, were all custodied and

6    traded through EDF Man.  EDF Man, we would -- we

7    would buy a stock, get a dividend, taxes would be

8    withheld, and then we would apply for the

9    withholding from the tax authority.  EDF Man handled

10   all that, and I hired a subadvisor, as I am not

11   allowed to trade in Europe.  Therefore -- I don't

12   have a license, never had a license in Eur-...

13        So, the subadvisor did it.  This is the

14   guy Martin Shields.  I would encourage you to look

15   him up.  EDF Man did the trades.  Since -- since all

16   this has happened, it has come to my knowledge -- I

17   have some of the documents -- that EDF Man filed

18   false tax returns in Denmark.  They filed false

19   accounts statements to their pension plans here in

20   the United States.  They have become a defendant in

21   the SKAT cases in London.  They are -- Dean won't

22   like this.  They're bad guys.

23        They are difficult, they have hurt lots

24   of people, and I know how they did it.  I don't know

25   exactly where the money went, but I can -- I can --

1    from all the documents I've gotten from the

2    whistleblower, I've been able to piece together how

3    they -- how they got the money out of the pension

4    plans.

5                    MR. LANGDON:  So --

6                    MR. TEW:  So...

7                    MR. LANGDON:  John, let me

8                    interject for just a second here.  I

9                    think there's a missing piece that maybe

10                   he hasn't reached yet, but the

11                   government alleges that they made --

12                   they were fraudulently led into making

13                   refunds of taxes withheld on dividends

14                   and so they're trying to recover those

15                   refunds from the various plans that got

16                   them.

17                   MR. TEW:  Uh-huh. (Affirmative)

18                   MR. DAUGHERTY:  And you're talking

19                   about SKAT?

20                   MR. TEW:  Yes.

21                   MR. DAUGHERTY:  Okay.

22                   MR. TEW:  I'm sorry.  I skipped

23                   that part.

24                   MR. DAUGHERTY:  No, no.  That's

25                   fine.

1    Q.           How many retirement plans -- I mean,

2    what exactly -- let me rephrase this.  What exactly

3    was your goal with these retirement plans that are

4    now the subject of the SKAT litigation?

5                 MR. TEW:  My role was very limited.

6    I did not do the trading.  I did the paperwork to

7    set up the plan correctly.  I hired a subadvisor to

8    do the trading.  And then we had them all legally

9    examined by Seward & Kissel in New York.

10   Q.           Okay.

11                MR. TEW:  That was it, actually.

12   From time to time we would fill out the correct

13   documents that had to be filled out in order to

14   obtain the tax refunds in Denmark.  There are -- in

15   the SKAT cases in New York, there are 275 of them,

16   totaling a alleged two billion dollars in

17   fraudulently claimed claims.  15 of those are mine,

18   meaning my family or Hofmeister's family.  They are

19   -- that total is $41 million.  I have the ledgers

20   from EDF Man, which by the way produced two

21   different sets of book.  As a public company I

22   thought that was interesting.

23                I have the ledgers.  I can show where

24   the shares were erred -- were owned, and then I can

25   show where they -- EDF Man claimed more ownership

1    and got more tax refunds in our pension plans'

2    names.

3    Q.          Now, let me see if I can...excuse me.

4    Just give me a second here.

5                MS. BIRD:  John, if I could jump in

6                here while you are looking at that.

7                ----------------------

8                EXAMINATION

9    BY MS. BIRD:

10   Q.          When I read these, one of the complaints

11   in New York, it looks like what one of the main

12   assertions is, you individually and perhaps too your

13   wife, is that you pretended to own shares in Danish

14   companies, I guess, that didn't exist.  Does that

15   comport with what you recall about the allegations

16   against you personally?  That seemed to be the main

17   allegation against you guys personally.

18                MR. TEW:  Yes, Charity, that is the

19   main allegation, and I have the statements and I

20   have the ledgers where those shares were owned by my

21   pension plan, these 15 pension plans that I

22   collectively say are mine.

23   Q.          Okay.

24                MR. TEW:  I can prove that.  I can

25   prove that we own the shares.  Yes.

1    Q.          (Distorted audio) and they weren't fake

2    companies?

3                    MR. TEW:  Pardon me?  I didn't hear

4    you.

5    Q.          That you did own the shares and they

6    weren't fake companies, I guess, as they're alleging

7    here?

8                    MR. TEW:  No.  We owned the shares

9    and they were publicly-traded companies.

10   Q.          Okay.

11                   MR. TEW:  The allegation is totally

12   fictitious.  Now, may I say that there has been a

13   lawsuit in London, that information is public

14   knowledge, that of the 275 pension plans, there are

15   many of them that did not own the shares, yeah, and

16   they -- EDF Man falsely claimed -- falsely claimed

17   tax refunds even though they didn't own the shares

18   to, in fact, deserve those refunds.  My accounts, I

19   can prove I did own the shares.  But we can't get in

20   court in London, or in New York.

21   Q.          Have you-all heard from anybody with

22   SKAT since this case -- these two cases have

23   started?

24                   MR. TEW:  Yes.

25   Q.          Their lawyer or -- because I saw the

1    cases are stayed obviously in New York from the

2    bankruptcy, but it looks -- and it looks like

3    nothing's really happened since that.

4                    MS. BIRD:  So have they contacted

5              you, Dean, or has anybody reached out?

6                    MR. LANGDON:  I have not heard from

7              anyone on behalf of SKAT, no.

8                    MR. TEW:  I have.  And by the way,

9    there are 15 lawsuits in New York and a mirroring 13

10   in Denmark.  The Danish lawyer is fighting them.  We

11   have won several of those in the -- in Denmark.  The

12   -- in the bankruptcy for Tew LP, our son Vinnie and

13   our oldest daughter Stephanie Campbell were both

14   deposed last week and -- by Hughes Hubbard and by

15   SKAT.  There were 31 lawyers on the call I believe.

16   Crazy.

17   Q.        So it's gone forward as to -- well,

18   they're not named, though, defendants, are they,

19   your kids?

20                    MR. TEW:  They're our kids and they

21   are named as defendants in two cases.  Yes, they

22   are.

23   Q.        Okay.

24                    MR. TEW:  Their pension plan.  Yes,

25   they are.

```
1    Q.          All right.  One question I'd like to --
2                    MR. TEW:  (Inaudible).
3    Q.          -- going back to -- I'm sorry that I'm
4    jumping around, but I had it written down --
5                    MR. TEW:  (Inaudible).
6    Q.          -- and just lost it, do any of the
7    animals that are listed on the Tew Limited
8    Partnership bankruptcy case, do you guys have any of
9    those animals like in your possession at this time?
10                   MR. TEW:  We have several.  Yes.
11                   MRS. TEW:  We have three.
12                   MR. TEW:  We have three.
13   Q.          You have three that were listed on the
14   petition and schedules?  Which three do you guys
15   have in your possession?
16                   MR. TEW:  Julia's Way, Capital
17   Request -- (phonetic)
18                   MRS. TEW:  And Maria's (ph) --
19                   MR. TEW:  -- and Maria's Dame.(ph)
20   Q.          Okay.
21                   MR. DAUGHERTY:  I'm back on the
22                   call.  I got dropped.
23                   MS. BIRD:  Oh.  There you go.  Oh.
24                   MR. DAUGHERTY:  That's what
25                   happened to me.
```

```
 1                    MR. TEW:  Uh-huh. (Affirmative)
 2              Charity, may I return to the depositions
 3              that my -- our two older children did?
 4                    MS. BIRD:  Sure.  This is John's
 5              341.  I just hijacked it for a minute.
 6              As long as it's fine with John.
 7                    MR. DAUGHERTY:  Well, and then
 8              I got cut off, but...
 9              ----------------------
10                    EXAMINATION (Cont'g.)
11    BY MR. DAUGHERTY:
12    Q.         Mr. Tew, please go ahead.  I missed some
13    of the conversation.  You're saying your children
14    were deposed?
15                    MR. TEW:  They were deposed by
16    SKAT and Hughes Hubbard, which is the plaintiff's
17    attorney in New York.  They -- there were 31
18    attorneys on the case, probably from all different
19    European countries, and some of the other pension
20    plans.  This guy, Martin Shields, is in the -- in
21    the fictional sense, an international criminal,
22    criminal, and lots of people want this guy and we
23    had the unfortunate -- unfortunately, I hired him to
24    do -- to manage the plans.  It was a bad one on me.
25    He was recommended by George Hofmeister, which was
```

1    another bad one.

2                    Anyway, the depositions did not go

3    anywhere.  That is my understanding.  I would very

4    much like to get those cases removed, tried, et

5    cetera, here in Kentucky, because they will go on

6    and on and on for years up there in New York, as all

7    the law firms garnish huge amounts of fees from the

8    country of Denmark.

9    Q.        So...

10                   MR. TEW:  And -- go ahead.  I'm

11   sorry.

12   Q.        What was the role of your children in

13   some of these retirement plans?

14                   MR. TEW:  They had a couple of -- I

15   managed a couple of pension plans for them.  It was

16   their Roth IRAs.

17   Q.        So it was their personal...

18                   MR. TEW:  Roth IRA, yes.

19   Q.        IRAs.

20                   MR. TEW:  Yes.

21   Q.        They were not managing any retirement

22   plans on behalf of --

23                   MR. TEW:  No.

24   Q.        -- the lawyers?

25                   MR. TEW:  No.

1    Q.            Well, then, I guess, why are they being

2    sued by SKAT?

3                       MR. TEW:  Okay.

4                       MRS. TEW:  (Inaudible.)

5                       MR. TEW:  I am -- I have been in

6    the pension business for 35 years on Wall Street.  I

7    was a partner, I was head of risk, at New York Life.

8    I know the business very well.  It is very, very

9    hard to break through a pension plan to the

10   beneficiary.  The judge in New York has allowed

11   these cases to stand and his exact words -- you can

12   look at it in the court record -- are, I know -- I

13   know this is improbable, but I just want to see

14   where it goes.

15                     In both cases of our older children,

16   they are -- they are beneficiaries of their Roth

17   IRAs, as most people are, and yet -- yet SKAT sued

18   them in New York to enforce a foreign tax law and to

19   break through the pension plan, and the federal

20   judge in New York let them stand.

21   Q.            Okay.

22                     MS. BIRD:  Well, Mr. Tew, is it

23                     similarly situated, though, or is it

24                     alleged that they owned shares in

25                     fictitious companies?

```
 1                    MR. TEW:  Charity, all of the cases
 2              are the same.  They were -- the alle- --
 3              all they did was change the numbers in
 4              the cases, the number of shares that
 5              they owned.  I can in fact --
 6                    MS. BIRD:  Okay.
 7                    MR. TEW:  -- prove that they --
 8              well, to the extent that EDF Man sent me
 9              statements, which it has been discovered
10              in Europe that they sent false
11              statements to people, but I can prove
12              that we owned -- my children's pension
13              plans owned those shares at the time of
14              the dividend.  I can prove that.  I
15              cannot get in --
16                    MS. BIRD:  But we can't -- but you
17              can't prove whether or not they're
18              actual real companies?
19                    MR. TEW:  No, they are real
20              companies.  Unilever.  I mean --
21                    MS. BIRD:  Okay.
22                    MR. TEW: -- you know, they're real
23              companies.  No, it's totally bo- -- it's
24              totally a bogus lawsuit.  Totally bogus.
25                    MALE SPEAKER:  And all of you
```

```
 1                     people are lawyers.
 2                          MR. TEW:  No.  They're not
 3                     fictitional (sic) companies, no.  Not in
 4                     any way, shape, or form.  They're all
 5                     Danish companies that are traded on the
 6                     exchanges.
 7    BY MR. DAUGHERTY:  (Cont'g.)
 8    Q.              Mr. Tew or Mrs. Tew, can you tell me
 9    what Tew Enterprises, LLC, was or is?
10                         MRS. TEW:  Go ahead, Bernie.
11                         MR. TEW:  Tew Enterprises was a
12    company that when we were retired from New York
13    Life, we decided to do some other things, consulting
14    and other things, and Tew Enterprise- -- we had that
15    company umbrella.  Tew Enterprises was that
16    umbrella.  Then we met George Hofmeister in church
17    one day and he asked us to manage his private
18    company pension plan.  We needed a company to do
19    that.
20                         Tew Enterprises, we then registered it
21    as a -- as a registered investment advisor, and the
22    examiners, the SEC and the Kentuck- -- the Kentucky
23    state examiners, suggested that we start a new
24    company because it, Tew Enterprises, had done other
25    things and they wanted only -- only investment
```

1   management in a company.  That is when Bluegrass

2   Investment Management started.

3   Q.         Okay.  And, Mrs. Tew, I found my list

4   here.  I see you are a defendant in one of the SKAT

5   suits against Tew Enterprises, LLC, retirement plan;

6   is that correct?

7            MRS. TEW:  That's correct.  I'm a

8   defendant in that --

9   Q.         And what was your role?

10           MRS. TEW:  I'm the beneficiary of

11  the Tew Enterprises retirement plan.  Or I was --

12  Q.         So you had no other role other than

13  beneficiary?

14           MRS. TEW:  Uh-huh. (Affirmative)

15  Q.         I'm sorry, I didn't hear an answer.

16           MRS. TEW:  Oh.  Yes, I'm sorry.

17  Beneficiary.

18  Q.         You're just a beneficiary?

19           Now, when...do you -- Mr. Tew, do you

20  have statements showing that these retirement plans

21  received refunds from the withholding?

22           MR. TEW:  Yes, we do.

23  Q.         Okay.

24           MR. TEW:  I did not have them until

25  a few months ago.  The whistleblower --

```
 1              Dean, you should probably send that to
 2   the trustee, that little piece about the
 3   whistleblower and they fear for their life and all
 4   that.
 5              The whistleblower has submitted some
 6   documents and I got them innocuously from Seward &
 7   Kissel.  So I don't know whether Seward & Kissel is
 8   defending the whistleblower or what, but -- but
 9   I have those documents.  And it's the ledger of a
10   company, if you know from financial services, a
11   company, they all have to have ledgers, whereas
12   money comes in and comes out.  And EDF Man ran two
13   different ledgers.  It's unbelievable.  Ran two
14   different ledgers.
15   Q.          And on these retirement plans that you
16   managed, how was the compensation for you or your
17   investment entity structure?
18                   MR. TEW:  There was none.
19   Q.          So you were not compensated for your
20   work?
21                   MR. TEW:  No.  No, you can't be.
22   No.
23                   MRS. TEW:  (Inaudible).
24                   MR. TEW:  All of my family's
25   retirement plans, it is illegal to take
```

1   compensation; therefore, there was no compensation.

