| Debtor 1 | Bernard V. Tew |
|---|---|
| Debtor 2 | Andrea B. Tew |

**DS Exhibit B - Prepetition Litigation**

Case number (*if known*) **20-51078**

| Creditor's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Was this payment for ... |
|---|---|---|---|---|

7. **Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**
   *Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Include payments for domestic support obligations, such as child support and alimony.

   ☐ No
   ■ Yes. List all payments to an insider.

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment |
|---|---|---|---|---|
| **Stephanie Campbell** | 11/13/19 - $400<br>4/13/20 - $139 | **$539.00** | **$0.00** | **11/13/19 for our satellite tv bill**<br>**4/13/20 reimbursement for needlepoint items** |
| **Vincent Tew** | 8/14/19 - $300<br>8/30/19 - $50<br>12/30/19 - $300<br>6/21/20 - $1,030<br>(sold hay) | **$1,680.00** | **$0.00** | |
| **Lainie Tew** | | **$1,417.00** | **$0.00** | **These are not payments on a debt - she is in college, and we would give her money for gas, food, etc.** |

8. **Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**
   Include payments on debts guaranteed or cosigned by an insider.

   ■ No
   ☐ Yes. List all payments to an insider

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment<br>Include creditor's name |
|---|---|---|---|---|

**Part 4:   Identify Legal Actions, Repossessions, and Foreclosures**

9. **Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**
   List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

   ☐ No
   ■ Yes. Fill in the details.

| Case title<br>Case number | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| **Central Bank & Trust Co. v. Tew et al**<br>**19-CI-00236** | **collection** | **Woodford Circuit Court** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| **Wilmington Savings Fund Society v. Tew et al.**<br>**19-CI-00234** | **foreclosure** | **Woodford Circuit Court** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

| Debtor 1 | Bernard V. Tew | | |
|---|---|---|---|
| Debtor 2 | Andrea B. Tew | Case number (*if known*) | **20-51078** |

| Case title<br>Case number | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| **SKAT v. Tew et al**<br>**1:18-cv-09434-LAK** | | **United States District Court Southern District of New York** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| **SKAT v. Tew et al**<br>**1:18-cv-09439-LAK** | | **United States District Court Southern District of New York** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| **SKAT v. Tew et al**<br>**1:18-cv-09489-LAK** | | **United States District Court Southern District of New York** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| **SKAT v Tew et al**<br>**1:18-cv-09490-LAK** | | **United States District Court Southern District of New York** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| **SKAT v. Tew et al**<br>**1:18-cv-09491-LAK** | | **United States District Court Southern District of New York** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| **SKAT v. Tew et al**<br>**1:18-cv-09494-LAK** | | **United States District Court Southern District of New York** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| **SKAT v. Tew et al**<br>**1:18-cv-09497-LAK** | | **United States District Court Southern District of New York** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| **SKAT v. Tew et al**<br>**1:18-cv-09498-LAK** | | **United States District Court Southern District of New York** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| **SKAT v. Tew et al.**<br>**1:18-cv-09507-LAK** | | **United States District Court Southern District of New York** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| **SKAT v. Tew et al.**<br>**1:18-cv-09511-LAK** | | **United States District Court Southern District of New York** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| **SKAT v. Tew et al.**<br>**1:18-cv-09515-LAK** | | **United States District Court Southern District of New York** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

| | | | |
|---|---|---|---|
| Debtor 1 | Bernard V. Tew | | |
| Debtor 2 | Andrea B. Tew | Case number (if known) | 20-51078 |

| Case title<br>Case number | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| **SKAT v. Tew et al.**<br>1:18-cv-09549-LAK | | **United States District Court Southern District of New York** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| **SKAT v. Tew et al.**<br>1:18-cv-09552-LAK | | **United States District Court Southern District of New York** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| **SKAT v. Bluegrass Investment Mgt 401k**<br>18-0541364 | | **AntiFraud Unit SK3 Danish Customs and Tax Administration Co KRATBJERG 236 DK-3480 Fredenborg   #45 72 22 18 18** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| **SKAT v. Autoparts Group Trust**<br>18-0541353 | | **AntiFraud Unit SK3 Danish Customs and Tax Administration Co KRATBJERG 236 DK-3480 Fredenborg   #45 72 22 18 18** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| **SKAT v. Bluegrass Retirement Group Trust**<br>18-0541377 | | **AntiFraud Unit SK3 Danish Customs and Tax Administration Co KRATBJERG 236 DK-3480 Fredenborg   #45 72 22 18 18** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| **SKAT v. Castings Group Trust**<br>18-0541394 | | **AntiFraud Unit SK3 Danish Customs and Tax Administration Co KRATBJERG 236 DK-3480 Fredenborg   #45 72 22 18 18** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| **SKAT v. Central Technologies Group Trust**<br>18-0651408 | | **AntiFraud Unit SK3 Danish Customs and Tax Administration Co KRATBJERG 236 DK-3480 Fredenborg   #45 72 22 18 18** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| **SKAT v. Industrial Group Trust**<br>18-0651415 | | **AntiFraud Unit SK3 Danish Customs and Tax Administration Co KRATBJERG 236 DK-3480 Fredenborg   #45 72 22 18 18** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| **SKAT v MSJJ Group Trust**<br>18-0651490 | | **AntiFraud Unit SK3 Danish Customs and Tax Administration Co KRATBJERG 236 DK-3480 Fredenborg   #45 72 22 18 18** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

| | | | |
|---|---|---|---|
| Debtor 1 | **Bernard V. Tew** | | |
| Debtor 2 | **Andrea B. Tew** | Case number (*if known*) | **20-51078** |

| Case title<br>Case number | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| **SKAT v. SV Holdings 401k**<br>**18-0651647** | | **AntiFraud Unit SK3**<br>**Danish Customs and Tax**<br>**Administration Co**<br>**KRATBJERG 236**<br>**DK-3480 Fredenborg   #45**<br>**72 22 18 18** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| **SKAT v. Tew Enterprises 401k**<br>**18-0651651** | | **AntiFraud Unit SK3**<br>**Danish Customs and Tax**<br>**Administration Co**<br>**KRATBJERG 236**<br>**DK-3480 Fredenborg   #45**<br>**72 22 18 18** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| **SKAT v. Tew LP 401k**<br>**18-0651565** | | **AntiFraud Unit SK3**<br>**Danish Customs and Tax**<br>**Administration Co**<br>**KRATBJERG 236**<br>**DK-3480 Fredenborg   #45**<br>**72 22 18 18** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| **Department Stores National Bank v. Andrea Tew**<br>**20-CI-00140** | collection | **Commonwealth of Kentucky**<br>**Woodford Circuit Court** | ☐ Pending<br>☐ On appeal<br>☐ Concluded |

10. **Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?** Check all that apply and fill in the details below.

    ■ No. Go to line 11.
    ☐ Yes. Fill in the information below.

    | Creditor Name and Address | Describe the Property<br><br>Explain what happened | Date | Value of the property |
    |---|---|---|---|

11. **Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?**

    ■ No
    ☐ Yes. Fill in the details.

    | Creditor Name and Address | Describe the action the creditor took | Date action was taken | Amount |
    |---|---|---|---|

12. **Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?**

    ■ No
    ☐ Yes

**Part 5:    List Certain Gifts and Contributions**

13. **Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?**

    ■ No
    ☐ Yes. Fill in the details for each gift.

    | Gifts with a total value of more than $600 per person<br><br>Person to Whom You Gave the Gift and Address: | Describe the gifts | Dates you gave the gifts | Value |
    |---|---|---|---|