## DS Exhibit D - Revenue Projections

|  |  | 2021 | 2022 | 2023 |
|---|---|---:|---:|---:|
| **Income** | | | | |
| Bernie | Soc Sec | $27,084.00 | $27,354.00 | $27,628.00 |
| Bernie | Retirement | $850,000.00 | $1,000,000.00 | $1,200,000.00 |
| Andrea | Wages | $26,436.00 | $26,436.00 | $26,436.00 |
| **TOTAL** | | $903,520.00 | $1,053,790.00 | $1,254,064.00 |
| | | | | |
| **Expenses** | | | | |
| M1 Wilmington P & I | | $129,368.16 | $129,368.16 | $129,368.16 |
| M1 Wilmington Costs | | $76,000.00 | $76,000.00 | $76,000.00 |
| M2 LSC 2020 | | $16,608.00 | $16,608.00 | $16,608.00 |
| M3 Central Bank | | $26,226.08 | $26,226.08 | $26,226.08 |
| Unsecured Escrow | | $12,000.00 | $12,000.00 | $12,000.00 |
| Tew LP expenses | | $150,000.00 | $250,000.00 | $250,000.00 |
| Homeowner's insurance | | $2,400.00 | $2,400.00 | $2,400.00 |
| Home maint + security | | $1,800.00 | $1,890.00 | $1,984.00 |
| Electricity | | $7,200.00 | $7,560.00 | $7,938.00 |
| Water, sewer, garbage | | $1,476.00 | $1,550.00 | $1,627.00 |
| Phone, internet, cable | | $6,900.00 | $7,038.00 | $7,178.00 |
| Food and housekeeping | | $6,000.00 | $6,300.00 | $6,615.00 |
| Clothing | | $500.00 | $500.00 | $500.00 |
| Personal care | | $2,400.00 | $2,520.00 | $2,646.00 |
| Transportation | | $4,200.00 | $4,410.00 | $4,630.00 |
| Health insurance | | $5,520.00 | $6,072.00 | $6,680.00 |
| Vehicle insurance | | $4,980.00 | $5,229.00 | $5,490.00 |
| **TOTAL** | | $453,578.24 | $555,671.24 | $557,890.24 |
| | | | | |
| Total Yearly Income | | $903,520.00 | $1,053,790.00 | $1,254,064.00 |
| Total Yearly Expenses | | $453,578.24 | $555,671.24 | $557,890.24 |
| Available for Debt Service | | $449,941.76 | $498,118.76 | $696,173.76 |