**DS Exhibit F - Resume of Dr. Tew**

# Bernard V. Tew
## 910 Aiken Rd.
## drtew@earthlink.net
## Versailles, Kentucky  40383
### *(859) 396-5540*

## Professional Experience

***BlueGrass Investment Management, L.L.C.***
*Lexington, Kentucky*
*2009-2014*
*Founder/CEO*

   Founded investment management company as 60% owner with $50 million in assets. Developed all LLC documents including operating agreement, organizational documents, ADV I and ADV II, compliance policies, investment policies and contracts. Developed and improved volatility based equity products for pension and arbitrage equity portfolio products. Developed complete investment strategy and managed all asset classes for pension clients. Asset classes include privately placed short-term  debt, privately placed long-term debt, industrial real estate purchases and sales, private equity, and exchange traded domestic equity. Developed all software products necessary to implement of the portfolio strategies.

## Portfolio Construction Specialist, Convergent Capital Management
*Chicago, Illinois*
*2009-2010*

  Designed and used proprietary risk model and portfolio optimization methods to construct portfolio positions for domestic large capitalization $2 B portfolios. This process includes using only those stocks selected by a large cap management team and includes their required specifications for sector and industry exposures in the portfolios. Results of these optimizations to date are an additional 5% of portfolio performance over and above accepted industry optimization procedures.

## Consultant, Barclays Global Investors
*San Francisco, California*
*2006-2008*

  Designed, implemented, and managed several quantitative equity hedge funds for Director New Strategies Group and Director Alpha Strategies of BGI using proprietary minimum variance orthogonal optimization technology with proprietary risk modeling. These functions included team formulation and functions, software design, and implementation. Strategies are high frequency and moderate frequency long-short market neutral. Funds trade US large capitalization stocks.

***New York Life Investment Management, L.L.C***
*New York, New York*
*2001-2005*
*Managing Director*

   Managed quantitative equity division of NYLIM using proprietary orthogonal optimization technology.  Founding member of Investment Management Committee overseeing $240 billion in AUM with 4 investment management divisions. Chair of Risk Committee.  Directed formation of first hedge product in the NYLIM Complex including product design, management, and software creation. Beginning with $2 million seed account from the parent grew AUM to more than $475million while maintaining all long only products, portfolios and clients. Hedge strategy client base included 55 high net worth and institutions. Long only AUM was $1.68 billion with client base including 950 high net worth and institutional clients in different products including US large capitalization, US small capitalization, US large value, and large capitalization EAFE. Daily and quarterly performance available on request including AIMR certification.

**QED Investments, L.L.C.**
*Lexington, Kentucky*
*1997-2001*
*Founder/CEO*

   Founded investment management company as 88% owner with $100 million in assets. Developed all LLC documents including operating agreement, organizational documents, ADV I and ADV II, compliance policies, investment policies and contracts. Developed and improved volatility based equity products for pension and arbitrage equity portfolio products. Portfolios included S&P500, MidCap, ADR, Large Growth, Large Value, and Technology. Maintained and extended audited, AIMR standard institutional records for more than 10 years. Client base included ERISA, high net worth, wrap accounts, and closed-end mutual funds. Managed all client relationships. Developed all software products necessary to implement the equity portfolio strategies. Developed and implemented marketing documents and strategy. Successfully guided firm through initial SEC examination. Negotiated sale of firm to New York Life Investment Management at the end of 2001 with $1.68 billion AUM.

**Weiss, Peck, & Greer, L.L.C.**
*Quantitative Equity Division*
*New York, New York*
*1991-1997*

*Managing Director/Principal / Director of Research/Portfolio Manager*

   Developed volatility based pension and arbitrage equity portfolio products designed to outperform the S&P500 industrial index, cash, and the RUSSELL2000 index using equities. Developed all technology and software products necessary to implement the equity portfolio strategies. Managed all client portfolios using on-line bi-annual optimization and daily portfolio volatility capture beginning with 1 client in 1992 with $35 million to 46 clients with assets exceeding $1.475 billion, of which $380 million was personally acquired. Designed, implemented, and maintained an asset/liability allocation system for a public pension fund with assets of $460 million.

**Eden Financial Corporation**
*Chicago, Illinois*
*1988 - 1991*
*Director of Research*

   Designed and developed volatility based pension and arbitrage equity portfolio products designed to outperform the S&P500 industrial index, the MMI index, and the OEX index in long stock and short stock format. Developed software products necessary to implement the equity portfolio strategies for PC-based trading and all transaction cost reduction algorithms.

**The Kingdom of Morocco**
*Morocco, Africa*
*1988 - 1990*
*Consultant*

   Developed and implemented portfolio based equilibrium model for commodity prices in two separate regions of the kingdom designed to efficiently set commodity prices. Trained local professionals to maintain and update models.

**University of Kentucky**
*Lexington, Kentucky*
*1985 - 1988*
*Assistant Professor, Department of Finance*

   Published 35 articles in academic and professional journals with primary emphasis in portfolio estimation efficiency in traditional and nontraditional markets. Successfully obtained and completed two research grants from private sources totaling $350,000.00. Consistently ranked in the top 10% of all instructors in the College.

***Colorado State University***
*Fort Collins, Colorado*
*1984-1985*
*Assistant Professor, Department of Economics and Finance*

Published 5 articles in academic and professional journals with primary emphasis in portfolio application in nontraditional markets. Ranked in the top 5% of all instructors in the College.

## Education

***University of Georgia***
Ph.D. – Applied Financial Economics – 1984

***Indiana University***
M.S.B.A. - Investments and Financial Management - 1978

***Purdue University***
B.S. - Economics and Finance - 1975

## List of Publications

Selected publications:

"Bayesian Portfolio Selection: An Empirical Analysis of the S&P500 Index 1970-1996." Nicholas G. Polson and Bernard V. Tew, *Journal of Business and Economic Statistics*; April 2000;18,2

"The Value of a Blank Check." Harry M. Markowitz, Donald W. Reid, and Bernard V. Tew, *Journal of Portfolio Management*, Summer 1994.

43 other publications, internal white papers, and book chapters furnished on request

Furnished on request.

## References

Furnished on request.