**DS Exhibit G - 2017 Financial Statements for Retirement Accounts**

**BAY CITY INDUSTRIAL PENSIONS GROUP TRUST**

**FINANCIAL STATEMENTS**
**(Compiled)**

**December 31, 2017**

**Ludwig, Blair & Bush, PLLC**
CERTIFIED PUBLIC ACCOUNTANTS

# CONTENTS

**Page**

**FINANCIAL STATEMENTS**

    **Independent Accountant's Compilation Report**       1
    **Balance Sheet**       2
    **Statement of Income**       3

# LUDWIG, BLAIR & BUSH, PLLC

## CERTIFIED PUBLIC ACCOUNTANTS

MEMBER: AMERICAN INSTITUTE OF CERTIFIED PUBLIC ACCOUNTANTS

PARIS • CARLISLE
Proctor W. Blair, CPA

WINCHESTER
Charles J. Ludwig, CPA
David G. Bush, CPA

P.O. Box 187 • 416 High Street
Paris, KY 40362-0187
(859) 987-5544
Fax (859) 987-6879
email: proctorblair@bellsouth.net

### INDEPENDENT ACCOUNTANT'S COMPILATION REPORT

Melissa Gayheart, Trustee
Lexington, Kentucky

We have compiled the accompanying balance sheet of Bay City Industrial Pensions Group Trust (a ROTH IRA) as of December 31, 2017, and the related statement of income for the six-month period then ended, in accordance with accounting principles generally accepted in the United States of America. We have performed a compilation engagement in accordance with Statements on Standards for Accounting and Review Services promulgated by the Accounting and Review Services Committee of the AICPA. We did not audit or review the financial statements nor were we required to perform any procedures to verify the accuracy or completeness of the information provided by management. Accordingly, we do not express an opinion, a conclusion, nor provide any form of assurance on these financial statements.

Management has elected to omit substantially all of the disclosures required by accounting principles generally accepted in the United States of America. If the omitted disclosures and statements of retained earnings and cash flows were included in the financial statements, they might influence the user's conclusions about the Company's financial position, results of operations, and cash flows. Accordingly, these financial statements are not designed for those who are not informed about such matters.

*Ludwig Blair & Bush PLLC*

Ludwig, Blair & Bush, PLLC

Paris, Kentucky
December 19, 2018

Bay City Industrial Pensions Group Trust
Balance Sheet
December 31, 2017

ASSETS

CURRENT ASSETS
Cash                                          $        14,167
Withholding receivable                                166,231

TOTAL ASSETS                                  $       180,398

LIABILITIES & OWNER'S EQUITY

LIABILITIES                                   $           --

OWNER'S EQUITY
Equity                                                180,398

TOTAL LIABILITIES & OWNER'S EQUITY            $       180,398

Bay City Industrial Pensions Group Trust

Statement of Income

For the Six-Month Period Ended December 31, 2017

REVENUES

| | | |
|---|---|---|
| Securities sold | $ | 533,096 |
| Dividends received | | 1,017,474 |
| Pension withholding | | 166,231 |
| | | 1,716,801 |

OPERATING EXPENSES

| | |
|---|---|
| Securities purchased | 548,694 |
| Dividends purchased | 1,046,730 |
| Interest | 602 |
| Commissions and fees | 5,770 |
| | 1,601,796 |

| | | |
|---|---|---|
| Net Income | $ | 115,005 |

# CRESCENT INDUSTRIAL PENSIONS GROUP TRUST

## FINANCIAL STATEMENTS
(Compiled)

### December 31, 2017

**Ludwig, Blair & Bush, PLLC**
CERTIFIED PUBLIC ACCOUNTANTS

# CONTENTS

**Page**

**FINANCIAL STATEMENTS**

| | |
|---|---|
| **Independent Accountant's Compilation Report** | 1 |
| **Balance Sheet** | 2 |
| **Statement of Income** | 3 |

