**DS Exhibit H -**
**Positive Performance Swap Agreement**

## TRANSACTION

## POSITIVE PERFORMANCE SWAP

Dear Sirs,

The purpose of this letter agreement (this **"Confirmation"**) is to confirm the terms and conditions of the Transaction entered into between Golden Isles Industrial Pensions Group Trust – (**"Party A"**) and Golden Isles Technology Pensions Group Trust (**"Party B"**) (each a "**Party**") on the Trade Date specified below (the **"Transaction"**).  This Confirmation constitutes a complete agreement.

This Confirmation supplements, forms part of, and is subject to this dated as of **MARCH 1, 2020** as amended and supplemented from time to time (the **"Agreement"**), between the Parties. All provisions contained in the Agreement govern this Confirmation except as expressly modified below.

The terms of the particular Transaction (the " **Positive Performance Swap**") to which this Confirmation relates are as follows:

**General Terms:**

| | |
|---|---|
| Trade Date | **MARCH 1, 2020** |
| Termination Date | The earlier of (i) **MARCH 1, 2022** or (ii) an Early Valuation Date, subject to adjustment in accordance with the Modified Following Business Day Convention. |
| Reference Account: | The custody account of Golden Isles Technology Pensions Group Trust ("**Reference Account Holder**") at **Community Trust Bank, Versailles, KY** number **4003629377.** |
| Reference Asset: | The assets held in the Reference Account plus any amounts receivable by the Reference Account Holder in respect of dividends paid or payable in respect of assets held in the Reference Account after the Strike Date and on or before the Termination Date.  For the avoidance of doubt, amounts receivable by the Reference Account Holder in respect of dividends will include any dividends payable (after the withholding or deduction of taxes at the source by or on behalf of any applicable |

1

| | |
|---|---|
| | authority having power to tax in respect of such dividend). |
| Reference Asset Value | The value of the Reference Assets excluding the Total Premium paid or the Premium Payment Amount payable under this Transaction as determined by the Calculation Agent at the Valuation Time. |
| Initial Reference Asset Value | The Reference Asset Value on the Strike Date and the Business Day following each Valuation Date. |
| Strike Date: | **MARCH 1, 2020**, subject to adjustment in accordance with the Modified Following Business Day Convention and thereafter the Valuation Date immediately preceding the relevant Valuation Date. |
| Final Reference Asset Value | The Reference Asset Value on the relevant Valuation Date. |
| Exchange: | The relevant Exchange for each traded security in the Reference Account. |
| Total Premium: | **$2,000 USD** |
| Premium Payment Date: | **Strike Date** |
| Premium Payment: | Party B shall pay the Total Premium into the Reference Account on the Premium Payment Date. |
| Premium Repayment Amount: | In respect of the Termination Date, Party A shall pay Party B, |

    (i)    TP, if $F \leq 0$

        Or

    (ii)    TP, if $F \geq 0$

Where:

TP = The Total Premium paid hereunder

F = The Final Reference Asset Value

2

**Equity Amounts Payable by Party A to Party B:**

| | |
|---|---|
| Party A Equity Amount: | In respect of each Valuation Date, the greater of: |
| | (i)  TP x [(**15% X N/360**)] |
| | or |
| | (ii) TP x [(RP**% X N/360**)] |
| | but not more than: |
| | (iii) $50,000 |
| | Where: |
| | I =  The Initial Reference Asset Value |
| | F =  The Final Reference Asset Value |
| | TP = The Total Premium paid hereunder |
| | RP = The Total Realized Percentage Return greater than 15% but less than 15%; and |
| | N = The number of calendar days in the period beginning on the day following the previous Valuation Date to and including the Valuation Date for the current period. |
| Valuation Date: | The last Business Day of each calendar month following the Trade Date and to and including the Termination Date. |
| Valuation Time: | In respect of each Reference Asset, the Scheduled Closing Time on the relevant Exchange. |

**Settlement Terms:**

| | |
|---|---|
| Cash Settlement: | Applicable.  Party A will pay the Party A Equity Amount to Party B on each Cash Settlement Payment Date. PARTIAL REDEMPTION OF EQUITY WILL BE MADE ON THE LAST DAY OF EACH CALANDER QUARTER AFTER THE FIRST SIX MONTHS. |
| Settlement Currency: | USD |

