## DS Exhibit I - ADR Arbitrage Funds Flow Diagram



*On trade date (**not shown**): Buy Ordinary shares and sell same quantity of corresponding ADRS at a premium simultaneously in the market.* **1)** On settlement date (T+2) deliver Euro Cash and receive Ordinary shares resulting from the "BUY" transaction; **2)** Deliver to Depot the Ordinary shares free of payment (FOP) for cancellation to issue corresponding ADRs; **3)** Depot delivers ADRs free of payment (FOP) via DTC into clearing account; **4)** Deliver those same ADRs received from the Depot to satisfy delivery obligation resulting from the ADR "SELL" transaction and receive USD cash equal to Euro cash sent out this morning; (**now broker is flat cash and securities; net position is "0"**) and **5)** End of month; Depot is billed/invoiced for creations of ADRs or Depot applies discounted charge to broker for cancellations/creations. Premium will be **>** Depot charge.