## DS Exhibit J - Test Trades

## LEGEND FOR TEST TRADE DATA

"Unsponsored" ADR's are not sponsored by an investment bank.

"Creation Credit" is a fee paid by an investment bank in US dollars to the creator of an unsponsored ADR.

"Sponsored Buys" refers to ADR's sponsored by an investment bank which is not in market equilibrium.

"Cancel Fee" is a payment offered by an investment bank to bring a sponsored ADR into market equilibrium.

"Sponsored Sells" refers to ADR's sponsored by investment bank which is not in market equilibrium.

"Creation Fee" is a payment offered by an investment bank to bring a sponsored ADR into market equilibrium.

"Trade Date" is the date of the trade transactions being made.

"Currency" designates which currency of the trade, all of which have been stated in US dollars.

"Arb Spread" is the difference in price between the European ORD market and the American ADR market.

"Row Labels" reflect the stock ticker symbol and trade spread for each stock.

"Sum of Pairs" identifies if both markets are out of equilibrium.

"Sum of Creations/Cancels" lists the number of ADR's that are created or cancelled.

"Sum of Imbalance" shows imbalances remaining in the market after trades are completed.

"Sum of Cap Usage" is the total amount of money used for each pair of transactions.

"Sum of Net P&L" is the total profit and loss for each pair of transactions.

| **UNSPONSORED** | | | **CREATION CREDIT** | | |
|---|---|---|---|---|---|
| TradeDate | 01.15.2021 | | | 0.05 | |
| Currency | (All) | | | | |
| ArbSpread | (Multiple Items) | | | | |

| Row Labels | Sum of Pairs | Sum of Creations | Sum of Total Imbalance | Sum of Cap Usage | Sum of Net P&L |
|---|---|---|---|---|---|
| AMKBY / MAERSKB DC -0.02 | 1 | 20918 | 1 | $504,892 | $2,480 |
| ATDRY / AUTO LN -0.02 | 1 | 18912 | - | $72,831 | $1,112 |
| CAIXY / CABK SM -0.02 | 1 | 13100 | 1 | $23,694 | $604 |
| TUIB GR/TUI1 GR | 1 | 10000 | - | $79,761 | $9,411 |
| CODYY / SGO FP -0.02 | 1 | 8600 | - | $180,367 | $367 |
| TUIFY / TUI1 GR -0.02 | 1 | 6600 | - | $43,697 | $8,377 |
| BDRFY / BEI GR -0.02 | 1 | 5200 | - | $231,087 | $306 |
| LVMUY / MC FP -0.02 | 1 | 2068 | 1 | $496,140 | $605 |
| ARGGD / AML LN -0.02 | 1 | 1713 | - | $74,593 | $137 |
| DSDVY / DSV DC -0.02 | 1 | 118 | - | $18,874 | $12 |
| AIQUY / AI FP -0.02 | 1 | 100 | - | $6,393 | $4 |
| LRLCY / OR FP -0.02 | 1 | 100 | - | $14,331 | $8 |
| **Grand Total** | **12** | **87429** | **3** | **$1,746,662** | **$23,423** |

| **SPONSORED BUYS** | | | **CANCEL FEE** | | |
|---|---|---|---|---|---|
| TradeDate | 01.15.2021 | | 0.02 | | |
| Currency | (All) | | | | |
| ArbSpread | 0.05 | | | | |

| Row Labels | Sum of Pairs | Sum of Imbalance | Sum of Cancels | Sum of Cap Usage | Sum of Net P&L |
|---|---|---|---|---|---|
| AZN / AZN LN Buy 0.05 | 1 | 1 | 300,293 | $30,867,737 | $21,339 |
| CS / CSGN SW Buy 0.05 | 1 | 0 | 18,200 | $508,548 | $712 |
| TOT / FP Buy 0.05 | 1 | 0 | 8,900 | $797,866 | $542 |
| SAP / SAP GR Buy 0.05 | 1 | 0 | 1,613 | $404,386 | $52 |
| FMX / FEMSAUBD MM Buy 0.05 | 1 | 0 | 600 | $90,938 | -$16 |
| ERIC / ERICB SS Buy 0.05 | 1 | 0 | 501 | $11,745 | $12 |
| BBVA / BBVA SM Buy 0.05 | 1 | 0 | 500 | $4,993 | $33 |
| SNY / SAN FP Buy 0.05 | 1 | 0 | 200 | $19,782 | $22 |
| **Grand Total** | **8** | **1** | **330,807** | **$32,705,995** | **$22,696** |

| SPONSORED SELLS | | | CREATION FEE | | |
|---|---|---|---|---|---|
| TradeDate | 01.15.2021 | | | 0.02 | |
| Currency | (All) | | | | |
| ArbSpread | 0.05 | | | | |

