

**Community Trust Bank, Inc.**
P.O. Box 2947 • Pikeville, KY 41502-2947
Telephone: 800-282-7762

**Statement of Account**
Last statement: January 31, 2021
This statement: February 28, 2021

9377    Page 1 of 1

Temp-Return Service Requested

Direct inquiries to:
859-313-5425

Community Trust Bank, Inc.
185 Pasadena Dr Ste 100
Lexington KY 40503-2971

002553 0.4500 AV 0.398    TR00008
GOLDEN ISLES TECH PENSIONS GROUP TRUST
ANDREA B TEW TRUSTEE
910 AIKEN RD
VERSAILLES KY 40383-9708

## Summary of Account Balance

| Account | Number | Ending Balance |
|---|---|---|
| TRUST CHECKING | 9377 | $2,690.00 |

**TRUST CHECKING    9377**

| Date | Description | Additions | Subtractions | Balance |
|---|---|---|---|---|
| 01-31 | Beginning balance | | | $200.00 |
| 02-26 | #Deposit | 2,500.00 | | 2,700.00 |
| 02-28 | #Maintenance Fee  MTH SERVICE FEE | | -10.00 | 2,690.00 |
| 02-28 | Ending totals | 2,500.00 | -10.00 | $2,690.00 |