UNITED STATES BANKRUPTCY COURT
EASTERN DIVISION OF KENTUCKY
LEXINGTON DIVISION

IN RE:

BERNARD V. TEW
ANDREA B. TEW

    DEBTORS

CASE NO. 20-51078
CHAPTER 11

## AMENDMENT TO SCHEDULES F & H

Come Bernard V. Tew and Andrew B. Tew (the "Debtors"), by counsel, and state that due to inadvertence and error, an amendment to their Schedules [ECF No. 40] previously filed herein is necessary, to-wit:

**Amendment to Schedule F – Unsecured Creditors:**

**SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ADD**: | | | | | | | |
| Commodore 42, LLC<br>10205 Collins Ave., Ste. 1407<br>Bal Harbour, FL 33154 | X | H | 2/5/2019 Swap Agreement | X | X | X | Unknown |
| The Entrust Group, LLC Custodian FBO Coby Devary IRA<br>555 12th St., Ste. 1250<br>Oakland, CA 94607 | X | H | 6/23/2017 Adoption Agreement | X | X | X | Unknown |
| Coby Devary<br>1120 Chetford Dr.<br>Lexington, KY 40509 | X | H | 6/23/2017 Adoption Agreement | X | X | X | Unknown |
| Autoparts Pension Group Trust<br>Address Unknown | | H | Potential indemnity or other claims | X | X | X | Unknown |

| Creditor | | | | | |
|---|---|---|---|---|---|
| Castings Pension Group Trust<br>Address Unknown | H | Potential indemnity or other claims | X X X | Unknown |
| Central Technologies PGT<br>Address Unknown | H | Potential indemnity or other claims | X X X | Unknown |
| Bluegrass Retirement Grp Trust<br>910 Aiken Rd.<br>Versailles, KY 40383 | H | Potential indemnity or other claims | X X X | Unknown |
| Bluegrass Investmt. Mgmt. LLC<br>910 Aiken Rd.<br>Versailles, KY 40383 | H | Potential indemnity or other claims | X X X | Unknown |
| Bluegrass Investmt. Mgmt. LLC Retirement Plan<br>910 Aiken Rd.<br>Versailles, KY 40383 | H | Potential indemnity or other claims | X X X | Unknown |
| SV Holdings LLC Retirement Plan<br>910 Aiken Rd.<br>Versailles, KY 40383 | H | Potential indemnity or other claims | X X X | Unknown |
| Tew Enterp. LLC Retirement Plan<br>910 Aiken Rd.<br>Versailles, KY 40383 | H | Potential indemnity or other claims | X X X | Unknown |
| Tew LP Retirement Plan<br>910 Aiken Rd.<br>Versailles, KY 40383 | H | Potential indemnity or other claims | X X X | Unknown |
| JSH Farms LLC 401(k) Plan<br>Address unknown | H | Potential indemnity or other claims | X X X | Unknown |
| SRH Farms LLC 401(k) Plan<br>Address unknown | H | Potential indemnity or other claims | X X X | Unknown |
| KRH Farms LLC 401(k) Plan<br>Address unknown | H | Potential indemnity or other claims | X X X | Unknown |
| MGH Farms LLC 401(k) Plan<br>Address unknown | H | Potential indemnity or other claims | X X X | Unknown |
| MSJJ Retirement Group Trust<br>Address unknown | H | Potential indemnity or other claims | X X X | Unknown |
| Triton Farms LLC 401(k) Plan<br>Address unknown | H | Potential indemnity or other claims | X X X | Unknown |
| Highland Farms RetirementPlan<br>Address unknown | H | Potential indemnity or other claims | X X X | Unknown |
| George Hofmeister<br>2400 S. Ocean Dr.. Apt. 8192<br>Fort Pierce, FL 34949-7962 | H | Potential indemnity or other claims | X X X | Unknown |
| Bay City Industrial PGT<br>Address unknown | H | Potential indemnity or other claims | X X X | Unknown |
| Crescent Industrial PGT<br>Address Unknown | H | Potential indemnity or other claims | X X X | Unknown |

| | | | | | | |
|---|---|---|---|---|---|---|
| Crescent Technology PGT<br>Address unknown | H | Potential indemnity or other claims | X | X | X | Unknown |
| Summit Technology PGT<br>Address unknown | H | Potential indemnity or other claims | X | X | X | Unknown |
| Windy City Industrial PGT<br>Address Unknown | H | Potential indemnity or other claims | X | X | X | Unknown |
| Windy City Technologies PGT<br>Address Unknown | H | Potential indemnity or other claims | X | X | X | Unknown |
| ED&F Man Capital Markets<br>c/o Rosenblatt<br>9-13 St. Andrew Street<br>London EC4A 3AF<br>United Kingdom | H | Potential dividend tax recovery or other claims | X | X | X | Unknown |

Upon information and belief, the pension group trusts and retirement plans identified above are all closed, dormant and have no trustee. The Debtors will propose an alternate method for providing them with notice in their case.

