UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF KENTUCKY
LEXINGTON DIVISION

IN RE:

BERNARD V. TEW  CASE NO. 20-51078
ANDREA B. TEW  CHAPTER 11

DEBTORS IN POSSESSION

---

**ORDER APPROVING SETTLEMENT WITH THE
CUSTOMS AND TAX ADMINISTRATION OF THE KINGDOM OF DENMARK
(SKATTEFORVALTNINGEN) PURSUANT TO BANKRUPTCY RULE 9019**

---

This matter having come before the Court on the Debtors' Motion for Approval of Settlement pursuant to Rule 9019 of the Federal Rules of Bankruptcy Procedure (the "Motion"); the Court finds that adequate notice of the Motion has been given; it appearing that no objections have been filed or any timely objections are being overruled; and the Court being otherwise sufficiently advised and having considered the Motion and the record in this case;

**IT IS HEREBY ORDERED AND ADJUDGED** as follows:

1. The Motion is GRANTED in all respects, and the Settlement Agreement is AUTHORIZED and APPROVED.

2. The SKAT Claims (as defined in the Motion) are hereby ALLOWED as unsecured, Class 7 claims under the Debtors' Amended Chapter 11 Plan and any such further amended plan submitted by the Debtors to the Court. The Debtors are hereby authorized to execute, deliver, implement, and fully perform any and all obligations, instruments, documents and papers and to take any and all actions necessary to consummate the Settlement Agreement and comply with the terms of the Settlement Agreement.

3. This is a final order.

Tendered by:

DELCOTTO LAW GROUP PLLC

/s/ Dean A. Langdon, Esq.
KY Bar No. 40104
200 North Upper Street
Lexington, KY 40507
Telephone: (859) 231-5800
Facsimile: (859) 281-1179
dlangdon@dlgfirm.com
COUNSEL FOR THE DEBTORS

/Pleadings/SKAT Rule 9019 Order V2 20210608.docx

___

**The affixing of this Court's electronic seal below is proof this document has been signed by the Judge and electronically entered by the Clerk in the official record of this case.**



**Signed By:**
*Tracey N. Wise*
**Bankruptcy Judge**
**Dated: Wednesday, June 23, 2021**
(tnw)