# UNITED STATES BANKRUPTCY COURT

Eastern DISTRICT OF Kentucky

Lexington

In Re. Bernard V. Tew, Andrea B. Tew § § § §   Case No. 20-51078

Debtor(s)

☐ Jointly Administered

## Monthly Operating Report

Chapter 11

Reporting Period Ended: 07/31/2021         Petition Date: 07/23/2020

Months Pending: 12         Industry Classification: 0 0 0 0

Reporting Method:   Accrual Basis ☐     Cash Basis ⦿

Debtor's Full-Time Employees (current): 0

Debtor's Full-Time Employees (as of date of order for relief): 0

**Supporting Documentation** (check all that are attached):

(For jointly administered debtors, any required schedules must be provided on a non-consolidated basis for each debtor)

- ☐ Statement of cash receipts and disbursements
- ☐ Balance sheet containing the summary and detail of the assets, liabilities and equity (net worth) or deficit
- ☒ Statement of operations (profit or loss statement)
- ☐ Accounts receivable aging
- ☐ Postpetition liabilities aging
- ☐ Statement of capital assets
- ☐ Schedule of payments to professionals
- ☐ Schedule of payments to insiders
- ☒ All bank statements and bank reconciliations for the reporting period
- ☐ Description of the assets sold or transferred and the terms of the sale or transfer

/s/ Bernard V. Tew   /s/ Andrea B. Tew         Bernard V. Tew   Andrea B. Tew
Signature of Responsible Party                 Printed Name of Responsible Party

08/24/2021
Date

910 Aiken Rd., Versailles, KY  40383
Address

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 11-MOR (06/07/2021)         1

| Debtor's Name | Bernard V. Tew, Andrea B. Tew | Case No. | 20-51078 |
|---|---|---|---|

| Part 1: Cash Receipts and Disbursements | Current Month | Cumulative |
|---|---|---|
| a. Cash balance beginning of month | $33 | |
| b. Total receipts (net of transfers between accounts) | $7,041 | $13,874 |
| c. Total disbursements (net of transfers between accounts) | $6,873 | $13,065 |
| d. Cash balance end of month (a+b-c) | $201 | |
| e. Disbursements made by third party for the benefit of the estate | $3,000 | $8,000 |
| f. Total disbursements for quarterly fee calculation (c+e) | $9,873 | $21,065 |

| Part 2: Asset and Liability Status<br>(Not generally applicable to Individual Debtors. See Instructions.) | Current Month |
|---|---|
| a. Accounts receivable (total net of allowance) | $0 |
| b. Accounts receivable over 90 days outstanding (net of allowance) | $0 |
| c. Inventory   (Book ○   Market ○   Other ⦿   (attach explanation)) | $0 |
| d. Total current assets | $0 |
| e. Total assets | $0 |
| f. Postpetition payables (excluding taxes) | $0 |
| g. Postpetition payables past due (excluding taxes) | $0 |
| h. Postpetition taxes payable | $0 |
| i. Postpetition taxes past due | $0 |
| j. Total postpetition debt (f+h) | $0 |
| k. Prepetition secured debt | $0 |
| l. Prepetition priority debt | $0 |
| m. Prepetition unsecured debt | $0 |
| n. Total liabilities (debt) (j+k+l+m) | $0 |
| o. Ending equity/net worth (e-n) | $0 |

| Part 3: Assets Sold or Transferred | Current Month | Cumulative |
|---|---|---|
| a. Total cash sales price for assets sold/transferred outside the ordinary course of business | $0 | $0 |
| b. Total payments to third parties incident to assets being sold/transferred outside the ordinary course of business | $0 | $0 |
| c. Net cash proceeds from assets sold/transferred outside the ordinary course of business (a-b) | $0 | $0 |

| Part 4: Income Statement (Statement of Operations)<br>(Not generally applicable to Individual Debtors. See Instructions.) | Current Month | Cumulative |
|---|---|---|
| a. Gross income/sales (net of returns and allowances) | $0 | |
| b. Cost of goods sold (inclusive of depreciation, if applicable) | $0 | |
| c. Gross profit (a-b) | $0 | |
| d. Selling expenses | $0 | |
| e. General and administrative expenses | $0 | |
| f. Other expenses | $0 | |
| g. Depreciation and/or amortization (not included in 4b) | $0 | |
| h. Interest | $0 | |
| i. Taxes (local, state, and federal) | $0 | |
| j. Reorganization items | $0 | |
| k. Profit (loss) | $0 | $0 |

