UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF KENTUCKY
LEXINGTON DIVISION

IN RE:

BERNARD V. TEW
ANDREA B. TEW

CASE NO. 20-51078
CHAPTER 11

DEBTORS IN POSSESSION

---

**NOTICE OF (I) ENTRY OF ORDER CONFIRMING DEBTORS'
SECOND AMENDED PLAN OF REORGANIZATION; (II) EFFECTIVE DATE
OF PLAN, AND (III) DEADLINES TO FILE ADMINISTRATIVE CLAIMS**

---

**PLEASE TAKE NOTICE:**

1. On October 4, 2021 (the "Confirmation Date"), the United States Bankruptcy Court for the Eastern District of Kentucky (the "Court") entered an Order ("Confirmation Order") [ECF No. 262] confirming the Debtors' Second Amended Plan of Reorganization [ECF No. 243] under Chapter 11 of the Bankruptcy Code (the "Plan"). The Confirmation Order is on file with the Court and may be reviewed during regular Court hours or accessed electronically through the Court's Public Access to Court Electronic Records (PACER) system. A copy of the Order and Plan may be obtained by contacting DelCotto Law Group PLLC, Attn: Tresine Callahan, 200 North Upper Street, Lexington, KY, telephone: (859) 231-5800; fax: (859) 281-1179, email: tcallahan@dlgfirm.com. Unless otherwise defined in this notice, capitalized terms used in this notice shall have the meanings ascribed to them in the Plan and Confirmation Order.

2. Except as otherwise provided in the Confirmation Order or in the Plan itself, the Plan is binding upon the Debtors, any entity acquiring property under the Plan, and any Creditor of the Debtors, whether or not the Claim of such Creditor is impaired under the Plan and whether or not such Creditor has accepted the Plan.

3. Notice of Effective Date: The Confirmation Order was entered on October 4, 2021. Pursuant to the Plan, the Effective Date of the Plan will be October 19, 2021, unless the Confirmation Order is stayed pending appeal.

4. **Bar Date for Administrative Claims: On or before the thirtieth (30th) day after the Confirmation Date, all applications for final allowances of compensation and reimbursement of expenses pursuant to 11 U.S.C. §§ 327, 328, 330, and 503(b) for professional services rendered up to the Effective Date and any other request for allowance of Administrative Claims (other than Ordinary Course Administrative Claims) incurred on or before the Effective Date must be filed with the Court, and served on the parties listed on the matrix**

Respectfully submitted,

DELCOTTO LAW GROUP PLLC

/s/ Dean A. Langdon, Esq.
KY Bar No. 40104
200 North Upper Street
Lexington, KY 40507
Telephone: (859) 231-5800
Facsimile: (859) 281-1179
dlangdon@dlgfirm.com
COUNSEL FOR DEBTORS

**CERTIFICATE OF SERVICE**

In addition to the parties who will be served electronically by the Court's ECF System, the undersigned certifies that a true and accurate copy of the foregoing was served by electronic mail or first-class U.S. mail, postage prepaid, on October 5, 2021 on all non-ECF creditors.

/s/ Dean A. Langdon, Esq.
COUNSEL FOR DEBTORS

/Pleadings/Plan/Effective Date Notice 20211005.doc