2   The original industrial 81/100 trust, you'll find

3   them listed as casting, central technology, auto

4   parts and industrial technology.  Those pension

5   plans, those structures I set up, were for

6   Hofmeister's many different company pension plans.

7   I received compensation for those only.  Only.

8           His family's 401(k)s I did not receive

9   compensation for those.  Having managed more than

10  3,000 pension plans all over the country during my

11  career, you often -- the head of the pension plan,

12  you often include his children or his family as a

13  benefit -- as a benefit.  There's no fees incurred

14  there.  So, no, there's -- there's actually a

15  minimal amount of fees.  And after July of 2'13,

16  after July of 2013, there's no fees at all,

17  anywhere.

18          When I agreed to not be a fiduciary for

19  Hofmeister's plan, I also agreed to receive no

20  compensation.  The Department of Labor in their --

21  in their form of fiduciary counselors could not

22  figure out this trade, so they wanted me to stay on,

23  Karen Caldwell approved that order, and I stayed on

24  for another six months to close up all these trades.

25  I had no compensation.

1    Q.            All right.  Let me just go through -- I

2    mean, I have the list of the SKAT litigation and I'm

3    trying to --

4                    MR. TEW:  Yes.

5    Q.            -- figure out which plan were plans for

6    your family and which plans were for other entities,

7    another peop- -- unrelated people.  There's SRH,

8    LLC, 401(k) plan?

9                    MR. TEW:  Hofmeister family?

10   Q.            Is that what that was, the Hofmeister

11   family?

12                   MR. TEW:  Yes.  If you go through

13   the list, I'll tell you.

14   Q.            Okay.  And then MGM Farms?

15                   MR TEW:  Hofmeister family.

16   Q.            JFH Farms?

17                   MR. TEW:  Hofmeister family.

18   Q.            Triton Farms?

19                   MR. TEW:  Hofmeister family.

20   Q.            ARH Farms?

21                   MR. TEW:  Hofmeister family.

22   Q.            Then the Tew LP retirement plan?

23                   MR. TEW:  Yes.  That's our son.

24   Q.            And then the Tew Enterprises, LLC,

25   retirement plan?

1           MR. TEW:  That's Andrea's.

2    Q.          Industrial Pensions Group Trust?

3           MR. TEW:  That was Hofmeister's

4    industrial company.  They had 90 of them.  They had

5    various contributions in their pension plans in that

6    fund.  I received compensation for that one, until

7    19- -- until 2013.  July of 2013.

8    Q.          Was Industrial Pensions -- I mean, what

9    companies did that -- was that a retirement plan

10   for?

11          MRS. TEW:  It was -- it was a

12   retirement group trust and a retirement group trust

13   is a way for pension plans to invest to pool their

14   assets to invest --

15          MR. TEW:  Collectively invest, yes.

16          MRS. TEW:  -- collectively.  And

17   the auto parts, castings, central technologies, and

18   Industrial Pensions Group Trust were invested in by

19   four different pension plans that were part of

20   George's corporate structure.

21   Q.          Okay.  So the ones that are group

22   trusts -- and there's a number of them -- it's your

23   testimony they represent employees or beneficiaries

24   from another -- a number of companies?

25          MR. TEW:  Yes.  Yes.

1    Q.          Okay.

2               MR. TEW:  I don't remember the

3    exact name or number actually.  It's been so long.

4               MRS. TEW:  I don't know the number.

5    Q.          Okay.

6               MRS. TEW:  We have the names of the

7    companies in our records.

8               MR. TEW:  We would have the name --

9    it was a -- I know it was more than 7,000 employees,

10   I know that.

11   Q.          Okay.  And then we have Central

12   Technologies Pension Group Trust?

13              MR. TEW:  Hofmeister companies.

14   Q.          Bluegrass Retirement Group Trust?

15              MR. TEW:  That is our family that

16   all of us were in.  All of our retirement plans were

17   -- had -- was that me or -- okay.  That was just me.

18   That was just me, I'm sorry.  That was me.  Me only.

19   My Roth IRA.

20   Q.          Is this the Roth IRA that you state in

21   your schedules has a value of 14 -- about 14

22   million?

23              MR. TEW:  There is some of that,

24   yes.  Uh-huh.  You know, I was on Wall Street for a

25   long time, so, there was money that accumulated over

1    the years in there.

2    Q.          All right.  Well, humor me here.  So,

3    the Roth IRA you've listed in your Schedule A/B,

4    it's the Bluegrass Retirement Group Trust, or is it

5    more than one?

6                    MR. TEW:  It's more than one, and

7    if --

8                    MRS. TEW:  One of the investments.

9                    MR. TEW:  Yeah, it's one of the

10   investments was that.  And the Hofmeister -- the

11   Hofmeister Industrial Trust invested in my -- or,

12   excuse me, my IRA invested in the Hofmeister trust,

13   like castings, like central technology, like auto

14   parts, and -- yeah, and back and forth.  That --

15   again, that is often done for hedge fund managers,

16   because the pension plan would like to know that the

17   hedge fund manager's money is at risk, not just the

18   employees' money.  That's often done.

19   Q.          Okay.  And then Bluegrass Investment

20   Management, LLC, Retirement Company.

21                    MR. TEW:  Who is that?  That was

22                    mine only.

23   Q.          Auto Parts Pension's Group Trust?

24                    MR. TEW:  That is a Hofmeister

25   Industrial Companies plan.

1    Q.            And then MSJJ Retirement Group Trust.

2                  MR. TEW:  That was Hofmeister's

3    family and originally -- and then our family took it

4    over after his family exited in the DOL, as is all

5    of the DOL litigation.

6    Q.            How do you take over a plan?  Were you

7    the beneficiaries?

8                  MR. TEW:  Well, these are group

9    trusts.  It's like when -- let me try to explain

10   this to you.  When you -- you invest in -- your

11   401(k) invests in a -- in some sort of activity and

12   you leave the government and you take your 401(k)

13   with you, and then you are out of that plan and then

14   five years later you come back to the government,

15   you can come back into the plan.  That is the way

16   Hofmeister did it.  Their family all went out, based

17   on the -- the DOL litigation.  We were clear in the

18   litigation, and so we used -- it's very expensive to

19   set up those structures, so we used that structure

20   for our own purposes, then, our own retirement.  My

21   family did.

22   Q.            Okay.  All right.  Let me just wrap up

23   here so other people can ask questions.  Looking at

24   your Schedule I, which is page 40 of the schedules,

25   it states that you're a retired investment manager;

1      is that correct?

2                     MR. TEW:  I was for 30 some years,

3      yes.  I'm --

4      Q.          But I mean, as of the date of filing you

5      were not -- you were retired?

6                     MR. TEW:  I am retired now, yes.

7      And I was retired at the date of filing, yes.

8      Q.          And then, Mrs. --

9                     MR. TEW:  By the way --

10     Q.          -- Tew, you're list- -- excuse me?

11                    MR. TEW:  By the way, retired

12     investment manager, it legally means I do not manage

13     other peoples' money for fees.  I am allowed to

14     manage my own money and family members, yes.

15     Q.          Do you currently manage your own

16     retirement accounts or investments?

17                    MR. TEW:  Well, if I could find

18     them I would.  I can't get my hands on them right

19     now.

20     Q.          And what about family members?

21                    MR. TEW:  No.  When...when the SKAT

22     lawsuits were filed, everything, all financial

23     services for my family was shut down, shut down,

24     meaning you are exited from brokerage accounts, you

25     are exited from retirement plans, you are exited

1   from bank accounts, all those kind of things.

2   Q.        All right.  Mrs. Tew, you're listed in

3   Schedule I on the same page as self-employed

4   controller for Burr Oak Capital.  Could you explain

5   what that involves?

6             MRS. TEW:  Burr Oak Capital is a

7   company here in Lexington.  The owner of the company

8   buys properties and renovates them for rental

9   property.  He does that for himself and then for

10  other investors as well.  I help -- I help him in

11  the operations of the business in terms of setting

12  up systems, like the construction software they use

13  to manage all of the different projects, and then

14  also with setting up the bookkeeping for that.

15  Q.        And how many members are -- if you know,

16  how many members are in Burr Oak Capital?

17            MRS. TEW:  One.

18  Q.        Okay.  And who is that?

19            MRS. TEW:  His name is Jeff Moore.

20  Q.        Moore?

21            MRS. TEW:  Moore, uh-huh.

22  (Affirmative) M-o-o-r-e.

23  Q.        Thank you.  And you're paid with a 1099

24  -- you're a 1099 contractor?

25            MRS. TEW:  Yes, I am.

1    Q.          Okay.

2                MR. DAUGHERTY:  I don't have any

3                additional questions at this time.

4                Anyone else have any questions?

5                MS. BIRD:  Charity Bird, Subchapter

6                5 Trustee.

7                ----------------------

8                RE-EXAMINATION

9    BY MS. BIRD:

10   Q.          Mr. and Mrs. Tew, you know I attended

11   your initial debtor interview, as you'll recall, and

12   one of the --

13               MR. TEW:  Yes.

14   Q.          -- things that we discussed or was

15   discussed was the ability to earn income in the

16   future in order to have a plan of reorganization or

17   to fund a plan.

18               MR. TEW:  (Inaudible).

19   Q.          And so, can you tell me where you guys

20   have gone with that?  Have you made any headway in

21   securing future income?

22               MR. TEW:  We have made significant

23   headway.  I have many friends in New York.  We

24   have -- they're looking at leverage right now, how

25   much leverage the account can have.  The account is

1    not mine.  It is an old, old friend of mine's

2    account and he will -- there is -- there will be

3    money in it and we'll split the returns on a certain

4    kind of fashion.  So I will manage that.  I'm

5    allowed to do that.  It's IRAs.  And we're just

6    waiting for the brokerage firm to give the okay on

7    the leverage amount.

8    Q.        So whose name would be, as far as

9    associated with the account with the brokerage firm,

10   is it going to be your name or would it be your

11   friend's name?

12             MR. TEW:  It will not be my name.

13   It is a retirement trust.

14   Q.        Okay.  And is it --

15             MR. TEW:  But I'll be desig- --

16   Q.        -- his assets that you're managing?

17             MR. TEW:  Yes.  Uh-huh.

18   Q.        And how much compensation can you

19   anticipate from managing just his assets?

20             MR. TEW:  Well, we don't know yet.

21   That will depend on leverage.  We have engaged -- I

22   put together a trading team to do a particular type

23   of arbitrage strategy.  I would anticipate, with a

24   normal amount of leverage, let's say six times, we

25   could make 100, $150,000 a month.  I have done that

1    before with this strategy actually.

2    Q.          So I guess what I've been trying to

3    understand since we had that initial debtor

4    interview is how you would be legally authorized to

5    manage funds for anyone else while the litigation is

6    pending in New York.  There's no restriction there?

7              MR. TEW:  There is no restriction

8    and it is all my intellectual property.  Now, I will

9    be pushing --

10   Q.          You have --

11             MR. TEW:  -- no button- --

12   Q.          -- a broker's license?

13             MR. TEW:  I do not.

14   Q.          Okay.

15             MR. TEW:  I have -- these are old

16   guys that I came into the business with.  This is a

17   handshake deal.  And they will -- I've set it up so

18   that they are doing -- they are licensed and they

19   will be doing the trading and I will communicate to

20   them how to do the trading.  It's a consulting-type

21   arrangement, which I'm allowed to --

22   Q.          With -- okay.  So you're consulting with

23   whoever is actually I guess licensed to do it,

24   you'll be consulting with them on the investments

25   for --

1              MR. TEW:  That's correct.

2    Q.          -- this friend of yours' assets?

3              MR. TEW:  That's correct.

4    Q.          And when do you expect that arrangement

5    to begin generating any source of income?

6              MR. TEW:  I hope -- we've got test

7    trades up in mid -- I want to say the end of

8    September, mid October.  Full-blown revenue,

9    probably November.  It's -- you know, you never

10   quite know.  You have to get through -- you have

11   to -- how do I explain this.  These are very

12   sophisticated computer algorithms.  They are very

13   sophisticated, high-level mathematics, and they have

14   to be tested to be sure they're working right.

15             I wrote the algorithms.  The trading

16   team does not know how to test them.  I have got to

17   teach them how to test them.  I don't quite know,

18   Ms. Bird, how long that's going to take.  I wish I

19   did.  I wish I did know how long it was going to

20   take.  I don't know.

21   Q.          When you say you assembled a trading

22   team, I presume that's not really under your name,

23   because I don't know -- how would they be getting

24   paid if you've assembled a trading team?

25   A.          I've assembled a trading team.  It is

1    not under -- under my name.  The one person who has

2    the con- -- who has the official regulatory control

3    over the account has hired the rest of the team as

4    consultants to engage in the trade.

5    Q.         And has there been a consulting

6    agreement drafted up at this point for what you're

7    supposed to be doing with them?

8              MR. TEW:  Not yet, no.

9    Q.         And will there be a sale of this

10   intellectual property that you created, these

11   algorithms, or will be a license; like how is that

12   going to work?

13             MR. TEW:  I just have a profit

14   split.  I'd rather not sell my intellectual property

15   at this point.  I'd rather not.

16   Q.         Well, do you have a value that would be

17   placed on that intellectual property?  Because I

18   don't recall if it was on your schedules or not.

19   But if that algorithm is as valuable as you suggest

20   it may be, it seems like it would have some value to

21   be added to the schedules.

22             MR. TEW:  Well, intellectual

23   property has value in financial services kind of.

24   If you -- and I have sold intellectual property,

25   when we -- different algorithms.  When we sold our

1    company to New York Life at 9/11, they took over a

2    certain type of intellectual property they had at

3    that time.

4              Intellectual property in financial

5    services always erodes and thus there are virtually

6    no -- no patents, no licensing agreements, nothing

7    made in intellectual property firms.  They just --

8    because you can't really compute it.  I wish I could

9    tell you a better answer.  That's the best answer I

10   can give you.