# LUDWIG, BLAIR & BUSH, PLLC

## CERTIFIED PUBLIC ACCOUNTANTS

MEMBER: AMERICAN INSTITUTE OF CERTIFIED PUBLIC ACCOUNTANTS

PARIS • CARLISLE
Proctor W. Blair, CPA

WINCHESTER
Charles J. Ludwig, CPA
David G. Bush, CPA

P.O. Box 187 • 416 High Street
Paris, KY 40362-0187
(859) 987-5544
Fax (859) 987-6879
email: proctorblair@bellsouth.net

## INDEPENDENT ACCOUNTANT'S COMPILATION REPORT

Melissa Gayheart, Trustee
Lexington, Kentucky

We have compiled the accompanying balance sheet of Crescent Industrial Pensions Group Trust (a ROTH IRA) as of December 31, 2017, and the related statement of income for the six-month period then ended, in accordance with accounting principles generally accepted in the United States of America. We have performed a compilation engagement in accordance with Statements on Standards for Accounting and Review Services promulgated by the Accounting and Review Services Committee of the AICPA. We did not audit or review the financial statements nor were we required to perform any procedures to verify the accuracy or completeness of the information provided by management. Accordingly, we do not express an opinion, a conclusion, nor provide any form of assurance on these financial statements.

Management has elected to omit substantially all of the disclosures required by accounting principles generally accepted in the United States of America. If the omitted disclosures and statements of retained earnings and cash flows were included in the financial statements, they might influence the user's conclusions about the Company's financial position, results of operations, and cash flows. Accordingly, these financial statements are not designed for those who are not informed about such matters.

*Ludwig Blair & Bush PLLC*

Ludwig, Blair & Bush, PLLC

Paris, Kentucky
December 19, 2018

Crescent Industrial Pensions Group Trust
Balance Sheet
December 31, 2017

### ASSETS

| | | |
|---|---|---:|
| CURRENT ASSETS | | |
| Cash | $ | 18,785 |
| Withholding receivable | | 322,305 |
| TOTAL ASSETS | $ | 341,090 |

### LIABILITIES & OWNER'S EQUITY

| | | |
|---|---|---:|
| LIABILITIES | $ | -- |
| OWNER'S EQUITY | | |
| Equity | | 341,090 |
| TOTAL LIABILITIES & OWNER'S EQUITY | $ | 341,090 |

Crescent Industrial Pensions Group Trust
Statement of Income
For the Six-Month Period Ended December 31, 2017

| REVENUES | | |
|---|---|---|
| Securities sold | $ | 710,794 |
| Dividends received | | 1,356,632 |
| Pension withholding | | 221,641 |
| | | 2,289,067 |
| | | |
| OPERATING EXPENSES | | |
| Securities purchased | | 731,592 |
| Dividends purchased | | 1,395,759 |
| Interest | | 802 |
| Commissions and fees | | 7,678 |
| | | 2,135,831 |
| | | |
| Net Income | $ | 153,236 |

# CRESCENT TECHNOLOGY PENSIONS GROUP TRUST

## FINANCIAL STATEMENTS
### (Compiled)

### December 31, 2017

## Ludwig, Blair & Bush, PLLC
### CERTIFIED PUBLIC ACCOUNTANTS

# CONTENTS

**Page**

**FINANCIAL STATEMENTS**

|   |   |
|---|---|
| Independent Accountant's Compilation Report | 1 |
| Balance Sheet | 2 |
| Statement of Income | 3 |

# LUDWIG, BLAIR & BUSH, PLLC

## CERTIFIED PUBLIC ACCOUNTANTS

MEMBER: AMERICAN INSTITUTE OF CERTIFIED PUBLIC ACCOUNTANTS

PARIS • CARLISLE
Proctor W. Blair, CPA

WINCHESTER
Charles J. Ludwig, CPA
David G. Bush, CPA

P.O. Box 187 • 416 High Street
Paris, KY 40362-0187
(859) 987-5544
Fax (859) 987-6879
email: proctorblair@bellsouth.net

## INDEPENDENT ACCOUNTANT'S COMPILATION REPORT

Melissa Gayheart, Trustee
Lexington, Kentucky

We have compiled the accompanying balance sheet of Crescent Technology Pensions Group Trust (a ROTH IRA) as of December 31, 2017, and the related statement of income for the six-month period then ended, in accordance with accounting principles generally accepted in the United States of America. We have performed a compilation engagement in accordance with Statements on Standards for Accounting and Review Services promulgated by the Accounting and Review Services Committee of the AICPA. We did not audit or review the financial statements nor were we required to perform any procedures to verify the accuracy or completeness of the information provided by management. Accordingly, we do not express an opinion, a conclusion, nor provide any form of assurance on these financial statements.