3

| | |
|---|---|
| Cash Settlement Payment Date: | 5 Business Days after the relevant Valuation Date provided that where any part of the Reference Asset comprises amounts receivable by the Reference Account Holder from third parties, such amounts shall be payable 5 Business Days after receipt of such amounts. |
| Premium Payment Date: | 5 Business Days after the Termination Date provided that where any part of the Reference Asset comprises amounts receivable by the Reference Account Holder from third parties, such amounts shall be payable 5 Business Days after receipt of such amounts. |
| Business Days: | New York, NY. |

**Adjustments:**

| | |
|---|---|
| Method of Adjustment: | Calculation Agent Adjustment. |

**Extraordinary Events:**

| | |
|---|---|
| Merger Events: | Not Applicable. |

**Consequences of Merger Events:**

| | |
|---|---|
| Share-for-Share: | Modified Calculation Agent Adjustment. |
| Share-for-Other: | Modified Calculation Agent Adjustment. |
| Share-for-Combined: | Modified Calculation Agent Adjustment. |
| Determining Party: | Calculation Agent. |
| Tender Offer: | Applicable. |

**Consequences of Tender Offer:**

| | |
|---|---|
| Share-for-Share: | Modified Calculation Agent Adjustment. |
| Share-for-Other: | Modified Calculation Agent Adjustment. |
| Share-for-Combined: | Modified Calculation Agent Adjustment. |
| Determining Party: | Calculation Agent. |

4

| | |
|---|---|
| **Composition of Combined Consideration:** | |
| | Not Applicable. |
| **Nationalisation, Insolvency or Delisting:** | Negotiated Close-out. |
| **Additional Disruption Events:** | |
| Change in Law: | Not Applicable. |
| Failure to Deliver: | Not Applicable. |
| Insolvency Filing: | Not Applicable. |
| Hedging Disruption: | Not Applicable. |
| Increased Cost of Hedging: | Not Applicable. |
| Loss of Stock Borrow: | Not Applicable. |
| Increased Cost of Stock Borrow: | Not Applicable. |
| Determining Party: | Calculation Agent. |
| **Calculation Agent:** | **Community Trust Bank, Versailles, KY.** Each calculation and determination shall be subject to the review and concurrence of Party B. If the Calculation Agent does not perform the duties and obligations of the Calculation Agent hereunder, Party B shall serve as Calculation Agent. |

**Early Termination:**

Provided that no Event of Default has occurred and is continuing until 18 months after the Strike Date:

The Termination Notice must specify:

    (A)    that the Transaction is to be terminated; and

    (B)    the Early Valuation Date.

Failure to provide written confirmation will affect the validity of the telephonic notice.

If a Termination Notice is provided pursuant to this Confirmation, in respect of the Transaction terminated:

    (A)    the Valuation Date will be the Early Valuation Date;

(B)   the Cash Settlement Payment Date and the Termination Date shall be determined in accordance with the terms herein; and

(C)   the obligations of the Parties to make any further payments under the Transaction (except payments that are due but unpaid as of the Termination Date and payments required to be made pursuant to this paragraph) on or after the Termination Date will cease.

| | |
|---|---|
| Additional Termination Events | The occurrence of any of the following shall constitute an Additional Termination Event with respect to the Transaction with Party A being the sole Affected Party: (i) if at any time any assets are withdrawn from the Reference Account other than to fund Golden Isles Industrial Pensions Group Trust; <br><br>(ii) if at any time either Party is notified regarding a failure to meet its obligations under this Agreement and that failure is not rectified within 2 Business Days; and |
| Governing Law | State of Kentucky. |

ACCEPTED AND AGREED:

**GOLDEN ISLES INSUSTRIAL PENSIONS GROUP TRUST**

By: *Andrea B Tew*

Andrea B. Tew

Title: POA

Date: March 1, 2020

**GOLDEN ISLES TECHNOLOGY PENSIONS GROUP TRUST**

By: *Andrea B Tew*

Andrea B. Tew

Title: POA

Date: March 1, 2020

6