| Row Labels | Sum of Pairs | Sum of Imbalance | Sum of Creations | Sum of Cap Usage | Sum of Net P&L |
|---|---|---|---|---|---|
| RYCEY / RR LN Sell 0.05 | 1 | - | 535,500 | $1,574,482 | $23,208 |
| RDS/A / RDSA LN Sell 0.05 | 1 | 200 | 403,400 | $32,421,818 | $127,781 |
| GSK / GSK LN Sell 0.05 | 1 | 140 | 278,100 | $21,312,351 | $42,189 |
| VOD / VOD LN Sell 0.05 | 1 | 700 | 234,858 | $8,104,588 | $12,666 |
| SAP / SAP GR Sell 0.05 | 1 | - | 95,142 | $23,829,194 | $11,169 |
| TEF / TEF SM Sell 0.05 | 1 | - | 55,834 | $508,030 | $1,894 |
| SNY / SAN FP Sell 0.05 | 1 | - | 24,744 | $2,428,664 | $1,393 |
| ORAN / ORA FP Sell 0.05 | 1 | - | 10,414 | $245,626 | $407 |
| WMMVY / WALMEX* MM Sell 0.05 | 1 | 1 | 9,239 | $605,627 | $583 |
| FMX / FEMSAUBD MM Sell 0.05 | 1 | 1,375 | 7,934 | $1,191,011 | $10,823 |
| SAN / SAN SM Sell 0.05 | 1 | - | 800 | $5,161 | $87 |
| BSMX / BSMXB MM Sell 0.05 | 1 | - | 600 | $6,488 | $16 |
| BNPQY / BNP FP Sell 0.05 | 1 | - | 526 | $28,477 | $32 |
| **Grand Total** | **13** | **2,416** | **1,657,091** | **$92,261,514** | **$232,249** |

**UNSPONSORED**  **CREATION CREDIT**

| | | | | | |
|---|---|---|---|---|---|
| TradeDate | 01.19.2021 | | | 0.05 | |
| Currency | (All) | | | | |
| ArbSpread | (Multiple Items) | | | | |

| Row Labels | Sum of Pairs | Sum of Creations | Sum of Imbalance | Sum of Cap Usage | Sum of Net P&L |
|---|---|---|---|---|---|
| BDRFY / BEI GR -0.02 | 1 | 43,216 | - | $1,937,135 | $2,133 |
| ATDRY / AUTO LN -0.02 | 1 | 17,600 | - | $67,510 | $1,306 |
| CAIXY / CABK SM -0.02 | 1 | 12,600 | - | $22,301 | $550 |
| AMKBY / MAERSKB DC -0.02 | 1 | 11,545 | 1 | $282,220 | $2,274 |
| CODYY / SGO FP -0.02 | 1 | 10,600 | - | $219,871 | $394 |
| TUIFY / TUI1 GR -0.02 | 1 | 3,400 | - | $22,444 | $4,110 |
| LVMUY / MC FP -0.02 | 1 | 2,156 | - | $513,098 | $349 |
| ARGGD / AML LN -0.02 | 1 | 915 | - | $42,981 | $65 |
| AMADY / AMS SM -0.02 | 1 | 227 | - | $30,585 | $22 |
| GVDNY / GIVN SW -0.02 | 1 | 223 | - | $33,913 | $1,863 |
| AIQUY / AI FP -0.02 | 1 | 200 | - | $12,895 | $11 |
| LRLCY / OR FP -0.02 | 1 | 100 | - | $14,426 | $9 |
| **Grand Total** | **12** | **102,782** | **1** | **$3,199,378** | **$13,086** |

**SPONSORED BUYS**

**CANCEL FEE**

| TradeDate | 01.19.2021 |
|---|---|
| Currency | (All) |
| ArbSpread | 0.05 |

0.02

| Row Labels | Sum of Pairs | Sum of Imbalance | Sum of Cancels | Sum of Cap Usage | Sum of Net P&L |
|---|---|---|---|---|---|
| TOT / FP Buy 0.05 | 1 | 0 | 12,900 | $1,160,499 | $823 |
| CS / CSGN SW Buy 0.05 | 1 | 0 | 3,631 | $99,470 | $131 |
| FMX / FEMSAUBD MM Buy 0.05 | 1 | 8 | 2,172 | $328,350 | $413 |
| TV / TLEVICPO MM Buy 0.05 | 1 | 0 | 500 | $8,611 | $1 |
| SAP / SAP GR Buy 0.05 | 1 | 0 | 51 | $12,824 | $6 |
| **Grand Total** | **5** | **8** | **19,254** | **$1,609,753** | **$1,374** |

**SPONSORED SELLS**                                      **CREATION FEE**

| | | |
|---|---|---|
| TradeDate | 01.19.2021 | 0.02 |
| Currency | (All) | |
| ArbSpread | 0.05 | |

| Row Labels | Sum of Pairs | Sum of Imbalance | Sum of Creations | Sum of Cap Usage | Sum of Net P&L |
|---|---|---|---|---|---|
| RYCEY / RR LN Sell 0.05 | 1 | - | 1,520,000 | $4,460,494 | $79,315 |
| VOD / VOD LN Sell 0.05 | 1 | - | 271,400 | $9,359,286 | $17,252 |
| FMX / FEMSAUBD MM Sell 0.05 | 1 | - | 17,000 | $2,543,356 | $1,180 |
| SAP / SAP GR Sell 0.05 | 1 | - | 14,656 | $3,695,879 | $1,852 |
| BBVA / BBVA SM Sell 0.05 | 1 | - | 8,700 | $84,336 | $576 |
| WMMVY / WALMEX* MM Sell 0.05 | 1 | - | 5,200 | $344,660 | $280 |
| SNY / SAN FP Sell 0.05 | 1 | - | 1,510 | $152,546 | $84 |
| TEF / TEF SM Sell 0.05 | 1 | - | 500 | $4,567 | $17 |
| **Grand Total** | **8** | **-** | **1,838,966** | **$20,645,123** | **$100,557** |