### SCHEDULE H -- CODEBTORS

| Name and Address of Codebtor | Name and Address of Creditor |
|---|---|
| **ADD**: | |
| Crescent Industrial PGT<br>Address unknown | Commodore 42, LLC<br>10205 Collins Ave., Ste. 1407<br>Bal Harbour, FL 33154 |
| Crescent Technology PGT<br>Address unknown | The Entrust Group, LLC<br>Custodian FBO Coby Devary IRA<br>555 12th St., Ste. 1250<br>Oakland, CA 94607 |
| Crescent Technology PGT<br>Address unknown | Coby Devary<br>1120 Chetford Dr.<br>Lexington, KY 40509 |

3

We, Bernard V. Tew and Andrea B. Tew, the Debtors named in the foregoing Amendments, certify under penalty of perjury that the foregoing is true and correct to the best of our knowledge and belief.

Dated: April 2, 2021.

/s/ Bernard V. Tew
Bernard V. Tew


/s/ Andrea B. Tew
Andrea B. Tew


Respectfully submitted,

DELCOTTO LAW GROUP PLLC

/s/ Dean A. Langdon, Esq.
KY Bar No. 40104
200 North Upper Street
Lexington, KY 40507
Telephone: (859) 231-5800
Facsimile: (859) 281-1179
dlangdon@dlgfirm.com
COUNSEL FOR DEBTORS


**CERTIFICATE OF SERVICE**

In addition to the parties who will be served electronically by the Court's ECF System, the undersigned certifies that a true and accurate copy of the foregoing was served by first-class U.S. mail, postage prepaid, along with a copy of the Notice of Chapter 11 Meeting of Creditors [ECF No. 19], on April 2, 2021, upon the following:

Commodore 42, LLC
10205 Collins Ave., Ste. 1407
Bal Harbour, FL 33154

Coby Devary
1120 Chetford Dr.
Lexington, KY 40509

The Entrust Group, LLC
Custodian FBO Coby Devary IRA
555 12th St., Ste. 1250
Oakland, CA 94607

Bluegrass Retirement Grp Trust
910 Aiken Rd.
Versailles, KY 40383

4

Bluegrass Investmt. Mgmt. LLC
910 Aiken Rd.
Versailles, KY 40383

Bluegrass Investmt. Mgmt. LLC
Retirement Plan
910 Aiken Rd.
Versailles, KY 40383

SV Holdings LLC Retirement Plan
910 Aiken Rd.
Versailles, KY 40383

Tew Enterp. LLC Retirement Plan
910 Aiken Rd.
Versailles, KY 40383

Tew LP Retirement Plan
910 Aiken Rd.
Versailles, KY 40383

George Hofmeister
2400 S. Ocean Dr.. Apt. 8192
Fort Pierce, FL 34949-7962

ED&F Man Capital Markets
c/o Rosenblatt
9-13 St. Andrew Street
London EC4A 3AF
United Kingdom


/s/ Dean A. Langdon, Esq.
COUNSEL FOR DEBTORS


/Pleadings/Amend Sched F +H 20210402.doc

Commodore 42, LLC
10205 Collins Ave., Ste. 1407
Bal Harbour, FL 33154

The Entrust Group, LLC
Custodian FBO Coby Devary IRA
555 12th St., Ste. 1250
Oakland, CA 94607

Coby Devary
1120 Chetford Dr.
Lexington, KY 40509

Autoparts Pension Group Trust
Address Unknown

Castings Pension Group Trust
Address Unknown

Central Technologies PGT
Address Unknown

Bluegrass Retirement Grp Trust
910 Aiken Rd.
Versailles, KY 40383

Bluegrass Investmt. Mgmt. LLC
910 Aiken Rd.
Versailles, KY 40383

Bluegrass Investmt. Mgmt. LLC
Retirement Plan
910 Aiken Rd.
Versailles, KY 40383

SV Holdings LLC Retirement Plan
910 Aiken Rd.
Versailles, KY 40383

Tew Enterp. LLC Retirement Plan
910 Aiken Rd.
Versailles, KY 40383

Tew LP Retirement Plan
910 Aiken Rd.
Versailles, KY 40383

JSH Farms LLC 401(k) Plan
Address unknown

SRH Farms LLC 401(k) Plan
Address unknown

KRH Farms LLC 401(k) Plan
Address unknown

MGH Farms LLC 401(k) Plan
Address unknown

MSJJ Retirement Group Trust
Address unknown

Triton Farms LLC 401(k) Plan
Address unknown

Highland Farms RetirementPlan
Address unknown

George Hofmeister
2400 S. Ocean Dr.. Apt. 8192
Fort Pierce, FL 34949-7962

Bay City Industrial PGT
Address unknown

Crescent Industrial PGT
Address Unknown

Crescent Technology PGT
Address unknown

Summit Technology PGT
Address unknown

Windy City Industrial PGT
Address Unknown

Windy City Technologies PGT
Address Unknown

ED&F Man Capital Markets
c/o Rosenblatt
9-13 St. Andrew Street
London EC4A 3AF
United Kingdom

Crescent Industrial Pensions Group Trust
Address Unknown