UST Form 11-MOR (06/07/2021)                                                  2

Debtor's Name  Bernard V. Tew, Andrea B. Tew  Case No. 20-51078

### Part 5: Professional Fees and Expenses

| | | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|---|
| a. | Debtor's professional fees & expenses (bankruptcy) *Aggregate Total* | | $0 | $0 | $0 | $0 |
| | *Itemized Breakdown by Firm* | | | | | |
| | Firm Name | Role | | | | |
| i | DelCotto Law Group PLLC | Lead Counsel | $0 | $0 | $0 | $0 |
| ii | | | | | | |

| | | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|---|
| b. | Debtor's professional fees & expenses (nonbankruptcy) *Aggregate Total* | | | | | |
| | *Itemized Breakdown by Firm* | | | | | |
| | Firm Name | Role | | | | |
| i | | | | | | |
| ii | | | | | | |
| c. | All professional fees and expenses (debtor & committees) | | | | | |

### Part 6: Postpetition Taxes

| | | Current Month | Cumulative |
|---|---|---|---|
| a. | Postpetition income taxes accrued (local, state, and federal) | $0 | $0 |
| b. | Postpetition income taxes paid (local, state, and federal) | $0 | $0 |
| c. | Postpetition employer payroll taxes accrued | $0 | $0 |
| d. | Postpetition employer payroll taxes paid | $0 | $0 |
| e. | Postpetition property taxes paid | $0 | $0 |
| f. | Postpetition other taxes accrued (local, state, and federal) | $0 | $0 |
| g. | Postpetition other taxes paid (local, state, and federal) | $0 | $0 |

### Part 7: Questionnaire - During this reporting period:

| | | | |
|---|---|---|---|
| a. | Were any payments made on prepetition debt? (if yes, see Instructions) | Yes ⦿  No ○ | |
| b. | Were any payments made outside the ordinary course of business without court approval? (if yes, see Instructions) | Yes ○  No ⦿ | |
| c. | Were any payments made to or on behalf of insiders? | Yes ○  No ⦿ | |
| d. | Are you current on postpetition tax return filings? | Yes ⦿  No ○ | |
| e. | Are you current on postpetition estimated tax payments? | Yes ⦿  No ○ | |
| f. | Were all trust fund taxes remitted on a current basis? | Yes ⦿  No ○ | |
| g. | Was there any postpetition borrowing, other than trade credit? (if yes, see Instructions) | Yes ○  No ⦿ | |
| h. | Were all payments made to or on behalf of professionals approved by the court? | Yes ○  No ○  N/A ⦿ | |
| i. | Do you have:  Worker's compensation insurance? | Yes ○  No ⦿ | |
| | If yes, are your premiums current? | Yes ○  No ○  N/A ⦿ | (if no, see Instructions) |
| | Casualty/property insurance? | Yes ⦿  No ○ | |
| | If yes, are your premiums current? | Yes ⦿  No ○  N/A ○ | (if no, see Instructions) |
| | General liability insurance? | Yes ⦿  No ○ | |
| | If yes, are your premiums current? | Yes ⦿  No ○  N/A ○ | (if no, see Instructions) |
| j. | Has a plan of reorganization been filed with the court? | Yes ⦿  No ○ | |

UST Form 11-MOR (06/07/2021)  3

Debtor's Name: Bernard V. Tew, Andrea B. Tew   Case No. 20-51078

| | | |
|---|---|---|
| k. | Has a disclosure statement been filed with the court? | Yes ● No ○ |
| l. | Are you current with quarterly U.S. Trustee fees as set forth under 28 U.S.C. § 1930? | Yes ● No ○ |