11   Q.        So, Mrs. Tew, would you have any other

12   income besides what you're doing currently with

13   this -- I forget the name of the entity, but...

14             MRS. TEW:  With Burr Oak?

15   Q.        Yeah, your 1099 income.

16             MRS. TEW:  Oh.  Not at -- not

17   currently.

18   Q.        Okay.

19             MRS. TEW:  You know, I would like

20   to say yes, but when, you know, people want to do a

21   background check or any kind of compliance check and

22   they see you're being sued by a foreign government,

23   you don't get a lot of interviews or callbacks.

24   Q.        Yeah.  No, I understand that.  I'm just

25   trying to --

1           MRS. TEW:   (Inaudible).

2    Q.           My role as the subchapter 5 trustee is

3    to work towards what's hopefully a consensual plan

4    in this case and I'm trying to wrap my arms around

5    whether there's going to be a plan in this case or

6    the other that's jointly administered, because

7    I can't figure out where the income is going to be

8    coming from in either case right now, so, that's --

9           MRS. TEW:   Uh-huh. (Affirmative)

10   Q.           -- sort of the line of questioning that

11   I have.  There's a 90-day window to file this

12   subchapter 5 plan and so I'm struggling with how

13   we're supposed to put one together that's going to

14   appease people.

15           The other question I have you-all is

16   that, your schedules, your SOFA, reflects that you

17   really basically have had no income, or very little

18   income, for the past couple of years.

19           MR. TEW:   Uh-huh. (Affirmative)

20   Q.           But clearly, to have the house that you

21   have and some of the assets that you do, you've had

22   significant income in the past.  So...

23           MR. TEW:   That's correct.

24   Q.           Was all of that related to this

25   retirement investment thing that's all under, you

1    know, litigation in New York?

2                    MR. TEW:  Yes, ma'am.

3    Q.          So that was your sole source --

4                    MR. TEW:  (Inaudible).

5    Q.          -- of income for both of you-all up

6    until when?

7                    MR. TEW:  2013.

8    Q.          And so what have you done to survive,

9    then, the last few years?  Because a $3.6 million

10   house is a pretty sizable obligation?

11                   MR. TEW:  We have lived on our

12   savings, what we had, and did not have as we -- as

13   we searched to try to...after the DOL litigation was

14   closed and I was released favorably in '15, I could

15   then go get accounts and do the trading myself.  We

16   began to do that and generated significant income.

17   And then along comes SKAT in '18, and so everything

18   stops again, and we're just trying to get through

19   SKAT right now.

20   Q.          So are you current on your debts up

21   until 2018, then?

22                   MRS. TEW:  Yes.

23                   MR. TEW:  Yeah.  Uh-huh.  Then we

24   just ran out of money.

25   Q.          So what does a plan look like for

1    you-all?  Are you trying to or expecting to keep

2    your home?

3              MR. TEW:  A plan for me looks like

4    at least $100,000 in trading revenue a month, which

5    goes into my pension plan actually, and that can be

6    extracted out of another Roth that I have that has

7    virtually no (Inaudible) income, but another Roth

8    that I have tax-free, so that money can come out and

9    pay bills and pay mortgages and liquidate debts and

10   do lots of things.

11   Q.        Well, let's also, if we talk about, you

12   know, potential assets, one thing that I think was

13   skipped over is the claims that are listed that you

14   have against I think Liberty and I forget the other

15   insurance -- or Travelers or somebody.

16             MR. TEW:  Yes.

17   Q.        How valuable are those claims?

18   A.        There are five of them.  They are binary

19   in nature.  They get better all the time, as we get

20   SKAT more cornered via our children's depositions.

21   They get more valuable all the time.  We will either

22   get nothing out of them or the limits will be on the

23   side, that's nine million, nine million, five

24   million, five million, two million.  So it's a lot

25   of -- it's a lot of money.  The insurance company --

1   Q.          And are those just started?  Are those

2   just --

3               MR. TEW:  What?

4   Q.          -- filed, those insurance claims?

5               MR. TEW:  No.  They've been going

6   for a while.  They've been going for several --

7   Q.          Okay.

8               MR. TEW:  -- months.

9   Q.          Okay.

10              MR. TEW:  I hope to have some of

11  those --

12  Q.          Sorry.  I didn't mean to interrupt you.

13              MR. TEW:  I'm sorry.  I hope to

14  have some of those resolved by the end of this year.

15  We're making good progress on them.  The depositions

16  for our children, some of the insurance companies

17  were in those depositions.

18  Q.          Are they defending you-all or -- I

19  presume that that's the whole point is that they

20  aren't defending you and that's what the lawsuits

21  are based on.

22              MR. TEW:  You're exactly correct.

23  That's the whole point.

24  Q.          Okay.

25              MR. TEW:  That's the whole --

```
 1    Q.          So they're not defending you-all in the
 2    SKAT litigation in New York?
 3                   MR. TEW:  That's correct.  Or in
 4    Denmark.
 5    Q.          And was it D&O insurance or what kind of
 6    insurance was it?
 7                   MR. TEW:  Our E&O insurance
 8                   expired.  The rest is for personal
 9                   liability, which as you read the
10                   SKAT cases, you'll see that that's what
11                   it's all about, personal liability.
12    Q.          Okay.
13                   MS. BIRD:  That I think is all the
14                   questions I have for now, John.
15                   MR. TEW:  When we are done, may we
16                   speak to you just a minute and Dean when
17                   we're done with this?
18                   MS. BIRD:  Sure.
19                   MR. TEW:  Okay.
20                   MR. POWELL:  This is Tyler Powell.
21                   I have a question too.  Is that okay?
22                   MR. DAUGHERTY:  Yeah.
23                   -----------------------
24
25
```

1                    <u>EXAMINATION</u>

2    <u>BY MR. POWELL</u>:

3    Q.          Just, Mr. and Mrs. Tew, postpetition you

4    made -- you're making no payments to any of the

5    creditors on the real property in Woodford County?

6                    MR. TEW:  That's correct.  We can't

7    right now.  That's correct.

8    Q.          Okay.  And you don't anticipate being

9    able to make a payment until this trading system is

10   up and running and that is November at the earliest?

11                   MR. TEW:  I would think October,

12   November, December, Tyler, that's correct.

13   Q.          And when you talked about 100 to 150, is

14   that what you might be receiving or is that the

15   gross number --

16                   MR. TEW:  No.  That's my --

17   Q.          -- that is subject to allocation or --

18                   MR. TEW:  No.  That is my

19   allocation, based on the market conditions as they

20   exist and have existed for several years.  It's my

21   allocation.

22   Q.          And homeowner's insurance right now has

23   been forced placed by the first mortgage holder?

24                   MR. TEW:  That's correct.

25   Q.          And do you have any details on that?

1            MR. TEW:  I do not.

2    Q.           Okay.  And I guess, you know, this is a

3    new area of the law, but the initial timeline to

4    propose a plan into the end of October, is it your

5    intention that you'll make that deadline to have a

6    plan?

7            MR. TEW:  Yes.  And with some --

8    some sort of evidence of the starting of trading,

9    yes.  That is our intention.

10   Q.           Okay.

11           MR. TEW:  The more -- the more

12   litigation that the creditors file being -- it's why

13   we did bankruptcy.  The more litigation that the

14   creditors file in Woodford County or in SKAT, the --

15   you start all over with the trading income.  You

16   start all over.  Every time a creditor, such as

17   yourself, Central Bank, files a motion, you start

18   all over in compliance and trading banks.

19           MR. POWELL:  Okay.  I think that's

20           all the questions I've got.

21           MR. DAUGHERTY:  All right.  That's

22           all I have.  We will conclude the

23           meeting now.  And I guess, Dean, if you

24           want to talk now, I mean, that's fine.

25           We're off the record now.

1    STATE OF KENTUCKY )

2    COUNTY OF FAYETTE )

3

4            I, DANIEL F. LENNON, REGISTERED

5    PROFESSIONAL REPORTER AND NOTARY PUBLIC, State of

6    Kentucky at Large, certify that the facts stated in

7    the caption hereto are true; that at the time and

8    place stated in said caption the foregoing meeting

9    took place; that said record was later reduced to

10   typewriting by computer via an electronic audio file

11   provided to me, under my direction and supervision,

12   and the foregoing is a true and complete record of

13   the recorded proceedings, to the best of my ability.

14            My commission expires:  December 3, 2020.

15            In testimony whereof, I have hereunto set my

16   hand on this the 17th day of September, 2020.

17

18                          _____
                            DANIEL F. LENNON
19                          Registered Professional Reporter
                            Notary Public, State-At-Large
20

21

22

23

24

25

bills

```
            –
---------------------
            $
$100,000  (42:4)
$150,000  (35:25)
$3.6  (41:9)
$41  (14:19)
$60  (11:23)
            *
* ^* ^* ^*      (1:8)(1:16)
* ^* ^* ^* ^*      (1:8)
* ^* ^* ^* ^*      (1:16)
            1
1  (3:3)
100  (2:23)(35:25)(45:13)
1099  (33:23)(33:24)
(39:15)
11  (1:2)
            '
'11  (7:24)
'12  (7:24)
            1
13  (17:9)
            '
'13  (7:24)(11:3)
            1
14  (7:2)(29:21)
            '
'14  (7:24)(11:3)
            1
14.4  (9:8)
15  (3:6)(3:7)(14:17)
(15:21)(17:9)
            '
'15  (7:24)(41:14)
            1
150  (45:13)
175  (2:9)
17th  (47:16)
18  (3:7)
            '
'18  (41:17)
            1
19  (3:8)(28:7)
            2
2  (3:4)
200  (2:4)(2:9)
2013  (26:16)(28:7)(41:7)
2018  (10:20)(11:21)
(41:21)
2020  (1:11)(47:14)
(47:16)
20-51078  (4:2)
20-51078-tnw  (1:2)
21  (6:22)(9:12)
2'13  (26:15)
24  (9:13)
250  (2:14)
26  (1:11)
275  (14:15)(16:14)
```

```
2800  (2:14)
            3
3  (3:4)(47:14)
3,000  (26:10)
30  (32:2)
31  (17:15)(19:17)
34  (3:8)(3:9)
341  (1:5)(19:5)
35  (21:6)
            4
4  (3:5)
4.5  (9:13)
4.6  (9:13)
40  (31:24)
401  (26:8)(27:8)(31:11)
(31:12)
40202  (2:19)
40507  (2:5)(2:9)(2:14)
(2:24)
44  (3:9)
45  (3:10)
46  (3:10)
47  (3:11)
            5
5  (2:16)(3:5)(3:6)
(4:11)(34:6)(40:2)(40:12)
500  (2:23)
58  (6:22)
            7
7  (6:22)
7,000  (29:9)
710  (2:18)
            8
81/100  (26:2)
            9
9/11  (39:1)
90  (28:4)
90-day  (40:11)
            A
A/B  (6:21)(30:3)
ability  (9:20)(34:15)
(47:13)
able  (13:2)(45:9)
account  (9:9)(34:25)
(35:2)(35:9)(38:3)
accounts  (11:12)(12:19)
(16:18)(32:16)(32:24)
(33:1)(41:15)
accumulated  (29:25)
activity  (31:11)
actual  (22:18)
actually  (14:11)(26:14)
(29:3)(36:1)(36:23)(42:5)
added  (38:21)
additional  (34:3)
administered  (40:6)
advisor  (23:21)
affirm  (5:12)
Affirmative  (13:17)
(19:1)(24:14)(33:22)
(40:9)(40:19)
after  (26:15)(26:16)
(31:4)(41:13)
Again  (4:2)(4:7)(30:15)
(41:18)
against  (9:19)(10:9)
(10:13)(11:9)(15:16)
(15:17)(24:5)(42:14)
```

```
ago  (24:25)
agreed  (26:18)(26:19)
agreement  (38:6)
agreements  (39:6)
ahead  (19:12)(20:10)
(23:10)
algorithm  (38:19)
algorithms  (37:12)
(37:15)(38:11)(38:25)
All  (6:15)(6:10)(6:15)
(6:19)(8:21)(9:17)
(11:18)(11:21)(12:5)
(12:10)(12:15)(13:1)
(14:8)(18:11)(19:18)
(20:6)(22:1)(22:3)
(22:25)(23:4)(25:3)
(25:11)(25:24)(26:10)
(26:16)(26:24)(27:1)
(29:16)(30:2)(31:4)
(31:16)(31:22)(32:22)
(33:1)(33:2)(33:13)
(36:8)(40:24)(40:25)
(42:19)(42:21)(44:11)
(44:13)(46:15)(46:16)
(46:18)(46:20)(46:21)
(46:22)
alle-  (22:2)
allegation  (15:17)
(15:19)(16:11)
allegations  (11:8)
(15:15)
alleged  (14:16)(21:24)
alleges  (13:11)
alleging  (16:6)
allocation  (45:17)
(45:19)(45:21)
allowed  (12:11)(21:10)
(32:13)(35:5)(36:21)
along  (41:17)
always  (39:5)
amendment  (6:11)
American  (7:7)
amount  (11:23)(26:15)
(35:7)(35:24)
amounts  (20:7)
ANDREA  (1:5)(1:7)(1:10)
(4:1)(4:15)(5:4)(5:19)
Andrea's  (28:1)
animals  (18:7)(18:9)
another  (20:1)(26:24)
(27:7)(28:24)(42:6)(42:7)
answer  (24:15)(39:9)
anticipate  (35:19)
(35:23)(45:8)
any  (4:8)(6:10)(18:6)
(18:8)(20:21)(23:4)
(34:2)(34:4)(34:20)
(37:5)(39:11)(39:21)
(45:4)(45:25)
anybody  (16:21)(17:5)
anyone  (17:7)(34:4)
(36:5)
anything  (6:11)
Anyway  (20:2)
anywhere  (20:3)(26:17)
apologize  (8:11)
Appearance  (3:4)
APPEARANCES  (2:1)(4:5)
appearing  (4:13)
appease  (40:14)
apply  (12:8)
approved  (11:13)(11:14)
(26:23)
arbitrage  (35:23)
area  (46:3)
```

```
aren't  (43:20)
ARH  (27:20)
arms  (40:4)
around  (18:4)(40:4)
arrangement  (36:21)
(37:4)
ask  (6:15)(31:23)
asked  (23:17)
asking  (5:24)
assembled  (37:21)
(37:24)(37:25)
assertions  (15:12)
assets  (35:16)(35:19)
(37:2)(40:21)(42:12)
assets to  (28:14)
Assistant  (4:3)
associated  (35:9)
attended  (34:10)
attorney  (19:17)
attorneys  (19:18)
audio  (1:12)(16:1)
(47:10)
August  (1:11)
authority  (11:11)(12:9)
authorized  (36:4)
auto  (26:3)(28:17)
(30:13)(30:23)
            B
back  (5:25)(7:24)(18:3)
(18:21)(30:14)(31:14)
(31:15)
background  (39:21)
bad  (12:22)(19:24)(20:1)
(33:1)(46:17)
BANK  (2:11)(4:14)(7:22)
BANKRUPTCY  (1:1)(1:2)
(17:2)(17:12)(18:8)
(46:13)
banks  (12:2)(46:18)
based  (31:16)(43:21)
(45:19)
basically  (40:17)
because  (16:25)(20:5)
(23:24)(30:16)(37:23)
(38:17)(39:8)(40:6)(41:9)
become  (12:20)
been  (5:20)(7:11)(7:14)
(10:20)(13:2)(16:12)
(21:5)(22:9)(29:3)(36:2)
(38:5)(43:5)(43:6)(45:23)
before  (4:21)(10:24)
(36:1)
began  (41:16)
begin  (37:5)
BEHALF  (2:2)(2:7)(2:11)
(2:21)(17:7)(20:22)
being  (21:1)(39:22)
(45:8)(46:12)
beneath  (8:9)
beneficiaries  (21:16)
(28:23)(31:7)
beneficiary  (21:10)
(24:10)(24:13)(24:17)
(24:18)
benefit  (26:13)
BERNARD  (1:5)(1:6)
(1:10)(4:1)(5:19)
Bernie  (4:17)(23:10)
besides  (39:12)
best  (5:13)(6:7)(7:17)
(7:18)(9:20)(39:9)(47:13)
better  (39:9)(42:19)
billion  (11:23)(14:16)
bills  (42:9)
```

binary                                                                                      end