Management has elected to omit substantially all of the disclosures required by accounting principles generally accepted in the United States of America. If the omitted disclosures and statements of retained earnings and cash flows were included in the financial statements, they might influence the user's conclusions about the Company's financial position, results of operations, and cash flows. Accordingly, these financial statements are not designed for those who are not informed about such matters.

*Ludwig Blair & Bush PLLC*

Ludwig, Blair & Bush, PLLC

Paris, Kentucky
December 19, 2018

Crescent Technology Pensions Group Trust
Balance Sheet
December 31, 2017


ASSETS

CURRENT ASSETS
  Cash                                                     $     18,785
  Withholding receivable                 221,642

        TOTAL ASSETS               $    240,427


LIABILITIES & OWNER'S EQUITY

LIABILITIES                               $       --

OWNER'S EQUITY
  Equity                                 240,427

        TOTAL LIABILITIES & OWNER'S EQUITY   $   240,427

Crescent Technology Pensions Group Trust
Statement of Income
For the Six-Month Period Ended December 31, 2017

REVENUES

| | | |
|---|---|---:|
| Securities sold | $ | 710,794 |
| Dividends received | | 1,356,632 |
| Pension withholding | | 221,642 |
| | | 2,289,068 |

OPERATING EXPENSES

| | |
|---|---:|
| Securities purchased | 731,592 |
| Dividends purchased | 1,395,760 |
| Interest | 802 |
| Commissions and fees | 7,678 |
| | 2,135,832 |

| | | |
|---|---|---:|
| Net Income | $ | 153,236 |

SUMMIT TECHNOLOGY PENSIONS GROUP TRUST

FINANCIAL STATEMENTS
(Compiled)

December 31, 2017

**Ludwig, Blair & Bush, PLLC**
CERTIFIED PUBLIC ACCOUNTANTS

# CONTENTS

                                                                              **Page**

**FINANCIAL STATEMENTS**

    **Independent Accountant's Compilation Report**          1
    **Balance Sheet**                                        2
    **Statement of Income**                                  3

# LUDWIG, BLAIR & BUSH, PLLC

## CERTIFIED PUBLIC ACCOUNTANTS

MEMBER: AMERICAN INSTITUTE OF CERTIFIED PUBLIC ACCOUNTANTS

PARIS • CARLISLE
Proctor W. Blair, CPA

WINCHESTER
Charles J. Ludwig, CPA
David G. Bush, CPA

P.O. Box 187 • 416 High Street
Paris, KY 40362-0187
(859) 987-5544
Fax (859) 987-6879
email: proctorblair@bellsouth.net

## INDEPENDENT ACCOUNTANT'S COMPILATION REPORT

Melissa Gayheart, Trustee
Lexington, Kentucky

We have compiled the accompanying balance sheet of Summit Technology Pensions Group Trust (a ROTH IRA) as of December 31, 2017, and the related statement of income for the six-month period then ended, in accordance with accounting principles generally accepted in the United States of America. We have performed a compilation engagement in accourdance with Statements on Standards for Accounting and Review Services promulgated by the Accounting and Review Services Committee of the AICPA. We did not audit or review the financial statements nor were we required to perform any procedures to verify the accuracy or completeness of the information provided by management. Accordingly, we do not express an opinion, a conclusion, nor provide any form of assurance on these financial statements.

Management has elected to omit substantially all of the disclosures required by accounting principles generally accepted in the United States of America. If the omitted disclosures and statements of retained earnings and cash flows were included in the financial statements, they might influence the user's conclusions about the Company's financial position, results of operations, and cash flows. Accordingly, these financial statements are not designed for those who are not informed about such matters.