**UNSPONSORED**  **CREATION CREDIT**

| | | | | |
|---|---|---|---|---|
| TradeDate | 01.20.2021 | | 0.05 | |
| Currency | (All) | | | |
| ArbSpread | -0.02 | | | |

| Row Labels | Sum of Pairs | Sum of Creations | Sum of Imbalance | Sum of Cap Usage | Sum of Net P&L |
|---|---|---|---|---|---|
| CAIXY / CABK SM -0.02 | 1 | 48,200 | 1 | $82,564 | $2,015 |
| ATDRY / AUTO LN -0.02 | 1 | 9,700 | - | $37,374 | $553 |
| CODYY / SGO FP -0.02 | 1 | 9,600 | - | $200,955 | $357 |
| BDRFY / BEI GR -0.02 | 1 | 5,100 | - | $225,932 | $253 |
| TUIFY / TUI1 GR -0.02 | 1 | 4,800 | - | $31,974 | $5,068 |
| AMKBY / MAERSKB DC -0.02 | 1 | 3,326 | 1 | $80,288 | $1,680 |
| AIQUY / AI FP -0.02 | 1 | 1,344 | 1 | $85,146 | $251 |
| LVMUY / MC FP -0.02 | 1 | 1,134 | 1 | $276,467 | $617 |
| AMADY / AMS SM -0.02 | 1 | 790 | - | $108,166 | $94 |
| GVDNY / GIVN SW -0.02 | 1 | 483 | 1 | $74,355 | $2,604 |
| LZAGY / LONN SW -0.02 | 1 | 309 | 1 | $40,576 | $619 |
| SBGSY / SU FP -0.02 | 1 | 267 | - | $15,814 | $102 |
| PDRDY / RI FP -0.02 | 1 | 200 | - | $14,912 | $12 |
| DSDVY / DSV DC -0.02 | 1 | 22 | - | $3,537 | $1 |
| **Grand Total** | **14** | **85,275** | **6** | **$1,278,060** | **$14,224** |

## SPONSORED BUYS

## CANCEL FEE

| | |
|---|---|
| TradeDate | 01.20.2021 |
| Currency | (All) |
| ArbSpread | 0.05 |

0.02

| Row Labels | Sum of Pairs | Sum of Imbalance | Sum of Cancels | Sum of Cap Usage | Sum of Net P&L |
|---|---|---|---|---|---|
| TOT / FP Buy 0.05 | 1 | 0 | 14,600 | $1,319,730 | $871 |
| CS / CSGN SW Buy 0.05 | 1 | 0 | 12,800 | $354,791 | $528 |
| SAP / SAP GR Buy 0.05 | 1 | 0 | 9,800 | $2,488,551 | $1,376 |
| FMX / FEMSAUBD MM Buy 0.05 | 1 | 9 | 1,101 | $164,800 | $742 |
| CX / CEMEXCPO MM Buy 0.05 | 1 | 20 | 312 | $4,220 | $43 |
| **Grand Total** | **5** | **29** | **38,613** | **$4,332,092** | **$3,560** |

**SPONSORED SELLS**                     **CREATION FEE**

| TradeDate | 01.20.2021 | | 0.02 |
| Currency | (All) | | |
| ArbSpread | 0.05 | | |

| Row Labels | Sum of Pairs | Sum of Imbalance | Sum of Creations | Sum of Cap Usage | Sum of Net P&L |
| --- | --- | --- | --- | --- | --- |
| RYCEY / RR LN Sell 0.05 | 1 | - | 760,300 | $2,278,614 | $32,589 |
| VOD / VOD LN Sell 0.05 | 1 | 1,148 | 265,295 | $9,198,601 | $18,600 |
| SAP / SAP GR Sell 0.05 | 1 | 500 | 77,424 | $19,605,087 | $73,139 |
| WMMVY / WALMEX* MM Sell 0.05 | 1 | - | 18,800 | $1,199,387 | $998 |
| SNY / SAN FP Sell 0.05 | 1 | 1 | 15,957 | $1,590,532 | $970 |
| SAN / SAN SM Sell 0.05 | 1 | - | 10,475 | $67,241 | $428 |
| FMX / FEMSAUBD MM Sell 0.05 | 1 | - | 10,400 | $1,546,741 | $476 |
| **Grand Total** | **7** | **1,649** | **1,158,651** | **$35,486,203** | **$127,200** |