### Part 8: Individual Chapter 11 Debtors (Only)

| | | |
|---|---|---:|
| a. | Gross income (receipts) from salary and wages | $0 |
| b. | Gross income (receipts) from self-employment | $4,577 |
| c. | Gross income from all other sources | $2,464 |
| d. | Total income in the reporting period (a+b+c) | $7,041 |
| e. | Payroll deductions | $0 |
| f. | Self-employment related expenses | $182 |
| g. | Living expenses | $6,691 |
| h. | All other expenses | $0 |
| i. | Total expenses in the reporting period (e+f+g+h) | $6,873 |
| j. | Difference between total income and total expenses (d-i) | $168 |
| k. | List the total amount of all postpetition debts that are past due | $0 |
| l. | Are you required to pay any Domestic Support Obligations as defined by 11 U.S.C § 101(14A)? | Yes ○ No ● |
| m. | If yes, have you made all Domestic Support Obligation payments? | Yes ○ No ○ N/A ● |

**Privacy Act Statement**

28 U.S.C. § 589b authorizes the collection of this information, and provision of this information is mandatory under 11 U.S.C. §§ 704, 1106, and 1107. The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6). The United States Trustee will also use this information to evaluate a chapter 11 debtor's progress through the bankruptcy system, including the likelihood of a plan of reorganization being confirmed and whether the case is being prosecuted in good faith. This information may be disclosed to a bankruptcy trustee or examiner when the information is needed to perform the trustee's or examiner's duties or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law. Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records." *See* 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006). A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index.htm. Failure to provide this information could result in the dismissal or conversion of your bankruptcy case or other action by the United States Trustee. 11 U.S.C. § 1112(b)(4)(F).

**I declare under penalty of perjury that the foregoing Monthly Operating Report and its supporting documentation are true and correct and that I have been authorized to sign this report on behalf of the estate.**

| | |
|---|---|
| /s/Bernard V. Tew   /s/Andrea B. Tew | Bernard V. Tew   Andrea B. Tew |
| Signature of Responsible Party | Printed Name of Responsible Party |
| Debtors | 08/24/2021 |
| Title | Date |

UST Form 11-MOR (06/07/2021)       4

9:57 PM
08/18/21
Accrual Basis

# Bernie & Andrea Tew DIP
# Profit & Loss
### July 2021

|  | Jul 21 |
|---|---:|
| **Income** | |
| eBay proceeds | 178.76 |
| Salary | 4,577.28 |
| Social Security Income | 2,285.00 |
| **Total Income** | 7,041.04 |
| **Expense** | |
| Auto Maintenance | 10.00 |
| Cash | 50.00 |
| Clothing | -12.68 |
| Fuel/Gas | 428.11 |
| Gifts | 10.00 |
| Groceries | 891.75 |
| Health Insurance | 807.76 |
| Healthcare | 34.46 |
| Household repairs | 174.95 |
| Insurance | 334.01 |
| Legal expenses | 250.00 |
| Meals | 314.70 |
| Mortgage payment | 2,000.00 |
| Office Supplies | 42.39 |
| Postage | 188.79 |
| Security Monitoring | 48.03 |
| **Utilities** | |
|    Electricity | 357.16 |
|    Internet Services | 9.95 |
|    Satellite TV | 231.37 |
|    Telephone | 500.86 |
|    Water | 44.43 |
| **Total Utilities** | 1,143.77 |
| Waste Management | 156.88 |
| **Total Expense** | 6,872.92 |
| **Net Income** | **168.12** |

**Community Trust Bank, Inc.**
P. O. Box 2947 • Pikeville, KY 41502-2947
Telephone: 800-282-7762

**Statement of Account**
Last statement: July 13, 2021
This statement: August 10, 2021

0083   Page 1 of 6

*Direct inquiries to:*
859 879-5480

**Community Trust Bank, Inc.**
**470 Lexington RD**
**Versailles KY 40383**

BERNARD TEW
ANDREA B TEW
DEBTOR- IN-POSESSIONCASE NO. 20-51078-TN
910 AIKEN RD
VERSAILLES KY 40383-9708

0

## Summary of Account Balance

| Account | Number | Ending Balance |
|---|---|---|
| CHECKING | 0083 | $747.84 |