**binary** (42:18)
**Bird** (2:17) (3:7) (3:9)
(4:11) (15:5) (15:9) (17:4)
(18:23) (19:4) (21:22)
(22:6) (22:16) (22:21)
(34:5) (34:9) (37:18)
(44:13) (44:18)
**Bluegrass** (24:1) (29:14)
(30:4) (30:19)
**bo-** (22:23)
**bogus** (22:24)
**book** (14:21)
**bookkeeping** (33:14)
**both** (5:8) (5:11) (7:16)
(9:21) (17:13) (21:15)
(41:5)
**break** (21:9) (21:19)
**British** (7:8)
**broker** (7:21) (7:22)
**brokerage** (32:24) (35:6)
(35:9)
**broker's** (36:12)
**Brown** (2:13)
**Burr** (33:4) (33:6)
(33:16) (39:14)
**business** (21:6) (21:8)
(33:11) (36:16)
**button-** (36:11)
**buy** (12:7)
**buys** (33:8)

**C**

**Caldwell** (26:23)
**call** (1:11) (17:15)
(18:22)
**callbacks** (39:23)
**came** (36:16)
**Campbell** (17:13)
**Can** (4:5) (7:3) (9:5)
(9:19) (12:25) (14:23)
(14:24) (15:3) (15:24)
(16:19) (21:11) (22:5)
(22:11) (22:14) (23:8)
(31:15) (31:23) (34:19)
(34:25) (35:18) (39:10)
(42:5) (42:8)
**cannot** (22:15)
**can't** (10:24) (16:19)
(22:16) (22:17) (25:21)
(32:18) (39:8) (45:6)
**Capital** (18:16) (33:4)
(33:6) (33:16)
**Caption** (3:3) (47:7)
(47:8)
**cards** (4:22)
**career** (26:11)
**Case** (4:2) (4:8) (6:4)
(16:22) (18:8) (19:18)
(40:4) (40:5) (40:8)
**cases** (12:21) (14:15)
(16:22) (17:1) (17:21)
(20:4) (21:11) (21:15)
(22:1) (22:4)
**casting** (26:3)
**castings** (28:17) (30:13)
**Center** (2:13) (7:8)
**CENTRAL** (2:11) (4:14)
(26:3) (28:17) (29:11)
(30:13) (46:17)
**certain** (35:3) (39:2)
**Certificate** (3:11)
**certify** (47:6)
**cetera** (20:5)
**change** (22:3)
**CHAPTER** (1:2)

**Charity** (2:17) (4:11)
(15:18) (19:2) (22:1) (34:5)
**Check** (11:1) (11:2)
(11:6) (39:21)
**children** (19:3) (19:13)
(20:12) (21:15) (26:12)
(43:16)
**children's** (22:12)
(42:20)
**church** (23:16)
**claim** (9:18) (9:20) (9:21)
**claimed** (14:17) (14:25)
(16:16)
**claims** (11:9) (14:17)
(42:13) (42:17) (43:4)
**clear** (31:17)
**clearly** (40:20)
**close** (26:24)
**closed** (10:14) (41:14)
**Cohen** (9:14)
**Cohen's** (10:23)
**collectively** (15:22)
(28:15) (28:16)
**come** (12:16) (31:14)
(31:15) (42:8)
**comes** (25:12) (41:17)
**coming** (40:8)
**commission** (47:14)
**communicate** (36:19)
**companies** (15:14) (16:2)
(16:6) (16:9) (21:25)
(22:18) (22:20) (22:23)
(23:3) (23:5) (28:9)
(28:24) (29:7) (29:13)
(30:25) (43:16)
**company** (7:7) (14:21)
(23:12) (23:15) (23:18)
(23:24) (24:1) (25:10)
(25:11) (26:6) (28:4)
(30:20) (33:7) (39:1)
(42:25)
**compensated** (25:19)
**compensation** (25:16)
(26:1) (26:7) (26:9)
(26:20) (26:25) (28:6)
(35:18)
**complaints** (15:10)
**complete** (47:12)
**compliance** (39:21)
(46:18)
**comport** (15:15)
**compute** (39:8)
**computer** (37:12) (47:10)
**con-** (38:2)
**conclude** (46:22)
**conditions** (45:19)
**conference** (1:11)
**consensual** (34:10)
**construction** (33:12)
**consultants** (38:4)
**consulting** (23:13)
(36:22) (36:24) (38:5)
**consulting-type** (36:20)
**contacted** (17:4)
**contention** (10:12)
**Cont'g** (19:10) (23:7)
**contingent** (9:18) (10:9)
(10:19)
**Continuing** (3:8)
**contractor** (33:24)
**contributions** (28:5)
**control** (38:2)
**controller** (33:4)
**conversation** (19:13)
**copies** (6:2)

**cornered** (42:20)
**corporate** (8:1) (28:20)
**correct** (4:25) (5:13)
(6:7) (8:5) (9:10) (14:12)
(24:6) (24:7) (32:1) (37:1)
(37:3) (40:23) (43:22)
(44:3) (45:6) (45:7)
(45:12) (45:24)
**correctly** (14:7)
**Costa** (12:3)
**could** (5:1) (5:2) (6:16)
(8:23) (11:2) (11:7) (15:5)
(26:21) (32:17) (33:4)
(35:25) (39:8) (41:14)
**counsel** (4:15)
**counselors** (26:21)
**countries** (19:19)
**country** (20:8) (26:10)
**County** (45:5) (46:14)
(47:2)
**couple** (20:14) (20:15)
(40:18)
**COURT** (1:1) (6:4) (16:20)
(21:12)
**court's** (6:24)
**Craig** (9:13) (10:23)
**Crazy** (17:16)
**created** (38:10)
**creditor** (9:13) (9:14)
(46:16)
**CREDITORS** (1:5) (45:5)
(46:12) (46:14)
**criminal** (19:21) (19:22)
**current** (41:20)
**currently** (6:1) (10:15)
(32:15) (39:12) (39:17)
**custodian** (7:23)
**custodied** (12:5)
**cut** (19:8)

**D**

**Dame** (18:19)
**DANIEL** (1:13) (47:4)
(47:18)
**Danish** (15:13) (17:10)
(23:5)
**date** (32:4) (32:7)
**Daugherty** (2:22) (3:6)
(3:8) (4:1) (4:3) (4:6)
(4:10) (4:19) (5:6) (5:10)
(5:17) (5:23) (8:22) (9:1)
(9:4) (13:18) (13:21)
(13:24) (18:21) (18:24)
(19:7) (19:11) (23:7)
(34:2) (44:22) (46:21)
**daughter** (17:13)
**Dave** (9:14)
**day** (23:17) (47:16)
**deadline** (46:5)
**deal** (36:17)
**Dean** (2:3) (4:15) (7:12)
(8:23) (12:21) (17:5)
(25:1) (44:16) (46:23)
**DEBTOR** (2:2) (34:11)
(36:3)
**DEBTORS** (1:7) (4:16)
**debts** (41:20) (42:9)
**December** (45:12) (47:14)
**decided** (11:21) (23:13)
**defendant** (12:20) (24:4)
(24:8)
**defendants** (17:18)
(17:21)
**defending** (25:8) (43:18)
(43:20) (44:1)

**DelCotto** (2:4)
**Denmark** (7:17) (7:24)
(10:3) (11:11) (12:18)
(14:14) (17:10) (17:11)
(20:8) (44:4)
**Department** (26:20)
**depend** (35:21)
**depends** (7:2)
**deposed** (17:14) (19:14)
(19:15)
**depositions** (19:2)
(20:2) (42:20) (43:15)
(43:17)
**deserve** (16:18)
**desig-** (35:15)
**details** (45:25)
**didn't** (15:14) (16:3)
(16:17)
**different** (14:21)
(19:18) (25:13) (25:14)
(26:6) (28:19) (33:13)
(38:25)
**difficult** (12:23)
**digital** (1:12)
**direction** (47:11)
**discovered** (22:9)
**discussed** (34:14) (34:15)
**Distorted** (16:1)
**DISTRICT** (1:1)
**dividend** (12:7) (22:14)
**dividends** (13:13)
**documents** (12:17) (13:1)
(14:13) (25:6) (25:9)
**Does** (8:6) (15:14) (33:9)
(37:16) (41:25)
**doing** (12:2) (36:18)
(36:19) (38:7) (39:12)
**DOL** (11:16) (11:18)
(31:4) (31:5) (31:17)
(41:13)
**dollars** (14:16)
**done** (7:7) (7:23) (23:24)
(30:15) (30:18) (35:25)
(41:8) (44:15) (44:17)
**don't** (4:8) (5:1) (9:1)
(10:10) (11:5) (12:11)
(12:24) (25:7) (29:2)
(29:4) (34:2) (35:20)
(37:17) (37:20) (37:23)
(38:18) (39:23) (45:8)
**down** (9:5) (18:4) (32:23)
**drafted** (38:6)
**driver's** (4:22)
**dropped** (18:22)
**duly** (5:20)
**during** (26:10)

**E**

**earliest** (45:10)
**earn** (34:9)
**East** (2:9) (2:23)
**EASTERN** (1:1)
**EDF** (7:6) (7:19) (7:21)
(8:15) (10:2) (12:6) (12:9)
(12:15) (12:17) (14:20)
(14:25) (16:16) (22:8)
(25:12)
**either** (40:8) (42:25)
**electronic** (47:10)
**else** (34:4) (36:5)
**embezzling** (11:17)
**employees** (28:23) (29:9)
**employees'** (30:18)
**encourage** (12:14)
**end** (37:7) (43:14) (46:4)

enforce

enforce  (21:18)
engage  (38:4)
engaged  (35:21)
Enterprise-  (23:14)
Enterprises  (23:9)
(23:11) (23:15) (23:20)
(23:24) (24:5) (24:11)
(27:24)
entities  (27:6)
entity  (25:17) (39:13)
erodes  (39:5)
erred  (14:24)
Eur-  (12:12)
Europe  (11:22) (12:11)
(22:10)
European  (19:19)
even  (16:17)
Every  (46:16)
everything  (10:22)
(32:22) (41:17)
evidence  (46:8)
exact  (21:11) (29:3)
exactly  (7:19) (10:25)
(11:5) (12:25) (14:2)
(43:22)
examination  (1:10) (3:6)
(3:7) (3:8) (3:10) (5:22)
(15:8) (11:10) (45:1)
examined  (5:21) (11:14)
(11:16) (11:18) (14:9)
examiners  (23:22) (23:23)
exchanges  (23:6)
excuse  (15:3) (30:12)
(32:10)
exist  (15:14) (45:20)
existed  (45:20)
exited  (31:4) (32:24)
(32:25)
expect  (37:4)
expecting  (42:1)
expensive  (31:18)
expired  (44:8)
expires  (47:14)
explain  (7:3) (9:19)
(11:8) (31:9) (33:4) (37:11)
extent  (22:8)
extracted  (42:6)