*Ludwig Blair & Bush PLLC*

Ludwig, Blair & Bush, PLLC

Paris, Kentucky
December 19, 2018

Summit Technology Pensions Group Trust
Balance Sheet
December 31, 2017

### ASSETS

CURRENT ASSETS
  Cash         $      14,113
  Withholding receivable      166,231

        TOTAL ASSETS      $      180,344

### LIABILITIES & OWNER'S EQUITY

LIABILITIES      $      --

OWNER'S EQUITY
  Equity      180,344

        TOTAL LIABILITIES & OWNER'S EQUITY      $      180,344

-2-

Summit Technology Pensions Group Trust
Statement of Income
For the Six-Month Period Ended December 31, 2017

REVENUES

| | | |
|---|---|---:|
| Securities sold | $ | 533,096 |
| Dividends received | | 1,017,474 |
| Pension withholding | | 166,231 |
| | | 1,716,801 |

OPERATING EXPENSES

| | |
|---|---:|
| Securities purchased | 548,694 |
| Dividends purchased | 1,046,784 |
| Interest | 602 |
| Commissions and fees | 5,770 |
| | 1,601,850 |

| | | |
|---|---|---:|
| Net Income | $ | 114,951 |

**WINDY CITY INDUSTRIAL PENSIONS GROUP TRUST**

**FINANCIAL STATEMENTS**
**(Compiled)**

**December 31, 2017**

**Ludwig, Blair & Bush, PLLC**
CERTIFIED PUBLIC ACCOUNTANTS

# CONTENTS

**Page**

**FINANCIAL STATEMENTS**

| | |
|---|---|
| **Independent Accountant's Compilation Report** | 1 |
| **Balance Sheet** | 2 |
| **Statement of Income** | 3 |

**LUDWIG, BLAIR & BUSH, PLLC**

**CERTIFIED PUBLIC ACCOUNTANTS**

MEMBER: AMERICAN INSTITUTE OF CERTIFIED PUBLIC ACCOUNTANTS

PARIS • CARLISLE
Proctor W. Blair, CPA

WINCHESTER
Charles J. Ludwig, CPA
David G. Bush, CPA

P.O. Box 187 • 416 High Street
Paris, KY 40362-0187
(859) 987-5544
Fax (859) 987-6879
email: proctorblair@bellsouth.net

INDEPENDENT ACCOUNTANT'S COMPILATION REPORT

Melissa Gayheart, Trustee
Lexington, Kentucky

We have compiled the accompanying balance sheet of Windy City Industrial Pensions Group Trust (a ROTH IRA) as of December 31, 2017, and the related statement of income for the six-month period then ended, in accordance with accounting principles generally accepted in the United States of America. We have performed a compilation engagement in accordance with Statements on Standards for Accounting and Review Services promulgated by the Accounting and Review Services Committee of the AICPA. We did not audit or review the financial statements nor were we required to perform any procedures to verify the accuracy or completeness of the information provided by management. Accordingly, we do not express an opinion, a conclusion, nor provide any form of assurance on these financial statements.

Management has elected to omit substantially all of the disclosures required by accounting principles generally accepted in the United States of America. If the omitted disclosures and statements of retained earnings and cash flows were included in the financial statements, they might influence the user's conclusions about the Company's financial position, results of operations, and cash flows. Accordingly, these financial statements are not designed for those who are not informed about such matters.

*Ludwig Blair & Bush PLLC*

Ludwig, Blair & Bush, PLLC

Paris, Kentucky
December 19, 2018

Windy City Industrial Pensions Group Trust
Balance Sheet
December 31, 2017

### ASSETS

CURRENT ASSETS
   Cash                                                   $       9,404
   Withholding receivable                       110,821

            TOTAL ASSETS               $      120,225

### LIABILITIES & OWNER'S EQUITY

LIABILITIES                                     $      --

OWNER'S EQUITY
   Equity                                      120,225

        TOTAL LIABILITIES & OWNER'S EQUITY     $    120,225

Windy City Industrial Pensions Group Trust
Statement of Income
For the Six-Month Period Ended December 31, 2017

| | | |
|---|---|---:|
| **REVENUES** | | |
| Securities sold | $ | 355,397 |
| Dividends received | | 678,316 |
| Pension withholding | | 110,821 |
| | | 1,144,534 |
| **OPERATING EXPENSES** | | |
| Securities purchased | | 365,796 |
| Dividends purchased | | 697,855 |
| Interest | | 401 |
| Commissions and fees | | 3,852 |
| | | 1,067,904 |
| Net Income | $ | 76,630 |