## CHECKING   0083

| Date | Description | Additions | Subtractions | Balance | Number | Date | Amount |
|---|---|---|---|---|---|---|---|
| 07-13 | Beginning balance | | | $313.94 | 227 | 07-26 | 134.00 |
| 07-14 | #Preauthorized Credit | 2,285.00 | | 2,598.94 | 228 | 07-14 | 200.00 |
| | SSA TREAS 310 XXSOC SEC | | | | 229 | 07-30 | 250.00 |
| | 210714 | | | | 230 | 07-26 | 192.15 |
| 07-14 | #POS Purchase | | -64.98 | 2,533.96 | 231 | 08-03 | 1,000.00 |
| | POS PURCHASE TERMINAL 50877416 | | | | 232 | 08-10 | 150.00 |
| | KROGER FUEL #877 VERSAILLE KY | | | | 233 | 08-10 | 96.89 |
| | 07-14-21 3:28 PM XXXXXXXXXXXX1951 | | | | 235 * | 08-10 | 182.00 |
| 07-14 | #POS Purchase | | -4.51 | 2,529.45 | *Skip in check sequence* | | |
| | POS PURCHASE TERMINAL 50077465 | | | | | | |
| | KROGER #774 VERSAILLE KY | | | | | | |
| | 07-14-21 7:18 PM XXXXXXXXXXXX1951 | | | | | | |
| 07-14 | #POS Purchase | | -4.23 | 2,525.22 | | | |
| | POS PURCHASE TERMINAL 50077422 | | | | | | |
| | KROGER #774 VERSAILLE KY | | | | | | |
| | 07-14-21 7:24 PM XXXXXXXXXXXX1951 | | | | | | |
| 07-14 | Check  228 | | -200.00 | 2,325.22 | | | |
| 07-15 | #Preauthorized Credit | 160.10 | | 2,485.32 | | | |
| | EBAY EDI PYMNTS | | | | | | |
| | REF*TN*TX4883323000XT\NTE*INV*P51620 | | | | | | |
| | 41248\ | | | | | | |
| 07-15 | #POS Purchase | | -36.72 | 2,448.60 | | | |
| | MERCHANT PURCHASE TERMINAL 442733 | | | | | | |
| | CHICK FIL A 01437 LEXINGTON KY | | | | | | |
| | 07-13-21 XXXXXXXXXXXX1951 | | | | | | |

August 10, 2021
BERNARD TEW
Page 2 of 6
0083

| Date | Description | Additions | Subtractions | Balance |
|---|---|---:|---:|---:|
| 07-15 | #POS Purchase<br>MERCHANT PURCHASE TERMINAL 444500<br>DOMINO S 1404 502 316 3 KY<br>07-14-21 XXXXXXXXXXXX1951 | | -9.00 | 2,439.60 |
| 07-15 | #POS Purchase<br>POS PURCHASE TERMINAL 50077413<br>KROGER #774 VERSAILLE KY<br>07-15-21 5:52 PM XXXXXXXXXXXX1951 | | -86.01 | 2,353.59 |
| 07-16 | #Deposit | 844.50 | | 3,198.09 |
| 07-16 | #POS Purchase<br>MERCHANT PURCHASE TERMINAL 443106<br>CHIPOTLE 0572 LEXINGTON KY<br>07-15-21 XXXXXXXXXXXX1951 | | -13.57 | 3,184.52 |
| 07-19 | #POS Purchase<br>MERCHANT PURCHASE TERMINAL 442733<br>CHICK FIL A 03825 859 335 9 KY<br>07-15-21 XXXXXXXXXXXX1951 | | -9.90 | 3,174.62 |
| 07-19 | #POS Purchase<br>POS PURCHASE TERMINAL 50877421<br>KROGER FUEL #877 VERSAILLE KY<br>07-17-21 1:05 PM XXXXXXXXXXXX1951 | | -58.03 | 3,116.59 |
| 07-19 | #POS Purchase<br>MERCHANT PURCHASE TERMINAL 401339<br>El Toro Cantina Grill LEXINGTON KY<br>07-17-21 XXXXXXXXXXXX1951 | | -28.91 | 3,087.68 |
| 07-19 | #Preauthorized Debit<br>STATE FARM RO 08 CPC-CLIENT<br>210719 | | -303.01 | 2,784.67 |
| 07-20 | #Preauthorized Debit<br>InstaMed CARESOURCE<br>210720 | | -615.61 | 2,169.06 |
| 07-22 | #POS Purchase<br>POS PURCHASE TERMINAL 05710008<br>WAL WAL-MART SUPER 120 GEORGETOW KY<br>07-22-21 9:02 AM XXXXXXXXXXXX1951 | | -6.30 | 2,162.76 |
| 07-22 | #POS Purchase<br>MERCHANT PURCHASE TERMINAL 315789<br>ALDI 44069 LEXINGTON KY<br>07-22-21 3:24 PM XXXXXXXXXXXX1951 | | -48.97 | 2,113.79 |
| 07-22 | #Preauthorized Debit<br>RUMPKE WEB_PAY<br>210722 | | -78.53 | 2,035.26 |
| 07-23 | #Deposit | 942.00 | | 2,977.26 |
| 07-23 | #POS Refund<br>MERCHANT REFUND TERMINAL 422638<br>WAL MART 0571 GEORGETOW KY<br>07-22-21 12:00 AM XXXXXXXXXXXX1951 | 12.68 | | 2,989.94 |