F

fact  (12:2) (16:18) (22:5)
facts  (47:6)
fake  (16:1) (16:6)
false  (12:18) (22:10)
falsely  (16:16)
family  (14:18) (26:12)
(27:6) (27:9) (27:11)
(27:15) (27:17) (27:19)
(27:21) (29:15) (31:3)
(31:4) (31:16) (31:21)
(32:14) (32:20) (32:23)
family's  (7:25) (25:24)
(26:8)
far  (35:8)
Farms  (27:14) (27:16)
(27:18) (27:20)
fashion  (35:4)
favorably  (41:14)
FAYETTE  (47:2)
fear  (25:3)
federal  (21:19)
fees  (20:7) (26:13)
(26:15) (26:16) (41:9)
few  (5:25) (24:25) (41:9)
fictional  (19:21)
fictitical  (23:3)

fictitious  (16:12)
(21:25)
fiduciary  (26:18) (26:21)
fighting  (17:10)
figure  (26:22) (27:5)
(40:7)
file  (1:12) (6:11)
(11:21) (40:11) (46:12)
(46:14) (47:10)
filed  (6:3) (12:17)
(12:18) (32:22) (43:4)
files  (46:17)
filing  (32:4) (32:7)
fill  (14:12)
filled  (14:13)
Financial  (2:13) (25:10)
(32:22) (38:23) (39:4)
find  (26:2) (32:17)
finding  (6:20)
fine  (8:14) (11:20)
(13:25) (19:6) (46:24)
firm  (35:6) (35:9)
firms  (20:7) (39:7)
first  (5:20) (45:23)
five  (31:14) (42:18)
(42:23) (42:24)
Floor  (2:18)
follows  (5:21)
forced  (45:23)
foregoing  (47:8) (47:12)
foreign  (21:18) (39:22)
forget  (39:13) (42:14)
form  (23:4) (26:21)
forms  (6:20)
forth  (30:14)
forward  (17:17)
found  (11:17) (24:3)
four  (10:11) (28:19)
Fourth  (2:18)
frame  (10:18)
fraud  (11:22) (11:25)
fraudulently  (13:12)
(14:17)
friend  (35:1) (37:2)
friends  (34:23)
friend's  (35:11)
from  (7:6) (7:15) (11:17)
(12:9) (13:1) (13:15)
(14:12) (14:20) (16:21)
(17:1) (17:6) (19:18)
(20:7) (23:12) (24:21)
(25:6) (25:10) (28:24)
(32:24) (32:25) (33:1)
(35:19) (40:8)
front  (6:17) (7:8)
Frost  (2:13)
Full-blown  (37:8)
fund  (9:19) (9:22) (28:6)
(30:15) (30:17) (34:17)
funds  (10:1) (10:13)
(10:15) (36:5)
future  (34:16) (34:21)

G

garnish  (20:7)
generated  (41:16)
generating  (37:5)
gentlemen  (9:22)
George  (4:9) (19:25)
(23:16)
George's  (28:20)
Germany  (12:1)
get  (12:7) (16:19) (20:4)
(22:15) (32:18) (37:10)
(39:23) (41:15) (41:18)

(42:19) (42:21) (42:22)
getting  (4:9) (37:23)
give  (5:13) (15:4) (35:6)
(39:10)
giving  (12:1)
goal  (14:3)
goes  (21:14) (42:5)
going  (4:9) (6:15) (18:3)
(35:10) (37:18) (37:19)
(38:12) (40:5) (40:7)
(40:13) (43:5) (43:6)
gone  (17:17) (34:20)
good  (43:15)
got  (5:13) (13:15) (15:1)
(18:22) (25:6) (37:6)
(37:16) (46:20)
gotten  (13:1)
government  (13:11)
(31:12) (31:14) (39:22)
gross  (45:15)
Group  (2:4) (28:2)
(28:12) (28:18) (28:21)
(29:12) (29:14) (30:4)
(30:23) (31:1) (31:8)
guess  (15:14) (21:1)
(36:2) (36:23) (46:2)
(46:23)
guy  (12:14) (19:20)
(19:22)
guys  (7:15) (12:22)
(15:17) (18:8) (18:14)
(34:19) (36:16)

H

hand  (47:16)
handled  (12:9)
hands  (5:12) (32:18)
handshake  (36:17)
happened  (12:16) (17:3)
(18:25)
happy  (8:24)
hard  (21:9)
has  (7:16) (12:16)
(16:12) (17:5) (21:10)
(22:9) (25:5) (29:21)
(38:1) (38:2) (38:3) (38:5)
(38:23) (42:6) (45:22)
hasn't  (13:10)
having  (5:20) (6:20)
(26:9)
head  (21:7) (26:11)
header  (6:24)
headway  (34:20) (34:23)
hear  (16:3) (24:15)
heard  (5:2) (16:21) (17:6)
hearing  (4:23)
hedge  (30:15) (30:17)
held  (10:2)
help  (33:10)
her  (5:2)
here  (4:18) (4:20) (5:4)
(6:21) (6:25) (7:1) (8:2)
(12:19) (13:8) (15:4)
(15:6) (16:7) (20:5) (24:4)
(30:2) (31:23) (33:7)
hereto  (47:7)
hereunto  (47:15)
herself  (5:3)
he's  (12:3)
high-level  (37:13)
hijacked  (19:5)
him  (12:12) (12:15)
(19:23) (33:10)
himself  (33:9)
hired  (12:10) (14:7)

(38:3)
his  (21:11) (23:17)
(26:8) (26:12) (31:4)
(33:19) (35:16) (35:19)
Hofmeister  (7:25)
(11:16) (19:25) (23:6)
(27:9) (27:10) (27:15)
(27:17) (27:19) (27:21)
(29:13) (30:10) (30:11)
(30:12) (30:24) (31:16)
Hofmeister's  (11:12)
(14:18) (26:6) (26:19)
(28:3) (31:2)
holder  (45:23)
Holland  (10:3) (11:19)
home  (42:2)
homeowner's  (45:22)
hope  (37:6) (43:10)
hopefully  (40:3)
house  (40:20) (41:10)
How  (10:7) (10:8) (12:24)
(13:2) (13:3) (14:1)
(25:16) (31:6) (33:15)
(33:16) (34:24) (35:18)
(36:4) (36:20) (37:11)
(37:16) (37:17) (37:18)
(37:19) (37:23) (38:11)
(40:12) (42:7)
however  (4:7)
Hubbard  (17:14) (19:16)
huge  (20:7)
Hughes  (17:14) (19:16)
humor  (30:2)
hurt  (12:23)

I

I am  (12:5)
I believe  (17:15)
I can't  (40:7)
I didn't  (24:15) (43:12)
I guess  (16:6)
I had  (18:4) (26:25)
I have  (25:9) (40:11)
(40:15) (42:8) (44:21)
I hired  (19:23)
I hope  (43:13)
I missed  (19:12)
I'd  (5:11) (11:6) (18:1)
(38:14) (38:15)
identify  (5:2)
I'll  (4:3) (6:17) (10:20)
(27:13) (35:15)
illegal  (25:25)
improbable  (21:13)
Inaudible  (18:2) (18:5)
(21:4) (25:23) (34:18)
(40:1) (41:4) (42:7)
include  (26:12)
income  (34:15) (34:21)
(37:5) (39:12) (39:15)
(40:7) (40:17) (40:18)
(40:22) (41:5) (41:16)
(42:7) (46:15)
incurred  (10:20) (10:23)
(10:24) (26:13)
INDEX  (3:1) (3:4)
indicates  (9:8)
individual  (4:8)
individually  (15:12)
industrial  (26:2) (26:4)
(28:2) (28:4) (28:8)
(28:18) (30:11) (30:25)
information  (16:13)
initial  (34:11) (36:3)
(46:3)

innocuously   (25:6)                                             none

**innocuously**   (25:6)
**insurance**   (42:15)
(42:25) (43:4) (43:16)
(44:5) (44:6) (44:7) (45:22)
**intellectual**   (36:8)
(38:10) (38:14) (38:17)
(38:22) (38:24) (39:2)
(39:4) (39:7)
**intention**   (46:5) (46:9)
**interest**   (4:8)
**interesting**   (14:22)
**interject**   (13:8)
**international**   (19:21)
**interrupt**   (43:12)
**interview**   (34:11) (36:4)
**interviews**   (39:23)
**into**   (13:12) (31:15)
(36:16) (42:5) (46:4)
**Introduction**   (3:5)
**invest**   (18:13) (28:14)
(28:15) (31:10)
**invested**   (9:22) (28:18)
(30:11)
**investment**   (23:21)
(23:25) (24:2) (25:17)
(30:19) (31:25) (32:12)
(40:25)
**investments**   (30:8)
(30:10) (32:16) (36:24)
**investors**   (33:10)
**invests**   (31:11)
**involved**   (12:5)
**involves**   (33:5)
**IRA**   (7:1) (7:4) (7:20)
(7:25) (8:2) (8:3) (8:5)
(8:6) (8:7) (8:15) (8:18)
(9:25) (20:18) (29:19)
(29:20) (30:3)
**IRA invested**   (30:12)
**IRAs**   (7:25) (20:16)
(20:19) (21:17) (35:5)
**item**   (9:13)
**itself**   (7:16)

## J

**Jeff**   (33:19)
**JFH**   (27:16)
**John**   (2:22) (4:2) (13:7)
(15:5) (19:6) (44:14)
**John's**   (19:4)
**jointly**   (40:6)
**judge**   (21:10) (21:20)
**Julia's**   (18:16)
**July**   (26:15) (26:16)
(28:7)
**jump**   (15:5)
**jumping**   (18:4)

## K

**Karen**   (26:23)
**keep**   (42:1)
**Kentuck-**   (23:22)
**KENTUCKY**   (1:1) (1:14)
(2:5) (2:9) (2:14) (2:19)
(2:24) (20:5) (23:22)
(47:1) (47:6)
**kids**   (17:19) (17:20)
**kind**   (9:5) (33:1) (35:4)
(38:23) (39:21) (44:5)
**Kissel**   (11:14) (11:15)
(14:9) (25:7)
**know**   (7:10) (7:17) (8:12)
(10:10) (11:5) (12:24)
(21:8) (21:12) (21:13)
(22:22) (25:7) (25:10)

(29:4) (29:9) (29:10)
(29:24) (30:16) (33:15)
(34:10) (35:20) (37:9)
(37:10) (37:16) (37:17)
(37:19) (37:20) (37:23)
(39:19) (39:20) (41:1)
(42:12) (46:2)
**knowledge**   (5:14) (6:7)
(6:13) (6:14) (7:18)
(12:16) (16:14)

## L

**Labor**   (26:20)
**Langdon**   (2:3) (4:15)
(5:6) (5:8) (8:17) (8:24)
(9:3) (13:5) (13:7) (17:6)
**Large**   (1:15) (11:22)
(47:6)
**last**   (7:5) (9:7) (17:14)
(41:9)
**later**   (31:14) (47:9)
**Law**   (2:4) (20:7) (21:18)
(46:3)
**lawsuit**   (16:13) (22:24)
**lawsuits**   (10:22) (11:22)
(17:9) (32:22) (43:20)
**lawyer**   (16:25) (17:10)
**lawyers**   (7:10) (17:15)
(20:24) (23:1)
**least**   (42:4)
**leave**   (31:12)
**led**   (13:12)
**ledger**   (25:9)
**ledgers**   (14:19) (14:23)
(15:20) (25:11) (25:13)
(25:14)
**legal**   (11:13)
**legally**   (14:8) (32:12)
(36:4)
**LENNON**   (1:13) (47:4)
(47:18)
**let**   (5:25) (9:6) (10:7)
(13:7) (14:2) (15:3)
(21:20) (27:1) (31:9)
(31:12)
**let's**   (35:24) (42:11)
**leverage**   (34:24) (34:25)
(35:7) (35:21) (35:24)
**LEXINGTON**   (1:1) (2:5)
(2:9) (2:13) (2:14) (2:24)
(33:7)
**liabilities**   (10:9)
(10:19)
**liability**   (9:18) (10:13)
(44:9) (44:11)
**Liberty**   (42:14)
**license**   (12:12) (36:12)
(38:11)
**licensed**   (36:18) (36:23)
**licenses**   (4:23)
**licensing**   (39:6)
**Life**   (21:7) (23:13)
(25:3) (39:1)
**like**   (4:9) (5:11) (5:24)
(12:22) (15:11) (17:2)
(18:1) (18:9) (20:4)
(30:13) (30:16) (31:9)
(33:12) (38:11) (38:20)
(39:19) (41:25) (42:3)
**limited**   (4:23) (14:5)
(18:7)
**limits**   (42:22)
**line**   (8:9) (40:10)
**liquidate**   (42:9)
**list**   (7:1) (24:3) (27:2)

(27:13)
**list-**   (32:10)
**listed**   (8:2) (8:8) (18:7)
(18:13) (26:3) (30:3)
(33:2) (42:13)
**litigation**   (7:3) (7:9)
(7:16) (14:4) (27:2) (31:5)
(31:17) (31:18) (36:5)
(41:1) (41:13) (44:2)
(46:12) (46:13)
**little**   (25:2) (40:17)
**lived**   (17:1)
**LLC**   (2:7) (2:13) (4:7)
(23:9) (24:5) (27:8)
(27:24) (30:20)
**London**   (12:21) (16:13)
(16:20)
**long**   (19:6) (29:3)
(29:25) (37:18) (37:19)
**look**   (6:22) (8:23) (9:4)
(12:14) (21:12) (41:25)
**looking**   (6:19) (6:21)
(8:12) (15:6) (31:23)
(34:24)
**looks**   (15:11) (17:2)
(42:3)
**Lord**   (11:10)
**lost**   (18:6)
**lot**   (39:23) (42:24)
(42:25)
**lots**   (12:23) (19:22)
(42:10)
**Louisville**   (2:19)

## M

**ma'am**   (41:2)
**made**   (13:11) (34:20)
(34:22) (39:7) (45:4)
**MADISON**   (2:7) (4:7)
**Main**   (2:9) (2:14) (2:18)
(15:11) (15:16) (15:19)
**make**   (4:20) (6:17)
(35:25) (45:9) (46:5)
**making**   (13:12) (43:15)
(45:4)
**MALE**   (22:25)
**Man**   (7:6) (7:21) (8:15)
(10:2) (12:6) (12:9)
(12:15) (12:17) (14:20)
(14:25) (16:16) (22:8)
(25:12)
**manage**   (10:15) (19:24)
(23:17) (32:12) (32:14)
(32:15) (33:13) (35:4)
(36:5)
**managed**   (7:22) (10:1)
(10:5) (20:15) (25:16)
(26:9)
**management**   (24:1) (24:2)
(30:20)
**manager**   (31:25) (32:12)
**managers**   (30:15)
**manager's**   (30:17)
**managing**   (20:21) (35:16)
(35:19)
**Man's**   (7:19)
**many**   (10:7) (10:8) (14:1)
(16:15) (26:6) (33:15)
(33:16) (34:23)
**Maria's**   (18:18) (18:19)
**market**   (45:19)
**Martin**   (14:19) (19:20)
**mastermind**   (11:24)
**mathematics**   (37:13)
**matter**   (10:12)