# WINDY CITY TECHNOLOGIES PENSIONS GROUP TRUST

## FINANCIAL STATEMENTS
### (Compiled)

### December 31, 2017

## Ludwig, Blair & Bush, PLLC
### CERTIFIED PUBLIC ACCOUNTANTS

# CONTENTS

|                                                      | **Page** |
| ---------------------------------------------------- | -------- |
| **FINANCIAL STATEMENTS**                             |          |
| **Independent Accountant's Compilation Report**      | 1        |
| **Balance Sheet**                                    | 2        |
| **Statement of Income**                              | 3        |

**LUDWIG, BLAIR & BUSH, PLLC**

**CERTIFIED PUBLIC ACCOUNTANTS**

MEMBER: AMERICAN INSTITUTE OF CERTIFIED PUBLIC ACCOUNTANTS

PARIS • CARLISLE
Proctor W. Blair, CPA

WINCHESTER
Charles J. Ludwig, CPA
David G. Bush, CPA

P.O. Box 187 • 416 High Street
Paris, KY 40362-0187
(859) 987-5544
Fax (859) 987-6879
email: proctorblair@bellsouth.net

## INDEPENDENT ACCOUNTANT'S COMPILATION REPORT

Melissa Gayheart, Trustee
Lexington, Kentucky

We have compiled the accompanying balance sheet of Windy City Technologies Pensions Group Trust (a ROTH IRA) as of December 31, 2017, and the related statement of income for the year then ended, in accordance with accounting principles generally accepted in the United States of America. We have performed a compilation engagement in accordance with Statements on Standards for Accounting and Review Services promulgated by the Accounting and Review Services Committee of the AICPA. We did not audit or review the financial statements nor were we required to perform any procedures to verify the accuracy or completeness of the information provided by management. Accordingly, we do not express an opinion, a conclusion, nor provide any form of assurance on these financial statements.

Management has elected to omit substantially all of the disclosures required by accounting principles generally accepted in the United States of America. If the omitted disclosures and statements of retained earnings and cash flows were included in the financial statements, they might influence the user's conclusions about the Company's financial position, results of operations, and cash flows. Accordingly, these financial statements are not designed for those who are not informed about such matters.

*Ludwig Blair & Bush PLLC*

Ludwig, Blair & Bush, PLLC

Paris, Kentucky
December 19, 2018

Windy City Technologies Pensions Group Trust
Balance Sheet
December 31, 2017


ASSETS

CURRENT ASSETS
    Cash                                                                     $    (909,893)

| | | |
|---|---|---:|
| CURRENT ASSETS | | |
| Cash | $ | (909,893) |
| Withholding receivable | | 2,659,133 |
| TOTAL ASSETS | $ | 1,749,240 |

LIABILITIES & OWNER'S EQUITY

| | | |
|---|---|---:|
| LIABILITIES | $ | -- |
| OWNER'S EQUITY | | |
| Equity | | 1,749,240 |
| TOTAL LIABILITIES & OWNER'S EQUITY | $ | 1,749,240 |

Windy City Technologies Pensions Group Trust
Statement of Income
For the Year Ending December 31, 2017

| | | |
|---|---|---:|
| **REVENUES** | | |
| Securities sold | $ | 22,114,798 |
| Dividends received | | 15,446,509 |
| Pension withholding | | 2,659,133 |
| FX gain | | 1,273 |
| | | 40,221,713 |
| | | |
| **OPERATING EXPENSES** | | |
| Securities purchased | | 22,329,502 |
| Dividends purchased | | 16,994,141 |
| Interest | | 8,022 |
| Commissions and fees | | 95,238 |
| | | 39,426,903 |
| | | |
| Net Income | $ | 794,810 |