                **August 10, 2021**
                **BERNARD TEW**
                **Page 3 of 6**
                0083

| Date  | Description | Additions | Subtractions | Balance |
|-------|-------------|-----------|--------------|---------|
| 07-23 | #POS Purchase<br>MERCHANT PURCHASE TERMINAL 416407<br>FEDEX 281595252201 800 46333 TN<br>07-22-21 XXXXXXXXXXXX1951 | | -188.79 | 2,801.15 |
| 07-26 | #POS Purchase<br>MERCHANT PURCHASE TERMINAL 426979<br>TIME TO SHINE GE ORGETOGEORGETOW KY<br>07-22-21 XXXXXXXXXXXX1951 | | -10.00 | 2,791.15 |
| 07-26 | #POS Purchase<br>POS PURCHASE TERMINAL 50076850<br>KROGER #768 LEXINGTON KY<br>07-24-21 1:13 PM XXXXXXXXXXXX1951 | | -37.07 | 2,754.08 |
| 07-26 | #POS Purchase<br>POS PURCHASE TERMINAL 50077415<br>KROGER #774 VERSAILLE KY<br>07-25-21 9:20 AM XXXXXXXXXXXX1951 | | -90.55 | 2,663.53 |
| 07-26 | #POS Purchase<br>MERCHANT PURCHASE TERMINAL 444500<br>SAMS CLUB 8188 859 253 2 KY<br>07-25-21 XXXXXXXXXXXX1951 | | -274.73 | 2,388.80 |
| 07-26 | #POS Purchase<br>POS PURCHASE TERMINAL 50035903<br>KROGER #359 LEXINGTON KY<br>07-25-21 2:33 PM XXXXXXXXXXXX1951 | | -15.26 | 2,373.54 |
| 07-26 | #POS Purchase<br>POS PURCHASE TERMINAL 50077421<br>KROGER #774 VERSAILLE KY<br>07-25-21 8:53 PM XXXXXXXXXXXX1951 | | -32.85 | 2,340.69 |
| 07-26 | Check  230 | | -192.15 | 2,148.54 |
| 07-26 | Check  227 | | -134.00 | 2,014.54 |
| 07-27 | #POS Purchase<br>MERCHANT PURCHASE TERMINAL 319181<br>THE HOME DEPOT #2315 LEXINGTON KY<br>07-27-21 5:03 PM XXXXXXXXXXXX1951 | | -12.34 | 2,002.20 |
| 07-28 | #POS Purchase<br>MERCHANT PURCHASE TERMINAL 315796<br>SHELL SERVICE STATION MIDWAY KY<br>07-28-21 7:48 PM XXXXXXXXXXXX1951 | | -20.00 | 1,982.20 |
| 07-29 | #POS Purchase<br>MERCHANT PURCHASE TERMINAL 449215<br>BM ASIAN WIND RES TAU 630 776 3 IL<br>07-28-21 XXXXXXXXXXXX1951 | | -22.35 | 1,959.85 |
| 07-29 | #POS Purchase<br>POS PURCHASE TERMINAL 50077413<br>KROGER #774 VERSAILLE KY<br>07-29-21 7:21 PM XXXXXXXXXXXX1951 | | -23.94 | 1,935.91 |