**may**   (16:12) (19:2)
(38:20) (44:15)
**maybe**   (13:9)
**McGarvey**   (2:8)
**mean**   (14:1) (27:2) (28:8)
(32:4) (43:12)
**meaning**   (14:18) (32:24)
**means**   (32:12)
**MEETING**   (1:5) (4:4)
(4:21) (46:23) (47:8)
**members**   (32:14) (32:20)
(33:15) (33:16)
**mentioned**   (11:7)
**met**   (23:16)
**MGM**   (27:14)
**mid**   (37:7) (37:8)
**might**   (45:14)
**million**   (7:2) (9:8)
(14:19) (29:22) (41:9)
(42:23) (42:24)
**Mine**   (8:8) (14:17)
(15:22) (30:22) (35:1)
**mine's**   (35:1)
**minimal**   (26:15)
**minute**   (19:5) (44:16)
**mirroring**   (17:9)
**missing**   (13:9)
**money**   (7:10) (10:2)
(10:14) (11:17) (12:25)
(13:3) (25:12) (29:25)
(30:17) (30:18) (32:13)
(32:14) (35:3) (41:24)
(42:8) (42:25)
**month**   (35:25) (42:4)
**months**   (24:25) (26:24)
(43:8)
**Moore**   (33:19) (33:20)
(33:21)
**M-o-o-r-e**   (33:22)
**more**   (14:25) (15:1)
(26:9) (29:9) (30:5) (30:6)
(42:20) (42:21) (46:11)
(46:13)
**Morgan**   (2:8)
**mortgage**   (45:23)
**mortgages**   (42:9)
**most**   (8:19) (12:4) (21:17)
**motion**   (46:17)
**MSJJ**   (31:1)
**much**   (10:24) (20:4)
(34:25) (35:18)
**myself**   (41:15)

## N

**name**   (4:2) (29:3) (29:8)
(33:19) (35:8) (35:10)
(35:11) (35:12) (37:22)
(38:1) (39:13)
**named**   (17:18) (17:21)
**names**   (8:13) (15:2) (29:6)
**nature**   (11:8) (42:19)
**need**   (6:10) (9:1)
**needed**   (23:18)
**never**   (12:12) (37:9)
**new**   (6:20) (7:17) (11:15)
(14:9) (14:15) (15:11)
(16:20) (17:1) (17:9)
(19:17) (20:6) (21:7)
(21:10) (21:18) (21:20)
(23:12) (23:23) (34:23)
(36:6) (39:1) (41:1) (44:2)
(46:3)
**Nichols**   (9:14)
**nine**   (42:23)
**none**   (25:18)

normal

retirement

| | | | |
|---|---|---|---|

**normal** (35:24)
**North** (2:4)
**Not** (6:13) (6:14) (7:10)
(8:16) (9:24) (9:25)
(10:17) (12:10) (14:6)
(16:15) (17:6) (17:18)
(20:2) (20:21) (22:17)
(23:2) (23:3) (24:24)
(25:19) (26:8) (26:18)
(26:21) (30:17) (32:5)
(32:12) (35:1) (35:12)
(36:13) (37:16) (37:22)
(38:1) (38:8) (38:14)
(38:15) (38:18) (39:16)
(41:12) (44:1) (46:1)
**Notary** (1:14) (47:5)
(47:19)
**nothing** (39:6) (42:22)
**nothing's** (17:3)
**November** (37:9) (45:10)
(45:12)
**now** (4:9) (7:18) (8:11)
(8:14) (9:2) (9:11) (12:3)
(14:4) (15:3) (16:12)
(24:19) (32:6) (32:19)
(34:24) (36:8) (40:8)
(41:19) (44:14) (45:7)
(45:22) (46:23) (46:24)
(46:25)
**number** (22:4) (28:22)
(28:24) (29:3) (29:4)
(45:15)
**numbering** (6:23)
**numbers** (4:24) (22:3)

## O

**Oak** (33:4) (33:6) (33:16)
(39:14)
**oath** (5:20)
**obligation** (41:10)
**obtain** (14:14)
**obviously** (17:1)
**October** (37:8) (45:11)
(46:4)
**off** (4:9) (5:24) (19:8)
(46:25)
**OFFICE** (2:21) (2:23)
**official** (38:2)
**often** (26:11) (26:12)
(30:15) (30:18)
**old** (35:1) (36:15)
**older** (19:3) (21:15)
**oldest** (17:13)
**one** (15:10) (15:11)
(18:1) (19:24) (20:1)
(23:17) (24:4) (28:6)
(30:5) (30:6) (30:8) (30:9)
(33:17) (34:12) (38:1)
(40:13) (42:12)
**ones** (8:19) (12:5) (28:21)
(29:18) (30:22)
**only** (23:25) (26:7)
(29:18) (30:22)
**operations** (33:11)
**order** (14:13) (26:23)
(34:16)
**original** (26:2)
**originally** (31:3)
**Other** (9:18) (10:1)
(19:19) (23:13) (23:14)
(23:24) (24:12) (27:6)
(31:23) (32:13) (33:10)
(39:11) (40:6) (40:15)
(42:14)
**others** (10:16)
**our** (7:10) (8:13) (11:1)

**nl** (11:2) (15:1) (17:12)
(17:13) (17:20) (19:3)
(21:15) (27:23) (29:7)
(29:15) (29:16) (31:3)
(31:20) (38:25) (41:11)
(42:20) (43:16) (44:7)
(46:9)
**out** (13:3) (14:12)
(14:13) (17:5) (25:12)
(26:22) (27:5) (31:13)
(31:16) (40:7) (41:24)
(42:6) (42:8) (42:22)
**over** (26:10) (29:25)
(31:4) (31:6) (38:3) (39:1)
(42:13) (46:15) (46:16)
(46:18)
**own** (15:13) (15:25)
(16:5) (16:15) (16:17)
(16:19) (31:20) (32:14)
(32:15)
**owned** (14:24) (15:20)
(16:8) (21:24) (22:5)
(22:12) (22:13)
**owner** (33:7)
**ownership** (14:25)

## P

**Page** (3:3) (6:18) (6:22)
(6:23) (9:12) (9:13)
(31:24) (33:3)
**paid** (33:23) (37:24)
**paperwork** (14:6)
**Pardon** (16:3)
**part** (11:22) (13:23)
(28:19)
**particular** (35:22)
**partner** (21:7)
**Partnership** (18:8)
**parts** (26:4) (28:17)
(30:14) (30:23)
**passed** (11:19)
**past** (40:18) (40:22)
**patents** (39:6)
**pay** (42:9)
**payment** (42:9)
**payments** (45:4)
**penalty** (5:14)
**pending** (12:1) (36:6)
**pension** (11:18) (12:4)
(12:19) (13:3) (15:1)
(15:21) (16:14) (17:24)
(19:19) (20:15) (21:6)
(21:9) (21:19) (22:12)
(23:18) (26:4) (26:6)
(26:10) (26:11) (28:5)
(28:13) (28:19) (29:12)
(30:16) (42:5)
**Pensions** (28:2) (28:8)
(28:18)
**Pension's** (30:23)
**peop-** (27:7)
**people** (12:2) (12:24)
(19:22) (21:17) (22:11)
(23:1) (27:7) (31:23)
(39:20) (40:14)
**peoples'** (32:13)
**perhaps** (15:12)
**perjury** (5:14)
**person** (38:1)
**personal** (8:3) (20:17)
(44:8) (44:11)
**personally** (15:16)
(15:17)
**PETITION** (1:2) (6:2)
(6:6) (6:24) (18:14)

**phonetic** (18:17)
**piece** (13:2) (13:9) (25:2)
**pin** (9:5)
**place** (47:8) (47:9)
**placed** (5:20) (38:17)
(45:23)
**plaintiff's** (19:16)
**plan** (14:7) (15:21)
(17:24) (21:9) (21:19)
(23:18) (24:5) (24:11)
(26:11) (26:19) (27:5)
(27:8) (27:22) (27:25)
(28:9) (30:16) (30:25)
(31:6) (31:13) (31:15)
(34:16) (34:17) (40:3)
(40:5) (40:12) (41:25)
(42:3) (42:5) (46:4) (46:6)
**plans** (8:1) (10:4) (10:7)
(10:8) (11:18) (12:4)
(12:19) (13:4) (13:15)
(14:1) (14:3) (15:21)
(16:14) (19:20) (19:24)
(20:13) (20:15) (20:22)
(22:13) (24:20) (25:15)
(25:25) (26:5) (26:6)
(26:10) (27:5) (27:6)
(28:5) (28:13) (28:19)
(29:16) (32:25)
**plans'** (15:1)
**please** (4:5) (19:12)
**PLLC** (2:18)
**point** (6:18) (38:6)
(38:15) (43:19) (43:23)
**pool** (28:13)
**possession** (6:1) (18:9)
(18:15)
**Possibly** (10:10) (10:11)
**postpetition** (45:3)
**potential** (42:12)
**Pottinger** (2:8)
**Powell** (2:12) (3:10)
(4:13) (44:20) (45:2)
(46:19)
**presiding** (4:4)
**presume** (37:22) (43:19)
**pretended** (15:13)
**pretty** (41:10)
**private** (23:17)
**probably** (19:18) (25:1)
(37:9)
**problem** (11:20)
**proceedings** (47:13)
**produced** (14:20)
**Professional** (1:13)
(47:5) (47:19)
**profit** (38:13)
**progress** (43:15)
**projects** (33:13)
**properties** (33:8)
**property** (33:9) (36:8)
(38:10) (38:14) (38:17)
(38:23) (38:24) (39:2)
(39:4) (39:7) (45:5)
**propose** (46:4)
**prove** (15:24) (15:25)
(16:19) (22:7) (22:11)
(22:14) (22:17)
**provided** (8:17) (47:11)
**Public** (1:14) (14:21)
(16:13) (47:5) (47:19)
**publicly-traded** (16:9)
**purposes** (31:20)
**pushing** (36:9)
**put** (8:12) (35:22) (40:13)

### Q

**question** (6:22) (18:1)
(40:15) (44:21)
**questioning** (40:10)
**questions** (5:25) (6:16)
(31:23) (34:3) (34:4)
(44:14) (46:20)
**quite** (37:10) (37:17)

### R

**raise** (5:11)
**ran** (25:12) (25:13)
(41:24)
**range** (11:3)
**rather** (38:14) (38:15)
**reached** (13:10) (17:5)
**read** (15:10) (44:9)
**real** (22:18) (22:19)
(22:22) (45:5)
**really** (17:3) (37:22)
(39:8) (40:17)
**recall** (15:15) (34:11)
(38:18)
**receive** (26:8) (26:19)
**received** (7:6) (24:21)
(26:7) (28:6)
**receiving** (45:14)
**recent** (8:19)
**recognize** (5:7) (5:8)
**recommended** (19:25)
**record** (4:20) (21:12)
(46:25) (47:9) (47:12)
**recorded** (47:13)
**records** (11:1) (11:3)
(11:6) (29:7)
**recover** (13:14)
**reduced** (47:9)
**Re-Examination** (3:9)
(34:8)
**reflects** (40:16)
**refunds** (13:13) (13:15)
(14:14) (15:1) (16:17)
(16:18) (24:21)
**regarding** (6:11) (6:16)
(7:20) (8:18)
**Registered** (1:13)
(23:20) (23:21) (47:4)
(47:19)
**regulatory** (38:2)
**related** (40:24)
**released** (41:14)
**remember** (10:24) (29:2)
**removed** (20:4)
**renovates** (33:8)
**rental** (33:8)
**reorganization** (34:16)
**rephrase** (10:8) (14:2)
**Reporter** (1:13) (47:5)
(47:19)
**Reporter's** (3:11)
**represent** (28:23)
**Request** (18:17)
**resolved** (43:14)
**rest** (38:3) (44:8)
**restate** (9:6)
**restriction** (36:6) (36:7)
**retired** (21:12) (31:25)
(32:5) (32:6) (32:7) (32:11)
**retirement** (9:19) (9:22)
(10:4) (10:15) (14:1)
(14:3) (20:13) (20:21)
(24:5) (24:11) (24:20)
(25:15) (25:25) (27:22)
(27:25) (28:9) (28:12)

| return | | than |
|---|---|---|

**return**

(29:14) (29:16) (30:4)
(30:20) (31:1) (31:20)
(32:16) (32:25) (35:13)
(40:25)
**return** (19:2)
**returns** (12:18) (35:3)
**revenue** (37:8) (42:4)
**reviewed** (4:21)
**Rica** (12:3)
**Rickman** (2:8) (4:6) (4:7)
**right** (4:19) (5:11)
(6:10) (6:15) (6:18) (6:19)
(7:18) (8:21) (9:2) (9:17)
(18:1) (27:1) (30:2)
(31:22) (32:18) (33:2)
(34:24) (37:14) (40:8)
(41:19) (45:7) (45:22)
(46:21)
**risk** (21:7) (30:17)
**role** (7:19) (14:5)
(20:12) (24:9) (24:12)
(40:2)
**Roth** (7:1) (8:6) (20:16)
(20:18) (21:16) (29:19)
(29:20) (30:3) (42:6) (42:7)
**running** (45:10)

**S**

**said** (47:8) (47:9)
**sale** (38:9)
**same** (22:2) (33:3)
**savings** (41:12)
**saw** (16:25)
**say** (10:20) (15:22)
(16:12) (35:24) (37:7)
(37:21) (39:20)
**saying** (19:13)
**says** (7:2)
**Schedule** (6:21) (9:12)
(30:3) (31:24) (33:3)
**schedules** (6:3) (6:6)
(6:12) (6:16) (10:20)
(18:14) (29:21) (31:24)
(38:18) (38:21) (40:16)
**Scott** (2:8) (4:6)
**searched** (41:13)
**SEC** (23:22)
**second** (13:8) (15:4)
**securing** (34:21)
**Security** (4:22) (4:24)
**see** (7:1) (9:11) (9:14)
(15:3) (21:13) (24:4)
(39:22) (44:10)
**seemed** (15:16)
**seems** (38:20)
**self-employed** (33:3)
**sell** (38:14)
**send** (8:25) (25:1)
**sense** (19:21)
**sent** (22:8) (22:10)
**sentenced** (11:25)
**September** (37:8) (47:16)
**served** (7:22)
**services** (25:10) (32:23)
(38:23) (39:5)
**set** (14:7) (26:5) (31:19)
(36:17) (47:15)
**sets** (14:21)
**setting** (33:11) (33:14)
**several** (17:11) (18:10)
(43:6) (45:20)
**Seward** (11:13) (11:14)
(14:9) (25:6) (25:7)
**shape** (23:4)
**shares** (14:24) (15:13)