**August 10, 2021**
**BERNARD TEW**
**Page 4 of 6**
0083

| Date | Description | Additions | Subtractions | Balance |
|---|---|---|---|---|
| 07-29 | #POS Purchase<br>POS PURCHASE TERMINAL 50877417<br>KROGER FUEL #877 VERSAILLE KY<br>07-29-21 7:27 PM XXXXXXXXXXXX1951 | | -79.42 | 1,856.49 |
| 07-29 | #POS Purchase<br>POS PURCHASE TERMINAL 50877417<br>KROGER FUEL #877 VERSAILLE KY<br>07-29-21 7:36 PM XXXXXXXXXXXX1951 | | -14.95 | 1,841.54 |
| 07-29 | #Preauthorized Debit<br>ATT Payment<br>210729 | | -500.86 | 1,340.68 |
| 07-30 | #Deposit | 811.28 | | 2,151.96 |
| 07-30 | #POS Purchase<br>MERCHANT PURCHASE TERMINAL 427074<br>LOGANS 359 LEXINGTON KY 859 26347 KY<br>07-29-21 XXXXXXXXXXXX1951 | | -28.46 | 2,123.50 |
| 07-30 | #POS Purchase<br>POS PURCHASE TERMINAL 50877420<br>KROGER FUEL #877 VERSAILLE KY<br>07-30-21 8:52 AM XXXXXXXXXXXX1951 | | -52.91 | 2,070.59 |
| 07-30 | Check  229 | | -250.00 | 1,820.59 |
| 08-02 | #POS Purchase<br>MERCHANT PURCHASE TERMINAL 401339<br>MIGUELS FRANKFORT KY<br>07-29-21 XXXXXXXXXXXX1951 | | -35.08 | 1,785.51 |
| 08-02 | #POS Purchase<br>MERCHANT PURCHASE TERMINAL 405522<br>LEXPARK VICTORIAN GARAGELEXINGTON KY<br>07-30-21 XXXXXXXXXXXX1951 | | -5.00 | 1,780.51 |
| 08-02 | #POS Purchase<br>MERCHANT PURCHASE TERMINAL 437735<br>MALONE S LANSDOW NE LEXINGTON KY<br>07-31-21 XXXXXXXXXXXX1951 | | -28.29 | 1,752.22 |
| 08-02 | #POS Purchase<br>MERCHANT PURCHASE TERMINAL 469216<br>EARTHLINK LLC 888 327 8 TX<br>07-31-21 XXXXXXXXXXXX1951 | | -9.95 | 1,742.27 |
| 08-02 | #POS Purchase<br>MERCHANT PURCHASE TERMINAL 405522<br>RICARDO S GRILL PUB VERSAILLE KY<br>07-31-21 XXXXXXXXXXXX1951 | | -20.60 | 1,721.67 |
| 08-02 | #POS Purchase<br>POS PURCHASE TERMINAL 50077413<br>KROGER #774 VERSAILLE KY<br>08-01-21 11:02 AM XXXXXXXXXXXX1951 | | -22.85 | 1,698.82 |
| 08-02 | #POS Purchase<br>MERCHANT PURCHASE TERMINAL 315789<br>ALDI 44068 LEXINGTON KY<br>08-02-21 5:03 PM XXXXXXXXXXXX1951 | | -39.10 | 1,659.72 |