(15:20) (15:25) (16:5)
(16:8) (16:15) (16:17)
(16:19) (21:24) (22:4)
(22:13)
**she** (5:2)
**Shields** (12:14) (19:20)
**should** (8:12) (25:1)
**show** (14:23) (14:25)
**showed** (7:12)
**showing** (24:20)
**shut** (32:23)
**sic** (23:3)
**side** (42:23)
**significant** (34:22)
(40:22) (41:16)
**similarly** (21:23)
**since** (7:15) (11:7)
(12:15) (16:22) (17:3)
(36:3)
**situated** (21:23)
**six** (26:24) (35:24)
**sizable** (41:10)
**SKAT** (7:9) (7:16) (10:22)
(11:7) (11:8) (11:10)
(11:18) (11:21) (12:21)
(13:19) (14:4) (14:15)
(16:22) (17:7) (17:15)
(21:2) (21:17) (24:4)
(27:2) (32:21) (41:17)
(41:19) (42:20) (44:2)
(46:14)
**SKAT and** (19:16)
**SKAT cases** (44:10)
**skipped** (13:22) (42:13)
**slash** (7:22)
**Smith** (4:9)
**Social** (4:22) (4:24)
**SOFA** (40:16)
**software** (33:12)
**sold** (38:24) (38:25)
**sole** (41:3)
**some** (6:15) (10:23)
(12:17) (19:12) (19:19)
(20:13) (23:13) (25:5)
(29:23) (31:11) (32:2)
(38:20) (40:21) (43:10)
(43:14) (43:16) (46:7)
(46:8)
**somebody** (42:15)
**something** (8:22)
**somewhere** (12:3)
**son** (17:12) (27:23)
**sophisticated** (37:12)
(37:13)
**sorry** (6:19) (13:22)
(18:3) (20:11) (24:15)
(24:16) (29:18) (43:12)
(43:13)
**sort** (31:11) (40:10)
(46:8)
**source** (37:5) (41:3)
**speak** (44:16)
**SPEAKER** (22:25)
**split** (35:3) (38:14)
**SRH** (27:7)
**stand** (21:11) (21:20)
**start** (5:24) (23:23)
(46:15) (46:16) (46:17)
**started** (16:23) (24:2)
(43:1)
**starting** (46:8)
**starts** (9:12)
**State** (1:14) (9:17)
(23:23) (29:20) (47:1)
(47:5)

**State-At-Large** (47:19)
**stated** (8:17) (47:6)
(47:8)
**statement** (9:7)
**statements** (7:13) (7:15)
(8:18) (12:19) (15:19)
(22:9) (22:11) (24:20)
**STATES** (1:1) (2:21)
(2:23) (12:20) (31:25)
**stay** (26:22)
**stayed** (17:1) (26:23)
**Stephanie** (17:13)
**still** (4:18) (6:20)
**stock** (12:7)
**stopped** (10:22)
**stops** (41:18)
**strategies** (7:23)
**strategy** (35:23) (36:1)
**Street** (2:4) (2:7) (2:9)
(2:14) (2:18) (2:23) (4:7)
(21:6) (29:24)
**strong** (10:12)
**structure** (25:17)
(28:20) (31:19)
**structures** (26:5) (31:19)
**struggling** (40:12)
**subadvisor** (11:24)
(12:10) (12:13) (14:7)
**SUBCHAPTER** (2:16) (4:11)
(34:5) (40:2) (40:12)
**subject** (14:4) (45:17)
**submitted** (25:5)
**subsidiary** (7:8)
**such** (46:16)
**sued** (21:2) (21:17)
(39:22)
**suggest** (38:19)
**suggested** (23:23)
**Suite** (2:9) (2:14) (2:23)
**suits** (24:5)
**supervision** (47:11)
**supposed** (38:7) (40:13)
**sure** (6:17) (11:7) (19:4)
(37:14) (44:18)
**survive** (41:8)
**suspended** (12:1)
**swear** (5:12)
**system** (45:9)
**systems** (33:12)

**T**

**take** (25:25) (31:6)
(31:12) (37:18) (37:20)
**taken** (1:11)
**talk** (42:11) (46:24)
**talked** (45:13)
**talking** (10:18) (13:18)
**tax** (11:11) (12:9)
(12:18) (14:14) (15:1)
(16:17) (21:18)
**taxes** (12:7) (13:13)
**tax-free** (42:8)
**teach** (37:17)
**team** (35:22) (37:16)
(37:22) (37:24) (37:25)
(38:3)
**technologies** (28:17)
(29:12)
**technology** (26:3) (26:4)
(30:13)
**telephonic** (4:23)
**tell** (23:8) (27:13)
(34:19) (39:9)
**ten** (11:25)
**terms** (33:11)

**test** (37:6) (37:16)
(37:17)
**tested** (37:14)
**testified** (5:21)
**testimony** (5:12) (9:7)
(28:23) (47:15)
**TEW** (1:5) (1:6) (1:7)
(1:10) (4:1) (4:17) (5:1)
(5:4) (5:5) (5:11) (5:15)
(5:16) (5:19) (6:2) (6:5)
(6:8) (6:9) (6:13) (6:14)
(6:25) (7:5) (7:14) (7:21)
(8:4) (8:6) (8:8) (8:11)
(8:15) (8:16) (8:18) (8:19)
(9:7) (9:10) (9:15) (9:16)
(9:21) (9:24) (9:25) (10:6)
(10:10) (10:17) (10:21)
(11:1) (11:2) (11:5)
(11:10) (13:6) (13:17)
(13:20) (13:22) (14:5)
(14:11) (15:18) (15:24)
(16:3) (16:8) (16:11)
(16:24) (17:8) (17:12)
(17:20) (17:24) (18:2)
(18:5) (18:7) (18:10)
(18:11) (18:12) (18:16)
(18:18) (18:19) (19:1)
(19:12) (19:15) (20:10)
(20:14) (20:18) (20:20)
(20:23) (20:25) (21:3)
(21:4) (21:5) (21:22)
(22:1) (22:7) (22:19)
(22:22) (23:2) (23:8)
(23:9) (23:10) (23:11)
(23:14) (23:15) (23:20)
(23:24) (24:3) (24:5)
(24:7) (24:10) (24:11)
(24:14) (24:16) (24:19)
(24:22) (24:24) (25:18)
(25:21) (25:23) (25:24)
(27:4) (27:9) (27:12)
(27:15) (27:17) (27:19)
(27:21) (27:22) (27:23)
(27:24) (28:1) (28:3)
(28:11) (28:15) (28:16)
(28:25) (29:2) (29:4)
(29:6) (29:8) (29:13)
(29:15) (29:23) (30:6)
(30:8) (30:9) (30:21)
(30:24) (31:2) (31:8)
(32:2) (32:6) (32:9)
(32:10) (32:11) (32:17)
(32:21) (33:2) (33:6)
(33:17) (33:19) (33:21)
(33:25) (34:10) (34:13)
(34:18) (34:22) (35:12)
(35:15) (35:17) (35:20)
(36:7) (36:11) (36:13)
(36:15) (37:1) (37:3)
(37:6) (38:8) (38:13)
(38:22) (39:11) (39:14)
(39:16) (39:19) (40:1)
(40:9) (40:19) (40:23)
(41:2) (41:4) (41:7)
(41:11) (41:22) (41:23)
(42:3) (42:16) (43:3)
(43:5) (43:8) (43:10)
(43:13) (43:22) (43:25)
(44:3) (44:7) (44:15)
(44:19) (45:3) (45:6)
(45:11) (45:16) (45:18)
(45:24) (46:1) (46:7)
(46:11)
**Tews** (4:22) (5:7)
**than** (24:12) (26:9)

**Thank**

(29:9) (30:5) (30:6)
**Thank** (4:10) (4:19) (5:6)
(5:10) (5:17) (33:23)
**Thanks** (4:14)
**their** (5:8) (9:23) (10:1)
(12:19) (16:25) (17:24)
(20:16) (20:17) (21:16)
(25:3) (26:20) (26:21)
(28:5) (28:13) (31:16)
**them** (10:23) (11:19)
(13:16) (14:8) (14:15)
(16:15) (17:10) (20:15)
(21:18) (21:20) (24:24)
(25:6) (26:3) (28:4)
(28:22) (32:18) (33:8)
(36:20) (36:24) (37:16)
(37:17) (38:7) (42:18)
(42:22) (43:15)
**Therefore** (12:11) (26:1)
**there's** (13:9) (26:13)
(26:14) (26:16) (27:7)
(28:22) (36:6) (40:5)
(40:11)
**these** (7:15) (9:22)
(10:4) (10:19) (11:21)
(12:4) (14:3) (15:10)
(15:21) (16:22) (20:13)
(21:11) (24:20) (25:15)
(26:24) (31:8) (36:15)
(37:11) (38:10)
**They're** (12:22) (13:14)
(16:6) (17:18) (17:20)
(22:17) (22:22) (23:2)
(23:4) (34:24) (37:14)
(44:1)
**They've** (43:5) (43:6)
**thing** (40:25) (42:12)
**things** (23:13) (23:14)
(23:25) (33:1) (34:14)
(42:10)
**think** (5:1) (9:6) (10:8)
(10:11) (11:3) (12:3)
(13:9) (42:12) (42:14)
(44:13) (45:11) (46:19)
**those** (6:6) (7:13) (8:12)
(8:13) (13:14) (14:17)
(15:20) (16:18) (17:11)
(18:9) (20:4) (22:13)
(25:9) (26:4) (26:5) (26:7)
(26:9) (31:19) (33:1)
(42:17) (43:1) (43:4)
(43:11) (43:14) (43:17)
**though** (16:17) (17:18)
(21:23)
**thought** (14:22)
**thoughts** (7:3)
**three** (7:14) (18:11)
(18:12) (18:13) (18:14)
**through** (7:16) (12:6)
(21:9) (21:19) (27:1)
(27:12) (37:10) (41:18)
**thus** (39:5)
**time** (10:18) (14:12)
(18:9) (22:13) (29:25)
(34:3) (39:3) (42:19)
(42:21) (46:16) (47:7)
**timeline** (46:3)
**times** (35:24)
**today** (4:4) (5:13) (6:10)
**Todd** (2:13)
**together** (13:2) (35:22)
(40:13)
**too** (15:12) (44:21)
**took** (31:3) (39:1) (47:9)
**top** (6:23)

**total** (14:19)
**totaling** (14:16)
**totally** (7:9) (11:13)
(16:11) (22:23) (22:24)
**towards** (40:3)
**trade** (12:11) (26:22)
(38:4)
**traded** (12:6) (23:5)
**trades** (11:11) (11:19)
(12:15) (26:24) (37:7)
**trading** (14:6) (14:8)
(35:22) (36:19) (36:20)
(37:15) (37:21) (37:24)
(37:25) (41:15) (42:4)
(45:9) (46:8) (46:15)
(46:18)
**transcribed** (1:12)
**Travelers** (42:15)
**tried** (20:4)
**Triton** (27:18)
**trouble** (6:20)
**true** (5:13) (6:7) (47:7)
(47:12)
**TRUST** (2:11) (4:14)
(26:2) (28:2) (28:12)
(28:18) (29:12) (29:14)
(30:4) (30:11) (30:12)
(30:23) (31:1) (35:13)
**TRUSTEE** (2:16) (2:21)
(2:23) (4:3) (4:12) (25:2)
(34:6) (40:2)
**trusts** (28:22) (31:9)
**try** (6:17) (31:9) (41:13)
**trying** (13:14) (27:3)
(36:2) (39:25) (40:4)
(41:18) (42:1)
**two** (7:14) (14:16)
(14:20) (16:22) (17:21)
(19:3) (25:12) (25:13)
(42:24)
**Tyler** (2:12) (4:13)
(44:20) (45:12)
**type** (35:22) (39:2)
**typewriting** (47:10)

**U**

**Uh-huh** (9:16) (13:17)
(19:1) (24:14) (29:24)
(33:21) (35:17) (40:9)
(40:19) (41:23)
**ultimately** (11:17)
**umbrella** (23:15) (23:16)
**unbelievable** (25:13)
**under** (5:14) (5:20)
(9:17) (37:22) (38:1)
(40:25) (47:11)
**understand** (36:3) (39:24)
**understanding** (20:3)
**unfortunate** (19:23)
**unfortunately** (19:23)
**Unilever** (22:20)
**UNITED** (1:1) (2:21)
(2:23) (12:20)
**unrelated** (27:7)
**unresponsive** (7:9)
**until** (24:24) (28:6)
(28:7) (41:6) (41:21) (45:9)
**Upper** (2:4)
**use** (4:23) (33:12)
**used** (11:24) (31:18)
(31:19)

**V**

**valuable** (38:19) (42:17)
(42:21)

**valuation** (7:4) (7:6)
(7:7)
**value** (29:21) (38:16)
(38:20) (38:23)
**valued** (7:2)
**various** (13:15) (28:5)
**verify** (4:24)
**very** (14:5) (20:3) (21:8)
(31:18) (37:11) (37:12)
(40:17)
**via** (1:11) (1:12) (42:20)
(47:10)
**Vine** (2:23)
**Vinnie** (17:12)
**virtually** (39:5) (42:7)
**voice** (5:2)
**voices** (5:7) (5:9)