August 10, 2021
**BERNARD TEW**
**Page 5 of 6**
0083

| Date | Description | Additions | Subtractions | Balance |
|---|---|---|---|---|
| 08-03 | #Preauthorized Debit<br>PAYPAL INST XFER<br>210803 | | -20.71 | 1,639.01 |
| 08-03 | Check 231 | | -1,000.00 | 639.01 |
| 08-04 | #POS Purchase<br>MERCHANT PURCHASE TERMINAL 426979<br>TIME TO SHINE TIM ETN LXLEXINGTON KY<br>08-02-21 XXXXXXXXXXXX1951 | | -16.00 | 623.01 |
| 08-05 | #POS Purchase<br>MERCHANT PURCHASE TERMINAL 444500<br>4TE BATESSECURE859244400859 244 4 KY<br>08-04-21 XXXXXXXXXXXX1951 | | -48.03 | 574.98 |
| 08-05 | #POS Purchase<br>POS PURCHASE TERMINAL 50077411<br>KROGER #774 VERSAILLE KY<br>08-05-21 9:28 AM XXXXXXXXXXXX1951 | | -8.21 | 566.77 |
| 08-05 | #POS Purchase<br>POS PURCHASE TERMINAL 50077411<br>KROGER #774 VERSAILLE KY<br>08-05-21 6:02 PM XXXXXXXXXXXX1951 | | -39.25 | 527.52 |
| 08-06 | #Deposit | 972.00 | | 1,499.52 |
| 08-06 | #POS Purchase<br>MERCHANT PURCHASE TERMINAL 319264<br>KOHLS 0641 150 KOHLS DRINICHOLASV KY<br>08-06-21 6:25 PM XXXXXXXXXXXX1951 | | -31.51 | 1,468.01 |
| 08-06 | #POS Purchase<br>POS PURCHASE TERMINAL 24472801<br>SAMSCLUB #4728 NICHOLASV KY<br>08-06-21 7:29 PM XXXXXXXXXXXX1951 | | -33.73 | 1,434.28 |
| 08-09 | #POS Purchase<br>POS PURCHASE TERMINAL 006<br>BUDSGUNSHOP LEXINGTON KY<br>08-07-21 11:43 AM XXXXXXXXXXXX1951 | | -26.49 | 1,407.79 |
| 08-09 | #POS Purchase<br>POS PURCHASE TERMINAL 11094081<br>TARGET T-1094 LEXINGTON KY<br>08-07-21 4:52 PM XXXXXXXXXXXX1951 | | -52.97 | 1,354.82 |
| 08-09 | #POS Purchase<br>MERCHANT PURCHASE TERMINAL 476201<br>DURANGOS INC LEXINGTON KY<br>08-07-21 XXXXXXXXXXXX1951 | | -21.38 | 1,333.44 |
| 08-09 | #POS Purchase<br>MERCHANT PURCHASE TERMINAL 413746<br>USPS COM CLICKNSHIP 800 344 7 DC<br>08-08-21 XXXXXXXXXXXX1951 | | -8.25 | 1,325.19 |
| 08-09 | #POS Purchase<br>POS PURCHASE TERMINAL 00020A20<br>FIVE STAR 3300 EDDYVILLE KY<br>08-09-21 9:34 AM XXXXXXXXXXXX1951 | | -25.06 | 1,300.13 |

**August 10, 2021**
**BERNARD TEW**
**Page 6 of 6**
0083

| Date | Description | Additions | Subtractions | Balance |
|---|---|---|---|---|
| 08-09 | #POS Purchase<br>MERCHANT PURCHASE TERMINAL 319851<br>LOVES TRAVEL STOPS 716 ELIZABETH KY<br>08-09-21 6:36 PM XXXXXXXXXXXX1951 | | -59.66 | 1,240.47 |
| 08-09 | #Preauthorized Debit<br>PAYPAL INST XFER<br>210809 | | -7.67 | 1,232.80 |
| 08-10 | #POS Purchase<br>POS PURCHASE TERMINAL 50077424<br>KROGER #774 VERSAILLE KY<br>08-10-21 7:15 PM XXXXXXXXXXXX1951 | | -25.07 | 1,207.73 |
| 08-10 | #Preauthorized Debit<br>AAA LIFE INS PREM<br>210810 | | -31.00 | 1,176.73 |
| 08-10 | Check  235 | | -182.00 | 994.73 |
| 08-10 | Check  232 | | -150.00 | 844.73 |
| 08-10 | Check  233 | | -96.89 | 747.84 |
| **08-10** | **Ending totals** | **6,027.56** | **-5,593.66** | **$747.84** |

| | Total for<br>this period | Total<br>year-to-date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

## **CERTIFICATE OF SERVICE**

In addition to the parties who will be served electronically by the Court's ECF System, the undersigned certifies that a true and accurate copy of the foregoing document was served on August 25, 2021, by electronic mail and/or first-class U.S. mail, postage fully prepaid, on all creditors.

DELCOTTO LAW GROUP PLLC

/s/ Dean A. Langdon
KY Bar No. 40104
200 North Upper Street
Lexington, KY 40507
Telephone: (859) 231-5800
Facsimile: (859) 281-1179
dlangdon@dlgfirm.com
COUNSEL FOR DEBTORS