**W**

**waiting** (35:6)
**Wall** (21:6) (29:24)
**want** (4:20) (9:4) (9:11)
(19:22) (21:13) (37:7)
(39:20) (46:24)
**wanted** (23:25) (26:22)
**was** (1:11) (5:20) (7:7)
(7:19) (7:21) (9:6) (10:23)
(11:16) (11:20) (11:24)
(11:25) (12:1) (14:3)
(14:5) (14:11) (14:22)
(19:24) (19:25) (20:12)
(20:15) (20:17) (21:7)
(22:3) (23:9) (23:11)
(23:15) (24:9) (24:11)
(25:16) (25:18) (26:1)
(27:10) (28:3) (28:8)
(28:9) (28:11) (29:9)
(29:17) (29:18) (29:24)
(29:25) (30:10) (30:21)
(31:2) (32:2) (32:7)
(32:23) (34:14) (34:15)
(37:19) (38:18) (40:24)
(41:3) (41:13) (41:14)
(42:12) (44:5) (44:6) (47:9)
**way** (14:20) (17:8)
(18:16) (23:4) (28:13)
(31:15) (32:9) (32:11)
**week** (17:14)
**well** (5:25) (8:13) (10:2)
(10:7) (10:21) (17:17)
(19:7) (21:1) (21:8)
(21:22) (22:8) (30:2)
(31:8) (32:17) (33:10)
(35:20) (38:16) (38:22)
(42:11)
**we'll** (35:3)
**went** (12:25) (31:16)
**were** (6:3) (7:23) (9:25)
(10:4) (10:23) (11:12)
(11:13) (11:20) (12:5)
(13:12) (14:24) (15:20)
(16:9) (17:13) (17:15)
(18:13) (19:14) (19:15)
(19:17) (20:21) (22:2)
(23:12) (25:19) (26:5)
(27:5) (27:6) (28:18)
(28:19) (29:16) (31:6)
(31:17) (32:5) (32:22)
(43:17)
**we're** (10:14) (35:5)
(40:13) (41:18) (43:15)
(44:17) (46:25)
**weren't** (16:1) (16:6)
**West** (2:4) (2:18)
**we've** (7:15) (11:7) (37:6)

**what** (7:19) (9:6) (9:20)
(10:18) (14:2) (15:11)
(15:15) (18:24) (20:12)
(23:9) (24:9) (25:8)
(27:10) (28:8) (32:20)
(33:5) (36:2) (38:6)
(39:12) (41:8) (41:12)
(41:25) (43:3) (43:20)
(44:5) (44:10) (45:14)
**what's** (40:3)
**When** (10:19) (10:21)
(11:16) (15:10) (23:12)
(24:1) (24:19) (26:18)
(31:9) (31:10) (32:21)
(37:4) (37:21) (38:25)
(44:16) (45:13)
**where** (12:25) (14:23)
(14:25) (15:20) (21:14)
(34:19) (40:7)
**whereas** (25:11)
**whereof** (47:15)
**whether** (22:17) (25:7)
(40:5)
**which** (9:12) (10:14)
(14:20) (18:14) (19:16)
(19:25) (22:9) (27:5)
(27:6) (31:24) (36:21)
(42:4) (44:9)
**while** (15:6) (36:5) (43:6)
**whistleblower** (13:2)
(24:25) (25:3) (25:5) (25:8)
**Who** (30:21) (33:18)
(38:1) (38:2)
**whoever** (36:23)
**whole** (43:19) (43:23)
(43:25)
**whose** (35:8)
**why** (21:1) (46:12)
**wife** (15:13)
**will** (5:13) (8:24) (20:5)
(35:2) (35:4) (35:12)
(35:21) (36:8) (36:17)
(36:19) (38:9) (38:11)
(42:21) (42:22) (46:22)
**window** (40:11)
**wish** (37:18) (37:19)
(39:8)
**with** (4:23) (6:3) (6:20)
(8:13) (8:15) (8:18) (9:22)
(11:23) (12:5) (14:3)
(15:15) (16:21) (19:6)
(31:13) (33:14) (33:23)
(34:20) (35:9) (35:23)
(36:1) (36:16) (36:22)
(36:24) (38:7) (39:12)
(39:14) (40:12) (44:17)
(46:7) (46:15)
**withheld** (12:8) (13:13)
**withholding** (12:9)
(24:21)
**WITNESS** (7:12)
**WITNESSES** (1:6)
**won** (17:11)
**won't** (12:21)
**Woodford** (45:5) (46:14)
**words** (21:11)
**work** (35:20) (38:12)
(40:3)
**working** (37:14)
**world** (10:22)
**would** (5:24) (10:19)
(12:6) (12:7) (12:8)
(12:14) (14:12) (20:3)
(29:8) (30:16) (32:18)

wound                                                                                    you've

(35:8) (35:10) (35:23)
(36:4) (37:23) (38:16)
(38:20) (39:11) (39:19)
(45:11)
**wound**  (7:16)
**wrap**  (31:22) (40:4)
**written**  (18:4)
**wrote**  (37:15)

## Y

**year**  (43:14)
**years**  (7:15) (11:25)
(20:6) (21:6) (30:1)
(31:14) (32:2) (40:18)
(41:9) (45:20)
**yes**  (5:9) (8:8) (8:20)
(9:16) (10:6) (11:10)
(13:20) (15:18) (15:25)
(16:24) (17:21) (17:24)
(18:10) (20:18) (20:20)
(24:16) (24:22) (27:4)
(27:12) (27:23) (28:15)
(28:25) (29:24) (32:3)
(32:6) (32:7) (32:14)
(33:25) (34:13) (35:17)
(39:20) (41:2) (41:22)
(42:16) (46:7) (46:9)
**yet**  (13:10) (21:17)
(35:20) (38:8)
**York**  (7:17) (11:15)
(14:9) (14:15) (15:11)
(16:20) (17:1) (17:9)
(19:17) (20:6) (21:7)
(21:10) (21:18) (21:20)
(23:12) (34:23) (36:6)
(39:1) (41:1) (44:2)
**you-all**  (16:21) (40:15)
(41:5) (42:1) (43:18) (44:1)
**you'll**  (26:2) (34:11)
(36:24) (44:10) (46:5)
**your**  (5:11) (5:14) (6:1)
(6:4) (6:7) (6:16) (7:3)
(7:20) (8:3) (8:15) (9:7)
(9:20) (9:24) (14:3)
(15:12) (17:19) (18:9)
(18:15) (19:13) (20:12)
(24:9) (25:16) (25:19)
(27:6) (28:22) (29:21)
(30:3) (31:10) (31:12)
(31:24) (32:15) (34:11)
(35:10) (37:22) (38:18)
(39:15) (40:16) (41:3)
(41:20) (42:2) (46:4)
**you're**  (13:18) (19:13)
(24:18) (31:25) (32:10)
(33:2) (33:23) (33:24)
(35:16) (36:22) (38:6)
(39:12) (39:22) (43:22)
(45:4)
**yours'**  (37:2)
**yourself**  (46:17)
**you've**  (8:2) (30:3)
(37:24) (40:21)

# EXHIBIT 2

Eastern District of Kentucky
**FILED**

JUL - 8 2015

### UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF KENTUCKY
### CENTRAL DIVISION
### AT LEXINGTON

AT LEXINGTON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

```
- - - - - - - - - - - - - - - - - - - - - - - - - - -
THOMAS E. PEREZ, Secretary of Labor,    :   Civil Action Nos. 5:12-cv-250-KKC and
United States Department of Labor,      :   5:13-cv-156-KKC
                     Plaintiff,         :
                                        :
         v.                             :   CONSOLIDATED
                                        :
GEORGE HOFMEISTER, et. al.,             :
                     Defendants.        :
                                        :
                                        :
                                        :
THOMAS E. PEREZ, Secretary of Labor,    :
United States Department of Labor,      :
                     Plaintiff,         :
                                        :
         v.                             :
                                        :
GEORGE HOFMEISTER, et. al.,             :
                     Defendants.        :
                                        :
- - - - - - - - - - - - - - - - - - - - - - - - - - -
```

### CONSENT JUDGMENT AND ORDER RE:
### BERNARD V. TEW, TEW ENTERPRISES, LLC, AND
### BLUEGRASS INVESTMENT MANAGEMENT, LLC

Plaintiff Thomas E. Perez, Secretary of Labor, United States Department of Labor

("Secretary"), pursuant to the provisions of the Employee Retirement Income Security Act of

1974 ("ERISA"), as amended, 29 U.S.C. §1001, *et seq.*, filed complaints in the U.S. District

Court for the Eastern District of Kentucky in *Perez v. George Hofmeister, et. al.*, Case no. 5:12-

cv-250, and *Perez v. George Hofmeister, et. al.*, Case no. 5:13-cv-156, (the "Secretary's

Actions") against various defendants, including Bernard V. Tew, Tew Enterprises, LLC, and

Bluegrass Investment Management, LLC ("Tew Defendants"), alleging breaches of fiduciary

duty under Title I of ERISA, with respect to the Hillsdale Hourly Pension Plan ("Hillsdale

1

Hourly Plan"), the Hillsdale Salaried Pension Plan ("Hillsdale Salaried Plan"), and the Revstone Casting Fairfield, GMP Local 359 Pension Plan ("RCF Plan").

The Tew Defendants, having answered, admit that they are subject to the personal jurisdiction of the Court and that the Court has jurisdiction of the subject matter of the Secretary's Actions. This Consent Order and Judgment shall not be deemed to be an admission or denial of any claims made by the Secretary.

The Secretary and the Tew Defendants ("the Parties") have agreed to resolve all matters in controversy between them related to the Complaints filed in the Secretary's Actions, and the Parties do now consent to entry of an Order and Judgment by this Court in accordance therewith.

Upon consideration of the record herein, and as agreed to by the Parties, the Court finds that it has jurisdiction to enter this Consent Order and Judgment.

IT IS THEREFORE ORDERED that:

1.      The Tew Defendants are permanently enjoined and restrained from violating the provisions of Title I of ERISA, 29 U.S.C. §1001 *et seq.*

2.      The Tew Defendants are permanently enjoined and restrained from serving as a fiduciary of, or service provider to, any ERISA-covered employee benefit plan. For avoidance of doubt, nothing herein shall prohibit Bernard Tew, Bluegrass Investment Management, LLC, or Tew Enterprises, LLC from providing discretionary investment advice or acting as a fiduciary to any retirement plan or account that is not an employee benefit plan or account subject to Title I of ERISA, 29 U.S.C. §1001 *et seq.* (*e.g.,* a retirement plan or account for which Bernard V. Tew and/or a relative, as defined in Section 3(15) or ERISA, are the exclusive participants).

3.      Within 45 days of the entry of this Consent Order and Judgment, the Tew Defendants shall pay $199,444.45 to the Hillsdale Hourly Plan and $99,722.22 to the Hillsdale

2

Salaried Plan. Payments to the Hillsdale Hourly Plan and Hillsdale Salaried Plan shall be made by wire transfer in accordance with instructions provided by the Secretary. The parties agree that, for purposes of ERISA Section 502(*l*), 29 U.S.C. § 1132(*l*), the "applicable recovery amount" shall be $299,166.67. The Tew Defendants shall pay 20% of the "applicable recovery amount," which is $59,833.33, within 45 days of the entry of this Consent Order and Judgment. Payment of $59,833.33 shall be made to the Department of Labor and sent by regular U.S. mail to:

ERISA Civil Penalties
P.O. Box 71360
Philadelphia, PA 19176-1360

A copy of the check shall be provided to the Secretary's counsel. The Tew Defendants hereby waive the notice of penalty assessment and service requirements of 29 C.F.R. § 2570.83.

4.      The Tew Defendants, and, where applicable, their agents, beneficiaries, representatives, assigns and successors in interest, do hereby release the Secretary and the Secretary's officers, agents, attorneys, employees, and representatives, both in their individual and governmental capacities, from all actions, claims and demands of whatsoever nature, including those arising under any statute, rule, or regulation, that relate in any manner to the filing, prosecution, and maintenance of the Secretary's Actions. In particular, the Tew Defendants expressly waive any and all claims of any nature that they may have against the Secretary, or any of the Secretary's officers, agents, employees, or representatives, arising under the Equal Access To Justice Act, 5 U.S.C. §504, 28 U.S.C. §2412, as amended.

5.      The Secretary hereby releases the Tew Defendants and, where applicable, their agents, beneficiaries, representatives, assigns and successors in interest, from all civil actions, civil claims and civil demands under Title I of ERISA that are based upon, arise out of, or relate to, the facts, transactions and occurrences referred to in the Secretary's Actions.

3

6.      The Secretary and the Tew Defendants shall bear their own costs, expenses, and
attorney's fees in connection with the Secretary's Actions.

7.      Nothing in this Order is binding on any government agency other than the United
States Department of Labor with respect to its civil claims under Title I of ERISA. This Consent
Order and Judgment does not resolve any criminal liability, or any restitution, forfeitures, or
fines arising out of such liability, if any.

8.      By entering into this Consent Order and Judgment, the Tew Defendants represent
that they have been informed by counsel of the effect and purpose of this Consent Order and
Judgment and agree to be bound by its terms.

9.      Each undersigned representative of the Parties to this Consent Order and
Judgment certifies that he or she is fully authorized by such Party to enter into and execute the
terms and conditions of this Consent Order and Judgment, and to legally bind such Party to this
Consent Order and Judgment. By signature below, the Parties consent to entry of this Consent
Order and Judgment.

10.     This Consent Order and Judgment may be executed in counterparts, each of
which shall be deemed to be an original, but all of which, taken together, shall constitute one and
the same instrument.

11.     The Court shall maintain jurisdiction over this matter only for purposes of
enforcing this Consent Order and Judgment.

SO ORDERED:

Dated: _July 8, 2015_

_Karen K. Caldwell_
**KAREN K. CALDWELL**
United States District Judge

4

FOR BERNARD V. TEW, TEW
ENTERPRISES, LLC, AND BLUEGRASS
INVESTMENT MANAGEMENT, LLC:

Dated: 6/15/2015

Bernard V. Tew
Individually, and as Managing Member of Tew
Enterprises, LLC and Bluegrass Investment
Management, LLC

Mark J. Hyland, Esq.
Michael W. Broz, Esq.
Seward & Kissel, LLP
One Battery Park Plaza
New York, NY 10004
Telephone: (212) 574-1541
Fax: (212) 480-8421

Philip W. Collier, Esq.
Stites & Harbison, PLLC
400 West Market Street
Suite 1800
Louisville, KY 40202
Tel: (502) 681-0415

FOR THE SECRETARY:

Dated: 6/15/15

/s/ Matthew M. Scheff

Maureen M. Cafferkey (OH-0031165)
Senior Trial Attorney
Matthew M. Scheff (OH-0082229)
Trial Attorney

United States Department of Labor
Officer of the Solicitor
1240 East Ninth Street, Room 881
Cleveland, OH 44199
(216) 522-3878
(216) 522-7172 (Fax)
scheff.matthew@dol.gov
cafferkey.maureen@dol.gov

OF COUNSEL:

M. PATRICIA SMITH
Solicitor of Labor
CHRISTINE Z. HERI
Regional Solicitor
BENJAMIN T. CHINNI
Associate Regional Solicitor

5